UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| ERNEST FOSTER | ) | Civil Action No. |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN FIRE AND CASUALTY COMPANY, ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

\* \* \* \* \*

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Philadelphia Indemnity Insurance Company states that Philadelphia Indemnity Insurance Company is a Pennsylvania corporation. Philadelphia Indemnity Insurance Company is a wholly-owned subsidiary of Philadelphia Consolidated Holding Corp., which is traded on Nasdaq as PHLY.

BOEHL STOPHER & GRAVES, LLP

/s/ Robert E. Stopher
Robert E. Stopher
Robert D. Bobrow
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
COUNSEL FOR DEFENDANT,
PHILADELPHIA INDEMNITY INSURANCE
COMPANY

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mr. Philip G. Fairbanks
Mr. Bartley K. Hagerman
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507

Mr. David G. Richardson
MARKESBERY & RICHARDSON CO., L.P.A.
110 E. Third Street
Lexington, KY 40508

/s/ Robert E. Stopher
Robert E. Stopher
Counsel for Defendant,
Philadelphia Indemnity Insurance
Company
BOEHL STOPHER & GRAVES, LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
rstopher@bsg-law.com