*ELECTRONICALLY FILED*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | | |
|---|---|---|
| **ERNEST FOSTER** | ) | **PLAINTIFF** |
| | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:13-CV-00426-GFTV** |
| | ) | |
| | ) | |
| **AMERICAN FIRE AND CASUALTY COMPANY** | ) | **DEFENDANT** |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, American Fire and Casualty Company ("American Fire"), respectfully moves the Court to enter Summary Judgment in its favor, pursuant to Fed. R. Civ. P. 56, dismissing all of Plaintiff's claims as he has no compensable damages and has no valid claim for "bad faith." In support of this Motion, American Fire states Plaintiff's description of his damages includes physical damages stemming from the accident are entirely unrelated to American Fire's alleged bad faith.

Plaintiff's claim was never denied by American Fire and he admits American Fire paid him. He sustained no financial hardship damages. Any alleged emotional distress damages are not compensable under Kentucky law as he has not sustained the level of emotional distress as required to maintain a claim for emotional distress. Plaintiff admits he has not sought treatment for his alleged emotional damages.

Plaintiff has sustained no compensable damages under the Kentucky Consumer Protection Act as he has not sustained an ascertainable loss of money or property required by

1

KRS 367.220(1). He never even communicated with anyone from American Fire, thus, he couldn't have been told anything false, unfair, or misleading.

There is no genuine issue as to any material fact. Plaintiff's claims against American Fire should be dismissed as a matter of law as Plaintiff cannot show damages relating to the alleged Unfair Claims Settlement Practices Act violation or alleged common law bad faith by American Fire. Further, Plaintiff cannot collect punitive damages when he suffered no compensable harm and his complaints are unrelated to the alleged improper conduct of American Fire.

Because he has no compensable damages all his claims must be dismissed. In further support of this Motion, American Fire tenders its Memorandum in Support thereof.

Respectfully submitted,

> Respectfully submitted,
> **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
>
> /s/ Donald L. Miller, II
> Donald L. Miller, II, Esq.
> Paul J. Painter, Esq.
> 9300 Shelbyville Road, Suite 400
> Louisville, KY  40222
> Telephone: 502.423.6390
> Facsimile: 502.423.6391
> dmiller@qpwblaw.com
>
> -and-
>
> Heather M. McCollum, Esq.
> 2452 Sir Barton Way, Suite 300
> Lexington, KY  40509
> Telephone: 859.226.0057
> Facsimile: 859.226.0059
> hmccollum@qpwblaw.com
> *Counsel for Defendant,*
> *American Fire and Casualty Company*

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Donald L. Miller, II
*Counsel for Defendant,*
*American Fire and Casualty Company*