Page 1

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF KENTUCKY

3               SOUTHERN DIVISION AT LEXINGTON

4            CIVIL ACTION NO.: 5:13-CV-00426-GFTV

5

6                      ERNEST FOSTER,

7                        PLAINTIFF

8

9                           VS.

10

11           AMERICAN FIRE AND CASUALTY COMPANY,

12                       DEFENDANT

13

14

15

16

17

18

19

20

21

22     Job No. CS2322099

23   DEPONENT:  ERNEST FOSTER

24   DATE:  JUNE 14, 2016

25   REPORTER:  SANDRA VENTURA

Page 2

```
1              APPEARANCES
2
3  ON BEHALF OF THE PLAINTIFF:
4  PHILIP FAIRBANKS
5  AUSTIN MEHR
6  MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS
7  201 WEST SHORT STREET
8  SUITE 800
9  LEXINGTON, KENTUCKY 40507
10 TELEPHONE:  859-225-3731
11 FAX:  859-225-3830
12
13 ON BEHALF OF THE DEFENDANT:
14 DONALD L. MILLER, II
15 QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
16 9300 SHELBYVILLE ROAD
17 SUITE 400
18 LOUISVILLE, KENTUCKY  40222
19 TELEPHONE:  502-423-6391
20 FAX:  502-423-6391
21
22
23
24
25
```

Page 3

```
1
2        APPEARANCES CONTINUED
3
4  HEATHER M. MCCOLLUM
5  QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
6  2452 SIR BARTON WAY
7  SUITE 300
8  LEXINGTON, KENTUCKY  40509
9  TELEPHONE:  859-226-0057
10 FAX:  859-226-0059
11
12 VIDEOGRAPHER:  NATALIA BASHAM
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1                INDEX
2                      Page
3  DIRECT EXAMINATION BY MR. MILLER        7
4
5              EXHIBITS
6                      Page
7
8  1 E-MAILS                    32
9  2 APPLICATION FOR BENEFITS
10     PERSONAL INJURY PROTECTION     52
11 3 DECEMBER 8, 2014 LETTER        57
12 4 DECEMBER 8, 2014 LETTER        58
13 5 DISABILITY INSURANCE BENEFITS      60
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1           STIPULATION
2
3  The deposition of ERNEST FOSTER, taken at the offices of
4  Mehr, Fairbanks & Peterson Trial Lawyers, 201 W. Short
5  Street, Suite 800, Lexington, Kentucky, on Tuesday, the
6  14th of June, 2016 at approximately 10:15 a.m.; said
7  deposition being taken pursuant to Notice for use in
8  accordance with the Federal Rules of Civil Procedure. It
9  is agreed that Sandra Ventura, being a Notary Public and
10 Court Reporter for the State of Kentucky, may swear the
11 witness.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

1    THE VIDEOGRAPHER: My name is Natalia Basham,
2 representing Veritext. The date today is June 14, 2016,
3 and the time is approximately 10:15 a.m.
4    This deposition is being held at Mehr,
5 Fairbanks & Peterson Trial Lawyers, PLLC, located at 201
6 W. Short Street, Suite 800, Lexington, Kentucky 40507,
7 and is being taken by the counsel for the Defendant.
8    The caption of this case is "Ernest Foster
9 versus American Fire and Casualty Company."
10    This case is being filed in the United States
11 District Court, Eastern District of Kentucky, Southern
12 Division at Lexington. Civil Action No.
13 5:13-CV-00426-GFTV.
14    The name of the witness is Ernest Foster. At
15 this time, the attorneys present in the room will
16 identify themselves and the parties they represent.
17    MR. FAIRBANKS: Phil Fairbanks for the
18 plaintiff, Ernest Foster.
19    MR. MEHR: Austin Mehr for the plaintiff,
20 Ernest Foster.
21    MR. MILLER: Don Miller and Heather McCollum
22 for American Fire and Casualty.
23    THE VIDEOGRAPHER: Thank you, counsel.
24    At this time our court reporter, Sandra
25 Ventura, representing Veritext, will swear in the

Page 7

1 witness and we can proceed.
2    COURT REPORTER: Please raise your right hand.
3    THE WITNESS: (Raises hand).
4    COURT REPORTER: Do you solemnly swear or
5 affirm the testimony you're about to give in this case
6 will be the truth, the whole truth, nothing but the
7 truth, so help you God?
8    THE WITNESS: Yes, ma'am.
9    COURT REPORTER: Thank you.
10    DIRECT EXAMINATION
11 BY MR. MILLER:
12    Q. Tell us your name.
13    A. Ernest Foster.
14    Q. Mr. Foster, you've given a deposition in this
15 case before, and I'm not going to retread all that old
16 ground, so I'm going to get through to the more recent
17 stuff and the stuff having to do with your insurance
18 coverage, okay?
19    A. Okay.
20    Q. You look pretty tan, you been outside?
21    A. Yes, sir.
22    Q. Where you been, just hang --
23    A. Just -- just hanging out.
24    Q. You work outside some?
25    A. No. I just -- I've got part -- I'm just --

Page 8

1 it's part in my blood.
2    Q. What's a typical day like for you now?
3    A. I just go to the -- to the garage where I had
4 my business and hang out with them and go get lunch for
5 them, and if they need a part or something, I go do
6 that, and I just sit and talk to them and that's all I
7 do.
8    Q. Now, when you say, "them," who's "them?"
9    A. My son and the boys that work with him at the
10 shop.
11    Q. What is your son's name?
12    A. Nathan -- Nathan Foster.
13    Q. And what are the guys that work with him's
14 names?
15    A. I just know their first names because I -- one
16 of them's name is Brice. And the other one's name is
17 Austin. I don't even know their last names.
18    Q. Okay. And what kind of work do they do in the
19 garage?
20    A. Automotive, major auto repair.
21    Q. Give me an example. I used to be pretty
22 knowledgeable but I've lost all my knowledge about that.
23    A. They just do major -- like, the diesels and
24 the motors and the transmissions and the -- anything
25 major.

Page 9

1    Q. Okay.
2    A. No -- no little stuff, because they don't have
3 -- they got so much that, you know, they don't do little
4 stuff, they just do major auto repair.
5    Q. Do they do any classic car customization?
6    A. No, no. That's what I used to do.
7    Q. Okay. Do you do any of that now?
8    A. No.
9    Q. Do you own any classic cars?
10    A. Yes, sir.
11    Q. What do -- what kind of car -- classic cars
12 you own?
13    A. I've got three English cars.
14    Q. I didn't hear you, three --
15    A. Three English cars.
16    Q. Okay.
17    A. They're all -- they're English Fords.
18    They're called Anglias. I have three of those
19 and -- and -- well, I've got four of those. And then
20 I've got one Italian car, a Fiat, a 1939 Fiat. And I've
21 got a '67 Chevelle super sport car. I've owned it for
22 44 years.
23    Q. Wow. Now, do you take care of all those
24 yourself?
25    A. No, not no more.

3 (Pages 6 - 9)

Page 10

1    Q.   Who takes care of them for you?
2    A.   My son, if I need the oil changed or check
3 them out or something, I -- they -- he does it for me.
4    Q.   When's the last time you've been under the
5 hood of a car?
6    A.   Years.
7    Q.   Have you been under the hood of a car since
8 your accident in June of '08?
9    A.   Yes, up until -- or -- I try to work for a few
10 -- few months and got to where I couldn't, and I haven't
11 been under the hood of a car since probably '09, '010,
12 something around there.
13    Q.   Okay.  Have you had knee replacement surgery?
14    A.   No, sir.  I just had the arthroscopic surgery.
15    Q.   And that was back in October of '09, correct?
16    A.   Yes, sir.
17    Q.   Have you had any surgery on your knee since
18 that arthroscopic surgery --
19    A.   No, sir.  No.
20    Q.   We -- we're going to do great.  We almost
21 jumped each other, there, though.  Wait for my question
22 to end before you answer, because --
23    A.   Okay.
24    Q.   -- that will pick it up, but she'll start
25 getting angry at us --

Page 11

1    A.   Okay.
2    Q.   -- if we kept talking over each other.
3    A.   Okay.
4    Q.   Now, I notice when you walked in, you didn't
5 seem like you were limping, do you limp?
6    A.   Yes, sir.  Some -- it bothers me some days
7 really bad and some days it don't.
8    Q.   Any triggers?  Bad weather, something like
9 that?
10    A.   Just stairs and steps, inclines, stuff like
11 that will trigger it, and even driving without --
12 without using cruise control, it really -- really
13 irritates my knees real bad.  I get to where it really
14 is painful.
15    Q.   Now, do you drive all your classic cars, your
16 Fiat, your English Fords and your --
17    A.   No.
18    Q.   -- Chevelle?
19    A.   Just two of them.  I just drive two of the
20 English cars.  The other two I don't drive.  They just
21 sit in the warehouse.
22    Q.   You show them?
23    A.   The two of them I do, if I get to go.
24    Q.   Okay.  Are -- are they what we call a "Sunday
25 afternoon car," you wouldn't drive them on a day-to-day

Page 12

1 basis?
2    A.   No, no.  You don't drive them day-to-day.  I
3 just drive them on -- when I used to go, I went on -- I
4 drove them on trips to events but I don't even -- I
5 ain't doing that anymore.
6    Q.   How often do you drive those cars?
7    A.   I haven't driven them for -- the ones for four
8 months.  They haven't been driven for four months.
9    Q.   Now, are they automatic transmission or
10 standard?
11    A.   Yes, automatics.
12    Q.   And what year are the two that you drive?
13    A.   They're '48 and '49 models.
14    Q.   I didn't even know they had automatics in '48
15 and '49?
16    A.   They didn't.  These are street rods.
17    Q.   Okay.  Do you come up to Louisville in August
18 for that show?
19    A.   I used to, yes, sir.
20    Q.   When's the last time you came up to
21 Louisville?
22    A.   It's been probably three or four years.
23    Q.   So you've been since this accident, it just
24 hasn't been recently?
25    A.   Right, yes, sir.  I've been, maybe, twice

Page 13

1 since the accident.
2    Q.   Why don't you go anymore?
3    A.   I can't -- I just can't get around.
4    Q.   Why don't you get the knee replaced?
5    A.   Well, he told me to use my own discretion, and
6 the longer I put it off, the better off I would be
7 because of the lifespan of them.
8    Q.   Is that Dr. Baran?
9    A.   Yes, sir.
10    Q.   Are you taking any medicine now?
11    A.   For the pain?
12    Q.   Any kind.
13    A.   Yes.
14    Q.   Start -- start with the pain.
15    A.   Yeah.  I take Lortabs when needed.
16    Q.   Okay.  What other kind of medications do you
17 take?
18    A.   I take a high blood sugar -- high blood
19 pressure medicine and Lasix and, let's see, what else do
20 I take.  I just take an aspirin with them, or just - -
21 I've been taking those for 20 something year -- 25 or 30
22 years.
23    Q.   What's the Lasix for?
24    A.   Fluid.
25    Q.   Taking anything for AFib?

4 (Pages 10 - 13)

Page 14

1    A.   No.  They took me off of it.
2    Q.   So your heart's good?
3    A.   No, no.  It ain't, because it's blocked now.
4    Q.   Is that why you just changed color there?
5    A.   Yeah.  When it flops, it flops.
6    Q.   What's it flop for?
7    A.   It's just -- they just said it's part of the
8    AFib stuff.
9    Q.   Why was -- why were you taken off the medicine
10   for?
11   A.   Because I've lost about 60 -- 50- something
12   pounds, and it do -- don't -- didn't help that much.
13   Q.   So who's your cardiologist, again?
14   A.   Dinardo.  Dr. Dinardo.
15   Q.   So after you lost 50 or 60 pounds, Dr. Dinardo
16   and you made the decision that you weren't getting
17   enough benefit from the medication you were taking from
18   the --
19   A.   Well, they --
20   Q.   -- for the AFib to -- to --
21   A.   No.  Bad side effects, the reason I wanted to
22   get off of it.
23   Q.   What were the side effects?
24   A.   Your liver.  I had to have blood taken every
25   so often, because it messes with your liver and you

Page 15

1    can't get out in the sun.  You can't be in the sun, you
2    have to wear special clothes, you know, long-sleeve
3    shirt and hats and sunscreen because it affects your
4    blood.
5    Q.   And Dr. Dinardo approved you stop taking that
6    medicine?
7    A.   Yes, sir.
8    Q.   Is your AFib better than it was?
9    A.   It's about the same as it was.  It just -- it
10   doesn't really bother me unless I get irritated or
11   aggravated.
12   Q.   Now, let me ask you this, you're going to
13   think I'm being hardheaded but you -- what correlation
14   does losing the 50 to 60 pounds have with the AFib or
15   the medication you were taking?
16   A.   Well, he just said it took all the pressure
17   off of my heart and stuff where I was -- lost the
18   weight.
19   Q.   Okay.  That's what I was trying to get at.
20   You're -- you're healthier now by that --
21   A.   Yes.
22   Q.   -- lost that -- that weight?
23   A.   Yes.
24   Q.   Did you lose it on purpose?
25   A.   Yes.

Page 16

1    Q.   What -- what did you do -- what did you do,
2    did you go on a program or just --
3    A.   I just changed my diet, watched what I eat.
4    Q.   Go through any program at all?
5    A.   No.
6    Q.   Order any special food like they advertise --
7    A.   No.
8    Q.   -- on TV, or anything?
9    A.   No.  No, sir.
10   Q.   Have you had any injections for your right
11   knee?
12   A.   No, sir.
13   Q.   Who is your current insurance company for your
14   automobile?
15   A.   Truthfully, I don't know.
16   Q.   Does --
17   A.   My -- my wife takes care of that.  I don't
18   know.
19   Q.   So your wife's in charge of the insurance?
20   A.   Yes, sir.
21   Q.   Do you know if you've made a change since this
22   accident?
23   A.   Oh, yes.
24   Q.   And why did you change?
25   A.   She did it -- I don't know.  I think it was

Page 17

1    because financial reasons, because it was different
2    prices or -- I really don't know.
3    Q.   Does she talk to you about it?
4    A.   No.  She just tells me that -- what she's done
5    and...
6    Q.   Gives you the card to put in your car --
7    A.   Uh-huh.
8    Q.   -- and off you go?
9    A.   That's it.
10   Q.   Okay.
11   A.   That's it.  Yes, sir.
12       MR. MILLER:  Thank you.
13       MR. MEHR:  We were hoping the deposition would
14   be short, but you've rescued Don.
15       BY MR. MILLER:
16   Q.   What's your wife do?  Does she work outside
17   the home?
18   A.   She was an insurance agent.
19   Q.   What's she doing now?
20   A.   Nothing.  She had to quit.
21   Q.   How come?
22   A.   Health reasons.
23   Q.   What's wrong with her?
24   A.   She's having eye problems, bowel problems,
25   bladder problems, stuff.

5 (Pages 14 - 17)

Page 18

1  Q.  Is she drawing disability?
2  A.  No.
3  Q.  Does she have any source of income?
4  A.  No, sir.
5  Q.  When did she stop being an insurance agent?
6  A.  Her -- I can't really tell you the day or --
7 it's been a few months, quite a few months, five or six
8 months.
9  Q.  A period of months as opposed to years?
10  A.  Oh, yeah.  Yes.
11  Q.  Okay.
12  A.  Since the first of the year, yes, sir.
13  Q.  That's close enough.  What was the name of her
14 employer before that?
15  A.  Summit Holdings was the name of the company.
16 It was Summit Holdings.
17  Q.  What exactly do they do?  Do they sell
18 different brands of insurance?
19  A.  Yes, sir.  Yes, sir.
20  Q.  And your wife was an agent that actually sold
21 the insurance?
22  A.  Yes, sir.
23  Q.  Did she sell insurance for businesses?
24  A.  Yes, I guess.  I really don't know.  I just
25 know she handled a lot of insurance.  I don't know what

Page 19

1 all different kinds she had.
2  Q.  Do you ever recall her saying -- coming home,
3 saying, "Honey, I got a new account today, it was X, Y,
4 Z company?"
5  A.  They didn't talk about their business.
6     They didn't bring it home with them.  That was
7 one of their policies; they don't talk about business at
8 home.
9  Q.  How long did she do that?
10  A.  She started for that company -- not the Summit
11 Holdings, but another company there, since '84.
12  Q.  So she has been doing it a long time?
13  A.  Yes, sir.
14  Q.  Is it fair to say that she knows insurance
15 pretty well?
16  A.  Yes, sir.
17  Q.  Now, I've looked in all these papers, it
18 doesn't look like you had any conversations, personally,
19 with your insurance company after this wreck in 2008, do
20 you -- your wife took care of all that; is that correct?
21  A.  Yes, sir.
22  Q.  How come?
23  A.  Well, she was the agent and she all -- did all
24 the emails and all the stuff at work.  She did it while
25 she was working.  I just does -- wasn't ever around --

Page 20

1  Q.  Did --
2  A.  -- because she's more educated on it than I
3 am.
4  Q.  It was her expertise, so you let her --
5  A.  Yes, sir.
6  Q.  -- take care of it?
7  A.  Yes, sir.
8  Q.  Did she repeat to you anything the insurance
9 company said to her about you or your wreck?
10  A.  If she did, I don't recollect, for sure, what
11 it was, because it's been -- we've been through so many.
12 I don't know, really.
13  Q.  You don't remember anything in particular?
14  A.  No.
15  Q.  Don't --
16  A.  She just said that she talked to this one or
17 that one and they said this and said that and that's --
18 I just went along with what she said because she was
19 taking care of it.
20  Q.  Okay.  Do you remember any of the "this or
21 that" that they said?
22  A.  Not really, because, like I said, she did it
23 all.  I just -- I listened to her, or -- tell me some
24 things.  If they needed something, she knew all about
25 it, so -- because she was there, you know, with me

Page 21

1 everyday and...
2  Q.  I'm not questioning that.
3  A.  Yeah.
4  Q.  I mean, I'd have done the same thing.
5     But I'm just asking what you remember that she
6 may have repeated to you.
7  A.  Just them asking -- well, really, it was her
8 asking them what they were going to do and that was the
9 main thing, and they never did -- never did cooperate,
10 so I don't know, really.
11  Q.  When you say, "They never did cooperate," what
12 do you mean?
13  A.  Well, she emailed them or talked to them and
14 wouldn't get no response, and then it would go weeks and
15 months, and then somebody would email them, and -- and
16 that's really all that -- all that she could tell me,
17 that they just wouldn't cooperate with her and I --
18  Q.  Okay.  And that's all based on what she told
19 you?
20  A.  Yes, sir.
21  Q.  Okay.
22  A.  Yes, sir.
23  Q.  Do you remember any -- her telling you
24 anything that they did that was particularly upsetting
25 to you?

6 (Pages 18 - 21)

Page 22

1    A.   Well, they just didn't want to cooperate on
2  the insurance premium thing that we was insured for.
3  They didn't want to cooperate.
4    Q.   What -- what do you mean they didn't want to
5  cooperate?
6    A.   Well, when you're insured for something that
7  you think you're covered for and then they tell you
8  you're not, you need this -- not cooperating.
9    Q.   Okay.  Did anybody tell you -- did any -- did
10  your wife tell you that anybody from American Fire and
11  Casualty told you you're not covered?
12    A.   It's a -- well, this has been going on eight
13  years.  It's hard to remember all that but --
14    Q.   As you --
15    A.   -- I almost -- I don't remember.
16       She's told me -- talked to so many of them, I
17  don't know.
18    Q.   As you sit here today, you have no
19  recollection of your wife telling you that American Fire
20  and Casualty told you you weren't covered; is that a
21  fair statement?
22    A.   Well, they had some discrepancies, or
23  something, about it.  I don't know for sure what it was
24  or -- I really don't know, because, like I said -- she -
25  - she talked to them and she'd come home and tell me - -

Page 23

1  all tore up about something that was said or something
2  that was done and I really don't know.
3    Q.   When you say she was "tore up," what do you
4  mean?
5    A.   Aggravated over what she was told or what she
6  talked to them about, or --
7    Q.   Did she cry?
8    A.   Yeah.
9    Q.   Did she scream?
10    A.   No.  She probably wanted to.
11    Q.   How many times did you see her cry?
12    A.   Quite a few.
13    Q.   What would she say when she would cry?
14    A.   She just said she just didn't understand what
15  was going on and why this was happening.
16    Q.   Why -- why what was happening?
17    A.   What was going on with the insurance.
18    Q.   And -- and what --
19    A.   I -- I just tell her I didn't want to hear
20  about it.  I didn't -- didn't want to get aggravated
21  myself.
22    Q.   So you would shut it down when she would cry?
23    A.   Yeah.  Yeah.
24    Q.   Now, was this -- this insurance --
25       American Fire and Casualty, did you -- did you

Page 24

1  even know that was your insurance company or one of your
2  insurance companies at the time of the wreck?
3    A.   I didn't even know who it was.  I just -- like
4  you said, she would give me the insurance card.  I would
5  put it in the -- the car and -- and that's all I know.
6  I just stuck the cards in there.  I don't even remember
7  the names on the card.  She just said, "Here's the
8  insurance card," and I'd had to take it when I went and
9  did the -- I would go do the car tags and -- and titles,
10  and I'd have to - - to tag them, and I'd take the
11  insurance cards and that's about the only time I knew
12  what was going on.
13    Q.   Now, did she buy that insurance from herself,
14  or --
15    A.   Yeah, I guess.  She got it there from where
16  she worked.
17    Q.   Did she pay the premiums?
18    A.   Yes, sir.
19    Q.   Now, you also, at the time, had another policy
20  with Philadelphia Insurance Company on your -- on a
21  class -- one of your classic cars; do you remember that?
22    A.   Yes, sir.
23    Q.   Did she buy that for you, too?
24    A.   Yes, sir.
25    Q.   And she paid for that, too?

Page 25

1    A.   Yes, sir.
2    Q.   Do you know what your premiums were, back at
3  that time, give or take?
4    A.   It's around $500 a year.
5    Q.   What are your premiums now; do you know?
6    A.   About the same.  They haven't increased them.
7    Q.   Do you know what no-fault or personal injury
8  protection insurance is?
9    A.   Yes, sir.
10    Q.   Tell me what you understand no-fault insurance
11  to be.
12    A.   Well, no -- no-fault, not really, but the PIP
13  is a personal injury protection.
14    Q.   Tell me what you understand that to be.
15    A.   That's just supposed to cover you if you're
16  injured in an accident and personal injury protection, I
17  guess, that's what it says.  That's the only thing I
18  understood, you know, that was what it was for.
19    Q.   Do you know what it's supposed to pay for?
20    A.   No, just, if you get injured, it's supposed to
21  help pay you or pay your bills or something.  I --
22  that's all I know.
23    Q.   Do you know what your PIP insurance paid for
24  you as a result of this accident?
25    A.   I think she had 50,000 on PIP.

7 (Pages 22 - 25)

Page 26

1   Q.   And it paid all the -- and the insurance
2 company paid --
3   A.   Yeah.
4   Q.   -- all the PIP, correct?
5   A.   Uh-huh.  Yeah, after -- yeah.
6   Q.   And 39,000 of that was for lost wages, was it
7 not?
8   A.   I guess, she was -- I guess -- she took the
9 checks and cashed it and paid -- paid bills.  That's all
10 I know.  We used it to -- you know, help pay the bills
11 and survive.
12   Q.   So you let your wife do the coordinating of
13 your PIP payments, as well?
14   A.   Yeah, yeah.  She takes care of all of it.
15   Q.   Now, you said she -- she used it to pay the
16 bills.  Did all your bills get paid?
17   A.   Yes, sir.
18   Q.   Did you miss any payments at all?
19   A.   No.  No.
20   Q.   Have any bill collectors coming after you?
21   A.   No.
22   Q.   Got good credit?
23   A.   She probably does.  I don't have nothing -- I
24 don't -- I never did finance nothing.
25   Q.   Never in your life?

Page 27

1   A.   Yeah, here lately.
2   Q.   Well, what did you --
3   A.   I did my business, you know, I'd borrow some
4 money here or there, but I never did have a -- real,
5 real big payments.
6   Q.   What did you borrow lately?
7   A.   Oh, I haven't lately.  We just lived off of
8 her, and my disability check just changed our lifestyle.
9   Q.   So you -- you don't have any debt?
10   A.   No, not now.
11   Q.   When's the last time you had any debt?
12   A.   Last summer.
13   Q.   What kind of debt -- what was the last kind of
14 debt you had?
15   A.   Mortgage on our home.
16   Q.   And you got that paid off last summer?
17   A.   Yes, sir.
18   Q.   Did you pay -- throw a party?
19   A.   Huh?
20   Q.   Did you throw a party?
21   A.   No.
22   Q.   So all your bills got paid after the accident,
23 correct?
24   A.   This is last summer, yes, sir, after the...
25   Q.   No, I -- I mixed up, I asked a bad question.

Page 28

1 Let me back up.
2       Since your accident in June of 2008, neither
3 you or -- nor your wife missed any payments on any of
4 your household bills, correct?
5   A.   No.
6   Q.   What I said was correct?
7   A.   Yeah.
8   Q.   Okay.  Have you ever been to a psychologist or
9 a psychiatrist or a counselor for a mental problem?
10   A.   No.
11   Q.   Have you ever been treated for depression?
12   A.   No, sir.
13   Q.   Any doctor tell you what caused your AFib?
14   A.   Dr. Dinardo said it was from stress.
15       He said my stress and nerves is probably
16 causing it.
17   Q.   And were you having stress and nerves?
18   A.   When?
19   Q.   Back when you were diagnosed with having AFib.
20   A.   Yes, sir.
21   Q.   As a result of this accident?
22   A.   Yes, sir.
23   Q.   Because you couldn't work anymore?
24   A.   I couldn't work.  I couldn't control my life.
25   Q.   And you worked all your life and you didn't

Page 29

1 like that, correct?
2   A.   Yes, sir.
3   Q.   What do you think American Fire and Casualty
4 did wrong to you, why did you sue them?
5       MR. FAIRBANKS:  Let me just -- before you
6 start on this, let me just remind you that we have an
7 attorney/client privilege and anything that you've
8 learned between conversations with either me or with
9 Austin or anybody at my office about what bad faith is
10 or what the legal standards are, anything like that,
11 just -- I don't want you to talk about any of that
12 stuff, and to the extent that you don't have any
13 insurance background, if -- but if you can do your best
14 to answer that, please do.
15       THE WITNESS:  Well, now -- what was --
16       MR. MILLER:  I just --
17       THE WITNESS:  -- what was the question, again?
18       BY MR. MILLER:
19   Q.   I just wanted to know what you think American
20 Fire and Casualty did wrong to you.  Nothing to do with
21 being a lawyer or nothing.
22   A.   Well, they just -- when my wife would call to
23 try to find out about the policy limits and what we were
24 reinsured for and everything, they would put it off to -
25 - and then tell Avery to get back with her, and then it

Page 30

1 might go months, and then they'd say, "Well, we got to
2 do this and do that."  And they just never did - - they
3 just never did cooperate with her.
4    Q.  Anything else?
5    A.  I just -- I -- she -- like I said, she talked
6 to the people and all I did was listen to what she said
7 and done, but they just never did cooperate.
8    Q.  And when she would talk about it, you would
9 pretty much shut it down and not let it --
10    A.  Yeah.
11    -- affect you, correct?
12    A.  Yeah.  I said, I've heard enough.  I don't
13 want to hear no more about it, so...
14    Q.  Now, if you were king for a day and you could
15 tell the judge in your case to do anything you wanted
16 him to do, what would you tell him to do to fix the
17 problem that you're trying to vet in this lawsuit?
18    A.  Now, that's a good question.
19    Q.  Thank you.
20    A.  I have no -- I have not a clue.
21    Q.  Okay.
22    A.  You know, I just -- I don't know what I would
23 say.  Depends on what kind of mood I was in that day.
24    Q.  Let's assume you're in a rotten mood.
25    A.  Well, I'd just want -- would want to know why

Page 31

1 that we have -- I had to go through all this.
2    Q.  Well, see, that's what I'm trying to get --
3 get at.  What -- what is all of this?
4       Is all this the wreck and your knee being bad?
5    A.  No, putting up with not getting -- we were
6 paid our premium -- or paid -- so we could go on with
7 our lives and not have to put everything on hold for the
8 last eight years.
9    Q.  Everything on hold?
10    A.  Yes.
11    Q.  What -- what have you had to put on hold for
12 the last --
13    A.  Everything.  My --
14    Q.  Give me an example.
15    A.  -- business.  I can't work on my cars.
16       I had to pay people to work on my cars.  I
17 can't travel anymore.  I can't go to events.  I can't go
18 on vacation, and I can't even play with my grandkids
19 because of my injury and all this aggravation.
20    Q.  Well, that's because of your physical injury,
21 correct?
22    A.  Yeah.
23    Q.  Okay.
24
25    A.  But I can't go on vacations with them.

Page 32

1       I can't go no more.
2    Q.  Because of your injuries?
3    A.  Well, I just can't afford it now.  I just --
4 it changed my whole life when I lost my income and my
5 business, and when you don't have money, you don't do
6 things, you change your whole lifestyle.
7    Q.  And you lost your business and some of your
8 income because you were injured and couldn't crawl
9 around those cars anymore?
10    A.  Yeah, lost all my business.  I don't even work
11 -- I don't do nothing there no more.
12    Q.  And that's because you can't crawl around
13 those cars anymore, correct?
14    A.  Yes, sir.
15       (EXHIBIT 1 MARKED FOR IDENTIFICATION)
16    Q.  I'm going to hand you what's been marked
17       Exhibit 1 to your deposition, and my first
18 question to you is going to be:  Have you ever seen this
19 before?
20    A.  You mean, have I actually read it?
21    Q.  Yes, sir.
22    A.  No, because that's what my wife did.
23    Q.  Okay.
24    A.  She -- she -- I just remember talking to her.
25 Said she talked to Tony Dale and -- and --

Page 33

1    Q.  That -- go to the second page of this exhibit,
2 and it looks like your -- your wife, Betty Jo, wrote to
3 Tony Dale and -- "Doctor said his knee will not improve.
4 Ernest is undecided at this point as to when to have
5 surgery."
6    A.  Yes, sir.
7    Q.  "Just go ahead with the settlement of the
8 claim.  Thanks, Betty Jo."
9    A.  Yes, sir.
10    Q.  Had you ever read that before?
11    A.  She might have told me but I don't --
12       I didn't read nothing, and she -- she didn't
13 bring paperwork home from the office.
14    Q.  Okay.  Did -- does -- doesn't that seem
15 cordial and polite to you?
16    A.  On her behalf.
17    Q.  Yeah.
18    A.  Talking to you-all.  Yeah.
19    Q.  And didn't she get politeness back?
20    A.  Well --
21    Q.  "Betty, we need to just -- get his prior
22 records from Dr. Ertel."
23    A.  Yeah.
24    Q.  "Should have those in about 30 days or so."
25    A.  Uh-huh.  Yeah.

9 (Pages 30 - 33)

Page 34

1 Q. "Once we get them, to be able to evaluate the
2 claim for settlement."
3 A. Uh-huh.
4 Q. "I'll provide a copy to Philadelphia, as well,
5 once I receive them," that's polite, isn't it?
6 A. Well, did they follow through?
7 Q. Well, you got paid, didn't you?
8 A. From who?
9 Q. American Fire and Casualty. You got paid
10 $91,500, didn't you?
11 A. After eight -- seven years of aggravation.
12 Q. You got paid $91,500, though, didn't you?
13 A. Yes, sir.
14 Q. Do you know -- do you know how -- do you know
15 how to value a personal injury claim?
16 A. No, I don't.
17 Q. Has your wife ever explained to you how
18 insurance companies value personal injury claims?
19 A. No.
20 Q. Have you ever heard her discuss how insurance
21 companies value personal injury claims?
22 A. No, sir. She didn't even discuss that.
23 Q. You -- you seem like a straight talker. I'm
24 just going to -- what I'm hearing you say is your beef
25 here is it took so long to get things done; is that

Page 35

1 fair?
2 A. Well, yes and -- yeah.
3 Q. Anything else?
4 A. Well, just going through all the procedures of
5 talking to everybody and not getting the cooperation was
6 the biggest part.
7 Q. Okay. When you say going through all the
8 procedures, you're talking about, like, this deposition?
9 A. No. Her talking to all of the people that she
10 talked to and it would go from one to another, and one
11 to another, and that's just what she told me. I
12 wouldn't -- like I said, I didn't talk to nobody. She
13 did all the talking --
14 Q. Okay.
15 A. -- you know... She was the agent and she did
16 all the talking.
17 Q. And she had authority to speak for you?
18 A. Yes, sir.
19 Q. And after you hired your lawyers, here, today
20 -- do you remember when you hired them? You can't tell
21 me anything you-all talked about, do you remember when
22 you hired them thereabouts?
23 A. It was October or November of -- what, three
24 years ago?
25 Q. That would be of '13, 2013?

Page 36

1 A. I think, yes, sir. I believe it was.
2 Q. Why did you hire a lawyer?
3 A. Because we had no cooperation. They wouldn't
4 talk to me. Wouldn't talk to her, really.
5 Q. Now, I don't want to know any of the details
6 or the amounts or anything. Are your lawyers working
7 for you on what is called a contingency fee basis?
8 A. I guess, yes, sir.
9 Q. Have you had to pay your lawyers any money out
10 of your pocket?
11 A. No, sir.
12 Q. All right. Now, you got $50,000 in no-fault,
13 25,000 from the guy who hit you, his insurance company,
14 56,000 from Philadelphia Insurance Company; does that
15 sound right?
16 A. Yes, sir.
17 Q. And 91,500 from American Fire and Casualty?
18 A. Yes, sir.
19 Q. What did you do with that money?
20 A. Paid all my debts.
21 Q. And what debts did you pay?
22 A. My mortgage and doctor bills that we had to -
23 - insurance -- we had to pay for health insurance and
24 all the normal bills.
25 Q. Did you put any of it in savings?

Page 37

1 A. Yes, for a little while. Now we don't have
2 any in savings.
3 Q. What did you do with it?
4 A. Paid bills.
5 Q. When did you buy these cars? You -- you told
6 me about the '67 Chevelle that you got --
7 A. I've had the one of them since '94, one of
8 them since '98, one of them since 2001. I bought them
9 all before 2001.
10 Q. Okay. And you own a house, and do you -- do
11 you own the building in which the -- the mechanics
12 business is operated?
13 A. Yes, sir.
14 Q. Is that separate from your house or is --
15 A. Yes, sir.
16 Q. Do you own any other real estate?
17 A. Just the -- that and -- and the house that we
18 live in, it's in my wife's name.
19 Q. How come?
20 A. That's -- when we got married, it was in her
21 name.
22 Q. Okay. So she -- she owned it when you-all got
23 married?
24 A. Yes, sir.
25 Q. You-all got married in..?

10 (Pages 34 - 37)

Page 38

1    A.  2001.  No, 2000, 2000, because we've been
2  married 16 years.
3    Q.  See, I'm fixing to get you in big trouble
4  here, aren't I?
5    A.  But don't ask me the day.
6    Q.  I'm not -- I'm not going to do that.
7    A.  Okay.
8    Q.  All right.  When -- before your wife had to
9  quit working, did she have any other sources of income,
10  besides her pay from being an insurance agent?
11    A.  No.
12    Q.  Has she -- if we -- as you sit here today,
13  does your wife have any source of income?
14    A.  Well, not right now, because she's -- we've
15  been going to the doctor for the last five months with
16  her health problems.
17    Q.  Is she drawing any disability --
18    A.  No.
19    Q.  -- insurance or anything like that?
20    A.  No.  No, sir.
21    Q.  Now, you don't -- you don't blame your wife's
22  troubles on your insurance company, do you?
23    A.  Well, I ain't going to say for sure, but they
24  said her -- her problem is because of her nerves.
25    Q.  Okay.  Who is her primary doctor?

Page 39

1    A.  Shorby Brooks.
2    Q.  What kind of doctor is he?
3    A.  Just -- all I know, he's -- he's not an actual
4  -- what is it -- a physician's assistant or whatever.
5    Q.  Okay.
6    A.  He's my doctor and hers, both.
7    Q.  When's the last time you had a doctor's
8  appointment?
9    A.  About two and a half months ago.  I went and
10  had a physical.
11    Q.  How did you check out?
12    A.  Fine.
13    Q.  Tell you you had the health of a 30 year old
14  man?
15    A.  No, not quite.
16    Q.  Any -- any particular problems identified?
17    A.  Just my heart problem, and -- and had -- got a
18  touch of sugar but I've got it under control, too.
19    Q.  That weight loss helped out a lot, didn't it?
20    A.  Yes, sir.  Yes, sir.  And they did the blood
21  work because -- when I was on the heart medicine, to
22  check and see if it's -- that was okay.
23    Q.  And everything checked out okay?
24    A.  So far, yes, sir.  And I went to Dinardo after
25  that.

Page 40

1    Q.  And did you check out okay with Dinardo?
2    A.  Yes, sir.
3    Q.  Okay.  Did -- did anybody tell you your heart
4  problems were a result of you -- something your
5  insurance company did to you?
6    A.  Stress.  He just said it was caused by stress.
7    Q.  Well, I -- you told me that, and I appreciate
8  it, but did Dr. Dinardo tell you it was because of the -
9  - anything your insurance company did to you?
10    A.  That wasn't any of his business.
11    Q.  So he didn't tell you that?
12    A.  I didn't say nothing to him.  It wasn't none
13  of his business.
14    Q.  He -- and -- and you didn't complain to --
15  about your insurance company to Dr. Dinardo because you
16  didn't think it was any of his business, did you?
17    A.  Right.
18    Q.  You haven't complained to any doctor about
19  your insurance company, have you?
20    A.  Yeah.
21    Q.  Which one?
22    A.  Dr. Baran.
23    Q.  What did you tell him?
24    A.  I just told him that I didn't know what I was
25  going to do about getting a knee replacement, because we

Page 41

1  didn't have the finances and the stuff to take care of
2  it at the time.
3    Q.  Any other complaints to Dr. Baran?
4    A.  No.
5    Q.  And we're sitting here in 2016 and you've
6  still not had the knee surgery, correct?
7    A.  No.
8    Q.  All right.  Before you got hurt, you had a
9  source of income as a -- as a self-employed mechanic,
10  correct?
11    A.  Yes, sir.
12    Q.  And that's -- that's about all you ever did?
13    A.  That's all I've done all my life.
14    Q.  Any other sources of income before the wreck?
15    A.  No, just my garage.
16    Q.  What are your sources of income now?
17    A.  Disability.
18    Q.  Anything else?
19    A.  No.  No, sir.
20    Q.  That's okay, you don't have to call me "sir."
21  I appreciate it, but you don't have to.
22        Don't -- don't feel compelled to do that.  You
23  can't hurt my feelings.  Is your son paying you any rent
24  for his business, or anything else?
25    A.  No, sir.  No.

11 (Pages 38 - 41)

Page 42

1    Q.   Is he pay -- is he giving you the profits or
2 anything?
3    A.   No.
4    Q.   That's a good dad.
5    A.   I am a good father.
6    Q.   When's the last time you went on vacation?
7    A.   Last September, I went on a two-day trip.
8    Q.   To where?
9    A.   Tennessee.
10   Q.   Car show?
11   A.   Yeah.
12   Q.   Whereabouts in Tennessee?
13   A.   Pigeon Forge.
14   Q.   Did you go to Dollywood?
15   A.   That's where the car show was at.
16   Q.   You had to walk, didn't you?
17   A.   Yeah, got to stay an hour and a half and had
18 to leave because I couldn't walk.
19   Q.   How far did you walk, when you walked?
20   A.   Probably 2,000 feet, if I even got to walk
21 that much.
22   Q.   Okay.  How did you get here, today?
23   A.   Drove.
24   Q.   Where did you park?
25   A.   Beside the building, in the handicapped.

Page 43

1    Q.   Did you use a cane or a walker to get in?
2    A.   Neither one.
3    Q.   How long has it been since you used a cane or
4 a walker, or have you ever used one?
5    A.   Yes, I -- I keep a cane with me.  I didn't
6 bring it today, but I keep -- when I go on trips, I'll
7 take it.  If I get to go, I'll use a cane.  I take it
8 with me in case I need it.
9    Q.   And that's because of your right knee,
10 correct?
11   A.   Yes, sir.
12   Q.   And your right knee is never going to get any
13 better, is it?
14   A.   No, sir.
15   Q.   Do you know what underinsured motorist
16 coverage is?
17   A.   That means, if the other person -- from what I
18 -- I've been told, I don't really -- I just know it was
19 supposed to cover you if the other person don't have
20 enough coverage.
21   Q.   And you can buy that at different levels of
22 policy limits, can't you?
23   A.   I guess.  That's like -- that's her --
24        I don't know.
25   Q.   That's your wife's deal?

Page 44

1    A.   That's my wife's deal, yes, sir.
2    Q.   She makes all the decisions about what kind,
3 what brand --
4    A.   Yes.
5    Q.   -- what policy limits --
6    A.   Yes.
7    Q.   -- everything?
8    A.   Yes, because she was the agent, and that's
9 what she's done all these years.  I don't question her.
10   Q.   Probably wise.  You coming to the street rods
11 in Louisville this August?
12   A.   Do what?
13   Q.   You coming up to the street rods in --
14   A.   I -- I doubt it.
15   Q.   -- Louisville this August?  And you told me
16 the last time you went was two years ago?
17   A.   It's been two or three years ago, I went -- I
18 got to go one day and had to come home.
19   Q.   That's quite the event, though, isn't it?
20   A.   Yes, sir.
21   Q.   After you employed your lawyers back in 2013,
22 when they talked to the insurance company, they had your
23 complete authority to talk to the insurance company on
24 your behalf, correct?
25   A.   Yes, sir.

Page 45

1    Q.   I need to take five minutes for a potty break.
2        THE VIDEOGRAPHER:  Off the record at 10:58
3 a.m.
4        (OFF THE RECORD)
5        THE VIDEOGRAPHER:  Back on the -- back on the
6 record at 11:13 a.m.
7        BY MR. MILLER:
8    Q.   You told me when your last doctor appointment
9 was.  Do you have any doctor appointments currently
10 scheduled?
11   A.   Six -- well, it was six months, four more
12 months.  I go every six months to Dr. Dinardo.
13   Q.   Okay.  That's just a check up on your heart?
14   A.   Just a check up.  Just a check up, yes, sir.
15 Yeah.
16   Q.   Has your heart flip-flopped on you any more
17 since that first time?
18   A.   Today?
19   Q.   Yeah.
20   A.   Yeah.
21   Q.   Is it doing it now?
22   A.   No, you'll know it.
23   Q.   Because you turn red?
24   A.   I'll -- I'll get flush, yeah.
25   Q.   Okay.

12 (Pages 42 - 45)

Page 46

1    A.  It just stops and starts back.  Just as long
2  as it don't -- it starts back, we'll be all right.
3    Q.  What -- what -- what triggers it?
4    A.  Just stress.
5    Q.  Just unusual circum --
6    A.  Uh-huh.
7    Q.  You don't think I'm being mean to you or
8  anything, do you?
9    A.  No.
10   Q.  Okay.  Because I -- I mean, I get that this is
11 a very unusual situation, if you think I'm being mean to
12 you, tell me, I'll -- I'll back off.
13   A.  Everything is fine.
14   Q.  Okay.  Do you have any hobbies or anything
15 that you do?
16   A.  Just my cars.
17   Q.  Well, what do you do with your cars now, just
18 drive them?
19   A.  Yeah, go to events.  Do a lot -- what do they
20 call them runs, rod runs or car events but
21 --
22   Q.  You get in line and go someplace?
23   A.  Yeah, just, like, in Louisville.
24   Q.  Okay.
25   A.  That's about all I go to.  When I went, that's

Page 47

1  all I went to.
2    Q.  Do you read?
3    A.  Do I read?
4    Q.  Like --
5    A.  Yeah, car magazines.
6    Q.  Don't -- don't read books or --
7    A.  Uh-uh.
8    Q.  Okay.
9    A.  Cars is my life.
10   Q.  Okay.  Well, I -- there are all kinds of
11 lifestyles, and I get that.
12   A.  I've been blessed to do what I got to do.
13   Q.  Oh, the people that I know that are into it,
14 are just into it, man, that's just it.
15      All right.  Now, you told me -- you told me
16 that your wife did all the -- the talking with the
17 insurance company, and -- and you would expect that your
18 insurance company would -- would believe what your wife
19 was telling them, right?
20   A.  Uh-huh.
21   Q.  Is that a fair statement?
22   A.  Yes, sir.
23   Q.  But you'll also agree with me that an
24 insurance company has to go investigate and verify?
25   A.  I guess.

Page 48

1    Q.  Would that seem logical?
2    A.  Yeah.  If they ever send anybody.
3    Q.  And you don't blame them for wanting to see
4  your medical records and that kind of thing?
5    A.  No, no.
6    Q.  Do you know what bad faith is?  And if your
7  only source of it is what your lawyers told you --
8    A.  That's -- that's about all I know.
9    Q.  Okay.  Do you know what punitive damages are?
10   A.  Just about what they tell me.
11   Q.  Okay.  Do you think anybody at American Fire
12 and Casualty has done anything to you to hurt you on
13 purpose?
14   A.  Yes and no.  Yes, because they didn't -- they
15 just took so long to do what they was supposed to do.
16   Q.  And then the "no" part is what?
17   A.  Well, really, I don't know.  I mean, yes --
18 the only thing I can tell you, they just took so long to
19 do all this stuff, it's just -- it's just drug out too
20 long.
21   Q.  Well, do you think they should just pay -- pay
22 their people whatever they ask for?
23   A.  No.  But they ought to come and talk to them.
24   Q.  Okay.  Have you -- I'll --
25      I'll just represent to you, Mr. Foster, that

Page 49

1  in connection with this case, we have produced to your
2  lawyers, provided pieces of paper, some of which consist
3  of American Fire and Casualty's claim file, claim note,
4  the things that they had in their file as they were
5  working on your claim.  Have you reviewed any of those
6  papers?
7    A.  No, sir.
8    Q.  Did you review any papers to prepare for your
9  deposition?
10   A.  No, sir.
11   Q.  I've assumed you talked to your lawyers, which
12 is fine, correct?
13   A.  Yes, sir.
14   Q.  Talk to anybody else in preparation for your
15 deposition?
16   A.  No.
17   Q.  Since you never talked to anybody at the
18 insurance company, they never could have told you
19 anything personally that was untrue, could they?
20   A.  No, because they never talked to me.
21   Q.  How did your insurance company hurt you?  You
22 said that it just took too long in your view, how did
23 that hurt you?
24   A.  Well, financially and mentally and -- both of
25 those.  Financially and mentally.

13 (Pages 46 - 49)

Page 50

1    Q.  How did it hurt you mentally?  We've talked
2  about the finances enough.
3    A.  Well, that don't -- if that messes with your
4  whole life, it messes with you mentally.
5    Q.  Yeah.  But I -- and I'm not arguing with you
6  and I'm not trying to be ugly.  But I thought we agreed
7  that the stuff that messes up your life was because of
8  your injury to your knee, the stuff you couldn't do
9  anymore; is that fair?
10    A.  Well, partially, yes.  But if I had got this
11  taken care of, I might have -- could have did something
12  different with my life.  I might could have went a
13  different path.
14    Q.  What kind of path -- different path?
15    A.  Well, I could have tried to do something to
16  try to have an income instead of being disabled.
17    Q.  Well what would you have done?  Let's -- let's
18  --
19    A.  I have no idea.  That's just -- I'm too old to
20  go too far.
21    Q.  Well, let -- let's say -- all right.
22      You first made, and I'm -- and I'm not
23  expecting you to accept this as true, I'll represent to
24  you that your wife first called in and made an
25  underinsured motorist claim in about June of 2010, okay?

Page 51

1  About two years after the accident.
2    A.  I guess.  I have no idea.
3    Q.  Okay.
4    A.  Because I don't know, because I was trying to
5  see if I could work and see if I could make it and, you
6  know, actually, maybe, put off the knee surgery that I
7  had, because I was trying to work.
8    Q.  No, I -- I get that.  I get that.
9    A.  Yeah.
10    Q.  Let -- let's assume the following:
11      Let's assume in June of 2010, the day your
12  claim was made --
13    A.  Yeah.
14    Q.  -- that American Fire and Casualty wrote you a
15  check for $100,000.
16    A.  Yeah.
17    Q.  How would that have changed your life?
18    A.  I wouldn't have had to worry about paying
19  bills and taking care of my mortgage and paying health
20  insurance to keep us going, and stuff like that, but
21  that's all I was worried about, our health insurance and
22  keeping our bills paid.
23    Q.  Well, here's what I'm trying to get to, you
24  said -- and I'm trying to figure out what you meant by
25  it -- you said, "I might have been able to take a

Page 52

1  different path to keep from being disabled."  I'm trying
2  to figure out what you mean by that --
3    A.  Well, I --
4    Q.  -- and how the money would have done that?
5    A.  Well, I wouldn't have had to go and apply for
6  disability.  I would have had money to live off of.
7    Q.  But you still got the hundred thousand?
8    A.  Yeah, after all these years.
9    Q.  And you're still drawing disability?
10    A.  Yeah.
11    Q.  Did you go back and tell the Social Security
12  you don't want your disability anymore?
13    A.  No, because there ain't no money left.
14      It's all gone.  After I paid everything, where
15  I borrowed money and paid my mortgages and stuff, it's
16  all gone, and I did not waste it.
17    Q.  Okay.  But you would have done the same thing
18  if you had it in 2010, right?  You would have paid your
19  bills, you would have paid your mortgage.
20    A.  Well, that was 2010, that was a different
21  story -- different -- I have no idea.
22      That's been six years ago.
23    Q.  Okay.
24    A.  That's a different story.
25      (EXHIBIT 2 MARKED FOR IDENTIFICATION)

Page 53

1    Q.  I'm going to hand you what I've marked as
2  Exhibit 2 to your deposition, and I am going to have one
3  very simple question to you about that.
4      (WITNESS REVIEWS DOCUMENT)
5      MR. MILLER:  You probably don't have that,
6  because I just got it this week.  It wasn't in the claim
7  file.  I had to go back and -- and get it, so...
8      MR. FAIRBANKS:  Okay, yeah.  This is the first
9  I've -- I've seen this.
10      MR. MILLER:  Yeah.
11      MR. FAIRBANKS:  Did this come out of a
12  different file or did you get this, kind of, standalone?
13      MR. MILLER:  It was supposed to be in the same
14  file but it wasn't.  So they -- they went to some other
15  source and got it.
16      MR. MEHR:  Do you have an extra copy or just
17  that one?
18      MR. MILLER:  It's the PIP app.  It's the PIP
19  app.
20      MR. MEHR:  Okay.
21      BY MR. MILLER:
22    Q.  Is that your handwriting, down in the body,
23  here?  That's all I wanted to ask you.
24    A.  No.
25    Q.  Who wrote that, do you remember?

14 (Pages 50 - 53)

Page 54

1    A.  My wife sit and filled it out while I watched
2  her.
3    Q.  Okay.  That is your signature?
4    A.  That is my signature.  I read over it and
5  signed it.
6    Q.  Okay.  That's fine.  I just didn't --
7    A.  Yeah.
8    Q.  -- I couldn't tell if it was -- the signature
9  was the same handwriting --
10    A.  No.
11    Q.  -- as the body.
12    A.  No.
13    Q.  Now, let me ask you this --
14    A.  Yeah.
15    Q.  -- right here, it asks, "What is your average
16  weekly wage or salary?"
17    A.  Yeah.
18    Q.  That's left blank.
19    A.  Yeah.
20    Q.  Why was that left blank?
21    A.  I don't know.  Have no idea.  You'd have to
22  ask her, I have no idea.
23    Q.  Do -- do you remember how that information
24  ended up being provided to the insurance company?
25    A.  Uh-uh.

Page 55

1    Q.  Do you remember her -- her providing tax
2  returns --
3    A.  Yeah.
4    Q.  -- or talking about providing tax returns?
5    A.  Yeah, she did.
6    Q.  Okay.  Do you remember going and seeing Dr.
7  Jenkinson?
8    A.  Yes, sir.
9    Q.  Tell me what you remember about that.
10    A.  Well, I went to see him and he did a exam on
11  me and I went home.
12    Q.  Describe the exam he did for you.
13    A.  He measured my -- how much my legs would move,
14  and -- and I sat on the table and he measured how much
15  my leg moved and hit me with a rubber mallet and used a
16  tape measure, and that was it.
17    Q.  How long were you there?
18    A.  22 minutes.
19    Q.  Did he talk to you?
20    A.  Yeah.
21    Q.  Did he sound like he knew what he was doing?
22    A.  He's supposed to.  He's supposed to have been
23  a doctor.
24    Q.  You -- you -- the cynicism is dripping off
25  your voice there, why -- how -- and your heart just

Page 56

1  flopped again.
2    A.  Well, he -- what can you figure out in 22
3  minutes?
4    Q.  So you think he should have examined you
5  longer?
6    A.  He was -- he was doing his job, I guess,
7  that's all I know.  He just done this and that and
8  measured me with a tape measure and hit me with a rubber
9  mallet and talked to his secretary that was taking notes
10  and stuff, and said, "I'll -- they'll let you know
11  what's going on," and I left.
12    Q.  Did -- was your wife with you?
13    A.  Yes, sir.
14    Q.  Did you ever read his report?
15    A.  I don't remember.  No.  I don't remember --
16    Q.  I'm going --
17    A.  I don't know.
18    Q.  I'm going to hand it to you.  I'm not going to
19  make it an exhibit, just tell me if you remember seeing
20  that before.
21    A.  I don't know.  Now, this you're asking me, I
22  don't know.
23    Q.  Okay.  That's fine.
24    A.  Because --
25    Q.  If you don't remember, you don't remember.

Page 57

1    A.  I don't, really, because I have no idea.
2    Q.  Okay.  Do you remember anybody telling you
3  what Dr. Jenkinson concluded?
4    A.  Well, when we had the deposition, didn't he
5  say what he's -- his conclusions was?  We had a
6  deposition and he told the -- told us.
7    Q.  And -- and you were attending the deposition?
8    A.  Yes, sir.
9    Q.  Okay.  So that's -- so that's when you heard
10  what Dr. Jenkinson had concluded when he was --
11    A.  Yeah.
12    Q.  -- his deposition was taken?
13    A.  Yes, sir.
14
15
16
17    Q.  Okay.  Thank you.
18        (EXHIBIT 3 MARKED FOR IDENTIFICATION)
19    Q.  I'm going to hand you what's been marked as 3
20  to your deposition.
21        Here you go, Austin.
22        MR. MEHR:  Okay, thanks.
23        (WITNESS REVIEWS DOCUMENT)
24    Q.  My question is going to be when -- is -- do
25  you recall seeing this letter before?

15 (Pages 54 - 57)

Page 58

1    A.   Probably.  I'm not -- I've read so much
2  different things, I -- you know...
3    Q.   If you don't remember, that's fine.
4    A.   Now, Betty might have read it and told me what
5  it said, I really -- you know, she would get -- I don't
6  know.
7    Q.   Do you see anything in that letter, as you --
8  as you read it now, that you think is incorrect or
9  wrong?
10   A.   Not that I see.  I don't know.
11   Q.   Okay.
12   A.   No.
13       (EXHIBIT 4 MARKED FOR IDENTIFICATION)
14   Q.   Are you having fun yet?
15       I'm going to hand you what's been marked
16 Exhibit 4 to your deposition.  I'll represent to you,
17 that's the underinsured motorist coverage release you
18 signed when American Fire and Casualty paid you 91,500.
19 And just confirm that that's your signature at the -- on
20 page four, there.
21   A.   Yes, sir.
22   Q.   And you had an opportunity to review this
23 before you signed it and your -- had an opportunity for
24 your lawyers to explain it to you before you signed it,
25 correct?

Page 59

1    A.   Yes, sir.
2    Q.   Why did you accept $91,500?
3    A.   Well, I guess, that's what they were offering.
4    Q.   Any other reason that you remember?
5        MR. FAIRBANKS:  And, Ernest, if -- if it
6  involves something that you would have had in a
7  confidential communication with either me or Austin, I
8  don't want you to talk about that.  But if you have a --
9  a general statement as to why you accepted that, feel
10 free to answer it that way.
11   A.   Well --
12       MR. MILLER:  Let me see if I can fix it.  Let
13 me see if I can fix it.
14       BY MR. MILLER:
15   Q.   You relied on your lawyers in resolving your
16 claim; is that fair?
17   A.   That's right.
18   Q.   Okay.
19   A.   Yes, sir.  I been -- I did what they
20 recommended.
21   Q.   Got it.  Okay.  Okay, I'm getting close.
22       MR. MILLER:  Do you-all happen to have a --
23 Social Security statement?  They used to send them to
24 everybody in the mail, but they don't send them in the
25 mail for him.

Page 60

1        MR. FAIRBANKS:  Are you talking about the one
2  that would just show the amount that he gets or that
3  he's been approved?
4        MR. MILLER:  No, the thing that says, "You
5  paid in this much this year, this much this year, this
6  much this year."
7        MR. FAIRBANKS:  I don't believe so.
8        A.   I haven't -- I haven't got one of those for
9  years, before -- since this happened.  They used to send
10 them, what, once a year, and tell you what you would
11 draw if you got disabled and all that.
12       BY MR. MILLER:
13   Q.   Yeah.
14   A.   I don't remember getting one for quite a few
15 years.
16   Q.   Okay.
17   A.   Yeah, because they lie.  It don't -- they
18 don't give you what they say.
19   Q.   The government would lie to you?
20   A.   Yes, sir.  Yes, sir.
21       (EXHIBIT 5 MARKED FOR IDENTIFICATION)
22   Q.   I'm going to hand you what's been marked
23 Exhibit 5 and I'll represent to you that it is a
24 compilation of some documents out of your Social
25 Security Disability file.

Page 61

1        Madame Court Reporter, I tried like heck to
2  make sure I got all the Social Security numbers out of
3  it, would you please triple check me?
4        COURT REPORTER:  Yes.
5    Q.   Do you remember going to the Social Security
6  Office and filling -- and filling out your application
7  for disability benefits?
8    A.   Yes, sir.
9    Q.   And it says here that you went on February 13,
10 2012.
11   A.   Yes, sir.
12   Q.   Did you -- and you went in person?
13   A.   Yes, sir.
14   Q.   Were you accompanied by your wife?
15   A.   Yes, sir.
16   Q.   Did a lawyer assist you with this Social
17 Security process?
18   A.   No, sir.
19   Q.   Why did you go?
20   A.   Because I couldn't work and I was getting
21 desperate because the bills was getting -- piling up and
22 -- and I just went to see if I could get some help.
23   Q.   Who suggested that you go?
24   A.   Well, Dr. Baran told me that I wouldn't be
25 able to work doing what I was been doing all my life,

16 (Pages 58 - 61)

Page 62

1 and he said I needed to consider going and getting my
2 disability.
3    Q.   You -- you've seen this document before, have
4 you not, at some point?
5    A.   I've read so many about the disability, I
6 don't remember for sure, but...
7    Q.   Why did you wait so long to go, why did you
8 wait until February of 2012 to go?
9    A.   Well, to tell you the honest truth, I was
10 ashamed to. I didn't want people to think I was drawing
11 disability when I was -- I just didn't -- I was ashamed.
12 The same thing the lady asked me when I applied.
13    Q.   Now, flip over to the third page of this
14 exhibit?
15    A.   Is that it?
16    Q.   No.
17    A.   No.
18    Q.   And I want to point you to this last sentence
19 of the -- one, two, three paragraph. It says, "We have
20 established that your disability began on
21 2-1-2011 --
22    A.   Yes, sir.
23    Q.   -- do you see that?
24    A.   Yes, sir.
25    Q.   Do you know why -- did anybody explain to you

Page 63

1 why your disability began on 20- --
2    A.   Dr. Baran told me, he said, "You're not able
3 to function to do the work that you've been doing all
4 your life," because I couldn't squat, kneel, bend, do
5 steps, stairs, ladders. I still can't squat and kneel,
6 bend --
7    Q.   Okay.
8    A.   -- to this day.
9    Q.   Here -- I asked a bad question.
10    A.   Yeah.
11    Q.   How come they didn't find your disability
12 effective as of June 2008, when the wreck happened, do
13 you know -- did anybody explain that?
14    A.   I didn't -- I didn't apply for it.
15    Q.   Well --
16    A.   I didn't go apply for it until this date.
17    Q.   -- I understand that. Go back to the front
18 page.
19    A.   Yeah.
20    Q.   It said -- says here that you told them your
21 disabled condition began in June 2008?
22    A.   Yeah. Well, that's when I got my knee
23 crushed.
24    Q.   Did anybody at Social Security explain why
25 they didn't go back and start paying you from June --

Page 64

1    A.   No.
2    Q.   -- 2008?
3    A.   No. They don't do that anymore. When you
4 apply, I think they go back eight months now, as far as
5 they go back with --
6    Q.   Okay.
7    A.   -- I -- they explained that to me when I
8 applied.
9    Q.   All right. Did -- did you appeal or express
10 any disagreement with the decision Social Security made
11 with re -- respect to your disability or the amount of
12 money --
13    A.   No.
14    Q.   -- they were paying you?
15    A.   No. I was just glad to get it to help pay
16 bills.
17    Q.   And -- and you're still getting the -- the
18 payment to this day, correct?
19    A.   Yes, sir.
20    Q.   Is that tax-free?
21    A.   I don't know. We file taxes. I don't know if
22 we tax on it or not. I don't -- I don't know. We did
23 joint taxes but...
24    Q.   Was your income over 32,000 last year?
25    A.   No, no.

Page 65

1    Q.   Okay.
2    A.   No.
3    Q.   The joint, with you and your wife together?
4    A.   No, no.
5    Q.   Okay.
6    A.   No.
7    Q.   At the time of this wreck back in 2008, do you
8 remember about what you were making, just you?
9    A.   Because it varied from year to year,
10 truthfully, I don't, because -- because I just take all
11 my papers to the tax -- my CPA and he done it all and I
12 don't remember what the -- I haven't looked at them for
13 years. I don't know.
14    Q.   Do you -- do you ever make over 20,000 a year
15 yourself?
16    A.   Gross?
17    Q.   Gross.
18    A.   Gross, yeah.
19    Q.   Okay. Now, how would customers pay you?
20    A.   Cash and check, no credit cards.
21    Q.   Did you turn it all in?
22    A.   Yes, sir.
23    Q.   So your tax returns that you submitted to the
24 insurance company accurately reflect --
25    A.   Yeah.

17 (Pages 62 - 65)

Page 66

1   Q.   -- both you and your --
2   A.   Yes.
3   Q.   -- I think they were joint returns -- you and
4   your wife's income?
5   A.   Yes, sir.
6   Q.   Okay.  Does your wife still have that antique
7   business?
8   A.   No.
9   Q.   When did she give up on that?
10   A.   When she got to having her health issues, and
11   she gave up on it a few years ago.
12   Q.   Okay.  So after she closed the antique
13   business, her only source of income was the insurance
14   agency?
15   A.   Insurance.  Yes, yes.  She couldn't handle
16   them both at the same time.
17   Q.   Has any doctor told you that your heart
18   problems were a result of this wreck?
19   A.   No, not to -- not a result of it, no.
20   Q.   They told you that it's a result of stress,
21   correct?
22   A.   Yes, sir.
23   Q.   You kind of, sort of, told me this, but I want
24   to make sure I understand it.  What's bothering you now?
25   A.   What, my heart?

Page 67

1   Q.   No, no, no, no.  What kind of problems are you
2   having now?  I asked a bad question.  And I don't mean
3   right this second.  I mean, generally.
4        Does your knee still bother you, your back
5   bother you, your hips bother you?
6   A.   Just my knee.  My knee bothers me and not
7   being able to do what I want to do really bothers me.
8   Q.   How old are you now?
9   A.   61.
10   Q.   You know, you did yourself a great favor on
11   that weight, that helped you a lot, didn't it?
12   A.   So far.
13   Q.   Let me talk to the brains of the operation, I
14   may be done.
15        THE VIDEOGRAPHER:  Off the record at 11:42
16   a.m.
17        (DEPOSITION CONCLUDED AT 11:42 A.M.)
18
19
20
21
22
23
24
25

Page 68

1        CERTIFICATE OF REPORTER
2   COMMONWEALTH OF KENTUCKY AT LARGE I do hereby certify
3   that the witness in the foregoing transcript was taken
4   on the date and at the time and place set out on the
5   Title page hereof, by me, after first being duly sworn
6   to testify the truth, the whole truth, and nothing but
7   the truth, and that the said matter was recorded
8   stenographically and mechanically by me and then reduced
9   to typewritten form under my direction, and constitutes
10   a true record of the transcript as taken, all to the
11   best of my skill and ability.  I certify that I am not a
12   relative or employee of either counsel, and that I am in
13   no way interested financially, directly or indirectly,
14   in this action.
15
16
17
18
19
20
21
22   SANDRA VENTURA,
23   COURT REPORTER/NOTARY
24   MY COMMISSION EXPIRES: 08/15/2017
25   SUBMITTED ON DATE: 06/28/2016

Veritext Legal Solutions
800-567-8658                                        973-410-4040

# CERTIFICATE OF REPORTER

## COMMONWEALTH OF KENTUCKY AT LARGE

I do hereby certify that the witness in the foregoing transcript was taken on the

date, and at the time and place set out on the Title page hereof by me

after first being duly sworn to testify the truth, the whole truth, and nothing but

the truth; and that the said matter was recorded stenographically and

mechanically by me and then reduced to typewritten form under my direction,

and constitutes a true record of the transcript as taken, all to the best of my skill

and ability. I certify that I am not a relative or employee of either counsel, and

that I am in no way interested financially, directly or indirectly, in this

action.


_Sandra Ventura_

SANDRA VENTURA,

COURT REPORTER / NOTARY

MY COMMISSION EXPIRES:

SUBMITTED ON:

[& - asked]

| & | |
|---|---|
| **&** 2:6,15 3:5 5:4 6:5 | |

| 0 | |
|---|---|
| **00426** 1:4 6:13 | |
| **010** 10:11 | |
| **06/28/2016** 68:25 | |
| **08** 10:8 | |
| **08/15/2017** 68:24 | |
| **09** 10:11,15 | |

| 1 | |
|---|---|
| **1** 4:8 32:15,17 | |
| **100,000** 51:15 | |
| **10:15** 5:6 6:3 | |
| **11:13** 45:6 | |
| **13** 35:25 61:9 | |
| **14** 1:24 6:2 | |
| **14th** 5:6 | |
| **16** 38:2 | |
| **1939** 9:20 | |

| 2 | |
|---|---|
| **2** 4:9 52:25 53:2 | |
| **2,000** 42:20 | |
| **2-1-2011** 62:21 | |
| **20** 13:21 63:1 | |
| **20,000** 65:14 | |
| **2000** 38:1,1 | |
| **2001** 37:8,9 38:1 | |
| **2008** 19:19 28:2 | |
| 63:12,21 64:2 65:7 | |
| **201** 2:7 5:4 6:5 | |
| **2010** 50:25 51:11 | |
| 52:18,20 | |
| **2012** 61:10 62:8 | |
| **2013** 35:25 44:21 | |
| **2014** 4:11,12 | |
| **2016** 1:24 5:6 6:2 | |
| 41:5 | |
| **22** 55:18 56:2 | |
| **2452** 3:6 | |
| **25** 13:21 | |
| **25,000** 36:13 | |

| 3 | |
|---|---|
| **3** 4:11 57:18,19 | |
| **30** 13:21 33:24 | |
| 39:13 | |
| **300** 3:7 | |
| **32** 4:8 | |
| **32,000** 64:24 | |
| **39,000** 26:6 | |

| 4 | |
|---|---|
| **4** 4:12 58:13,16 | |
| **400** 2:17 | |
| **40222** 2:18 | |
| **40507** 2:9 6:6 | |
| **40509** 3:8 | |
| **44** 9:22 | |
| **48** 12:13,14 | |
| **49** 12:13,15 | |

| 5 | |
|---|---|
| **5** 4:13 60:21,23 | |
| **50** 14:11,15 15:14 | |
| **50,000** 25:25 36:12 | |
| **500** 25:4 | |
| **502-423-6391** 2:19 | |
| 2:20 | |
| **52** 4:10 | |
| **56,000** 36:14 | |
| **57** 4:11 | |
| **58** 4:12 | |
| **5:13** 1:4 6:13 | |

| 6 | |
|---|---|
| **60** 4:13 14:11,15 | |
| 15:14 | |
| **61** 67:9 | |
| **67** 9:21 37:6 | |

| 7 | |
|---|---|
| **7** 4:3 | |

| 8 | |
|---|---|
| **8** 4:11,12 | |
| **800** 2:8 5:5 6:6 | |
| **84** 19:11 | |
| **859-225-3731** 2:10 | |

| | |
|---|---|
| **859-225-3830** 2:11 | |
| **859-226-0057** 3:9 | |
| **859-226-0059** 3:10 | |

| 9 | |
|---|---|
| **91,500** 34:10,12 | |
| 36:17 58:18 59:2 | |
| **9300** 2:16 | |
| **94** 37:7 | |
| **98** 37:8 | |

| a | |
|---|---|
| **a.m.** 5:6 6:3 45:3,6 | |
| 67:16,17 | |
| **ability** 68:11 | |
| **able** 34:1 51:25 | |
| 61:25 63:2 67:7 | |
| **accept** 50:23 59:2 | |
| **accepted** 59:9 | |
| **accident** 10:8 12:23 | |
| 13:1 16:22 25:16,24 | |
| 27:22 28:2,21 51:1 | |
| **accompanied** 61:14 | |
| **account** 19:3 | |
| **accurately** 65:24 | |
| **action** 1:4 6:12 | |
| 68:14 | |
| **actual** 39:3 | |
| **advertise** 16:6 | |
| **affect** 30:11 | |
| **affirm** 7:5 | |
| **afford** 32:3 | |
| **afib** 13:25 14:8,20 | |
| 15:8,14 28:13,19 | |
| **afternoon** 11:25 | |
| **agency** 66:14 | |
| **agent** 17:18 18:5,20 | |
| 19:23 35:15 38:10 | |
| 44:8 | |
| **aggravated** 15:11 | |
| 23:5,20 | |
| **aggravation** 31:19 | |
| 34:11 | |
| **ago** 35:24 39:9 | |
| 44:16,17 52:22 | |
| 66:11 | |

| | |
|---|---|
| **agree** 47:23 | |
| **agreed** 5:9 50:6 | |
| **ahead** 33:7 | |
| **ain't** 12:5 14:3 | |
| 38:23 52:13 | |
| **american** 1:11 6:9 | |
| 6:22 22:10,19 23:25 | |
| 29:3,19 34:9 36:17 | |
| 48:11 49:3 51:14 | |
| 58:18 | |
| **amount** 60:2 64:11 | |
| **amounts** 36:6 | |
| **anglias** 9:18 | |
| **angry** 10:25 | |
| **answer** 10:22 29:14 | |
| 59:10 | |
| **antique** 66:6,12 | |
| **anybody** 22:9,10 | |
| 29:9 40:3 48:2,11 | |
| 49:14,17 57:2 62:25 | |
| 63:13,24 | |
| **anymore** 12:5 13:2 | |
| 28:23 31:17 32:9,13 | |
| 50:9 52:12 64:3 | |
| **app** 53:18,19 | |
| **appeal** 64:9 | |
| **appearances** 2:1 3:2 | |
| **application** 4:9 61:6 | |
| **applied** 62:12 64:8 | |
| **apply** 52:5 63:14,16 | |
| 64:4 | |
| **appointment** 39:8 | |
| 45:8 | |
| **appointments** 45:9 | |
| **appreciate** 40:7 | |
| 41:21 | |
| **approved** 15:5 60:3 | |
| **approximately** 5:6 | |
| 6:3 | |
| **arguing** 50:5 | |
| **arthroscopic** 10:14 | |
| 10:18 | |
| **ashamed** 62:10,11 | |
| **asked** 27:25 62:12 | |
| 63:9 67:2 | |

asking  21:5,7,8
  56:21
asks  54:15
aspirin  13:20
assist  61:16
assistant  39:4
assume  30:24 51:10
  51:11
assumed  49:11
attending  57:7
attorney  29:7
attorneys  6:15
august  12:17 44:11
  44:15
austin  2:5 6:19 8:17
  29:9 57:21 59:7
authority  35:17
  44:23
auto  8:20 9:4
automatic  12:9
automatics  12:11,14
automobile  16:14
automotive  8:20
average  54:15
avery  29:25

**b**

back  10:15 25:2
  28:1,19 29:25 33:19
  44:21 45:5,5 46:1,2
  46:12 52:11 53:7
  63:17,25 64:4,5
  65:7 67:4
background  29:13
bad  11:7,8,13 14:21
  27:25 29:9 31:4
  48:6 63:9 67:2
baran  13:8 40:22
  41:3 61:24 63:2
barton  3:6
based  21:18
basham  3:12 6:1
basis  12:1 36:7
beef  34:24

began  62:20 63:1,21
behalf  2:3,13 33:16
  44:24
believe  36:1 47:18
  60:7
bend  63:4,6
benefit  14:17
benefits  4:9,13 61:7
best  29:13 68:11
better  13:6 15:8
  43:13
betty  33:2,8,21 58:4
big  27:5 38:3
biggest  35:6
bill  26:20
bills  25:21 26:9,10
  26:16,16 27:22 28:4
  36:22,24 37:4 51:19
  51:22 52:19 61:21
  64:16
bladder  17:25
blame  38:21 48:3
blank  54:18,20
blessed  47:12
blocked  14:3
blood  8:1 13:18,18
  14:24 15:4 39:20
body  53:22 54:11
books  47:6
borrow  27:3,6
borrowed  52:15
bother  15:10 67:4,5
  67:5
bothering  66:24
bothers  11:6 67:6,7
bought  37:8
bowel  17:24
boyer  2:15 3:5
boys  8:9
brains  67:13
brand  44:3
brands  18:18
break  45:1
brice  8:16

bring  19:6 33:13
  43:6
brooks  39:1
building  37:11
  42:25
business  8:4 19:5,7
  27:3 31:15 32:5,7
  32:10 37:12 40:10
  40:13,16 41:24 66:7
  66:13
businesses  18:23
buy  24:13,23 37:5
  43:21

**c**

call  11:24 29:22
  41:20 46:20
called  9:18 36:7
  50:24
cane  43:1,3,5,7
caption  6:8
car  9:5,11,20,21
  10:5,7,11 11:25
  17:6 24:5,9 42:10
  42:15 46:20 47:5
card  17:6 24:4,7,8
cardiologist  14:13
cards  24:6,11 65:20
care  9:23 10:1 16:17
  19:20 20:6,19 26:14
  41:1 50:11 51:19
cars  9:9,11,13,15
  11:15,20 12:6 24:21
  31:15,16 32:9,13
  37:5 46:16,17 47:9
case  6:8,10 7:5,15
  30:15 43:8 49:1
cash  65:20
cashed  26:9
casualty  1:11 6:9,22
  22:11,20 23:25 29:3
  29:20 34:9 36:17
  48:12 51:14 58:18
casualty's  49:3

caused  28:13 40:6
causing  28:16
certificate  68:1
certify  68:2,11
change  16:21,24
  32:6
changed  10:2 14:4
  16:3 27:8 32:4
  51:17
charge  16:19
check  10:2 27:8
  39:11,22 40:1 45:13
  45:14,14 51:15 61:3
  65:20
checked  39:23
checks  26:9
chevelle  9:21 11:18
  37:6
circum  46:5
civil  1:4 5:8 6:12
claim  33:8 34:2,15
  49:3,3,5 50:25
  51:12 53:6 59:16
claims  34:18,21
class  24:21
classic  9:5,9,11
  11:15 24:21
client  29:7
close  18:13 59:21
closed  66:12
clothes  15:2
clue  30:20
collectors  26:20
color  14:4
come  12:17 17:21
  19:22 22:25 37:19
  44:18 48:23 53:11
  63:11
coming  19:2 26:20
  44:10,13
commission  68:24
commonwealth  68:2
communication
  59:7

[companies - employed]                                                      Page 3

**companies** 24:2
34:18,21
**company** 1:11 6:9
16:13 18:15 19:4,10
19:11,19 20:9 24:1
24:20 26:2 36:13,14
38:22 40:5,9,15,19
44:22,23 47:17,18
47:24 49:18,21
54:24 65:24
**compelled** 41:22
**compilation** 60:24
**complain** 40:14
**complained** 40:18
**complaints** 41:3
**complete** 44:23
**concluded** 57:3,10
67:17
**conclusions** 57:5
**condition** 63:21
**confidential** 59:7
**confirm** 58:19
**connection** 49:1
**consider** 62:1
**consist** 49:2
**constitutes** 68:9
**contingency** 36:7
**continued** 3:2
**control** 11:12 28:24
39:18
**conversations** 19:18
29:8
**cooperate** 21:9,11
21:17 22:1,3,5 30:3
30:7
**cooperating** 22:8
**cooperation** 35:5
36:3
**coordinating** 26:12
**copy** 34:4 53:16
**cordial** 33:15
**correct** 10:15 19:20
26:4 27:23 28:4,6
29:1 30:11 31:21
32:13 41:6,10 43:10

44:24 49:12 58:25
64:18 66:21
**correlation** 15:13
**counsel** 6:7,23 68:12
**counselor** 28:9
**court** 1:1 5:10 6:11
6:24 7:2,4,9 61:1,4
68:23
**cover** 25:15 43:19
**coverage** 7:18 43:16
43:20 58:17
**covered** 22:7,11,20
**cpa** 65:11
**crawl** 32:8,12
**credit** 26:22 65:20
**cruise** 11:12
**crushed** 63:23
**cry** 23:7,11,13,22
**cs2322099** 1:22
**current** 16:13
**currently** 45:9
**customers** 65:19
**customization** 9:5
**cv** 1:4 6:13
**cynicism** 55:24

**d**

**dad** 42:4
**dale** 32:25 33:3
**damages** 48:9
**date** 1:24 6:2 63:16
68:4,25
**day** 8:2 11:25,25
12:2,2 18:6 30:14
30:23 38:5 42:7
44:18 51:11 63:8
64:18
**days** 11:6,7 33:24
**deal** 43:25 44:1
**debt** 27:9,11,13,14
**debts** 36:20,21
**december** 4:11,12
**decision** 14:16 64:10
**decisions** 44:2

**defendant** 1:12 2:13
6:7
**depends** 30:23
**deponent** 1:23
**deposition** 5:3,7 6:4
7:14 17:13 32:17
35:8 49:9,15 53:2
57:4,6,7,12,20
58:16 67:17
**depression** 28:11
**describe** 55:12
**desperate** 61:21
**details** 36:5
**diagnosed** 28:19
**diesels** 8:23
**diet** 16:3
**different** 17:1 18:18
19:1 43:21 50:12,13
50:14 52:1,20,21,24
53:12 58:2
**dinardo** 14:14,14,15
15:5 28:14 39:24
40:1,8,15 45:12
**direct** 4:3 7:10
**direction** 68:9
**directly** 68:13
**disability** 4:13 18:1
27:8 38:17 41:17
52:6,9,12 60:25
61:7 62:2,5,11,20
63:1,11 64:11
**disabled** 50:16 52:1
60:11 63:21
**disagreement** 64:10
**discrepancies** 22:22
**discretion** 13:5
**discuss** 34:20,22
**district** 1:1,2 6:11
6:11
**division** 1:3 6:12
**doctor** 28:13 33:3
36:22 38:15,25 39:2
39:6 40:18 45:8,9
55:23 66:17

**doctor's** 39:7
**document** 53:4
57:23 62:3
**documents** 60:24
**doing** 12:5 17:19
19:12 45:21 55:21
56:6 61:25,25 63:3
**dollywood** 42:14
**don** 6:21 17:14
**donald** 2:14
**doubt** 44:14
**dr** 13:8 14:14,15
15:5 28:14 33:22
40:8,15,22 41:3
45:12 55:6 57:3,10
61:24 63:2
**draw** 60:11
**drawing** 18:1 38:17
52:9 62:10
**dripping** 55:24
**drive** 11:15,19,20,25
12:2,3,6,12 46:18
**driven** 12:7,8
**driving** 11:11
**drove** 12:4 42:23
**drug** 48:19
**duly** 68:5

**e**

**e** 4:8
**eastern** 1:2 6:11
**eat** 16:3
**educated** 20:2
**effective** 63:12
**effects** 14:21,23
**eight** 22:12 31:8
34:11 64:4
**either** 29:8 59:7
68:12
**email** 21:15
**emailed** 21:13
**emails** 19:24
**employed** 41:9
44:21

[employee - handicapped]                                                                    Page 4

| | | | |
|---|---|---|---|
| **employee** 68:12 | **f** | **first** 8:15 18:12 | **glad** 64:15 |
| **employer** 18:14 | | 32:17 45:17 50:22 | **go** 8:3,4,5 11:23 |
| **ended** 54:24 | **fair** 19:14 22:21 | 50:24 53:8 68:5 | 12:3 13:2 16:2,4 |
| **english** 9:13,15,17 | 35:1 47:21 50:9 | **five** 18:7 38:15 45:1 | 17:8 21:14 24:9 |
| 11:16,20 | 59:16 | **fix** 30:16 59:12,13 | 30:1 31:1,6,17,17 |
| **ernest** 1:6,23 5:3 6:8 | **fairbanks** 2:4,6 5:4 | **fixing** 38:3 | 31:25 32:1 33:1,7 |
| 6:14,18,20 7:13 | 6:5,17,17 29:5 53:8 | **flip** 45:16 62:13 | 35:10 42:14 43:6,7 |
| 33:4 59:5 | 53:11 59:5 60:1,7 | **flop** 14:6 | 44:18 45:12 46:19 |
| **ertel** 33:22 | **faith** 29:9 48:6 | **flopped** 45:16 56:1 | 46:22,25 47:24 |
| **established** 62:20 | **far** 39:24 42:19 | **flops** 14:5,5 | 50:20 52:5,11 53:7 |
| **estate** 37:16 | 50:20 64:4 67:12 | **fluid** 13:24 | 57:21 61:19,23 62:7 |
| **evaluate** 34:1 | **father** 42:5 | **flush** 45:24 | 62:8 63:16,17,25 |
| **event** 44:19 | **fault** 25:7,10,12 | **follow** 34:6 | 64:4,5 |
| **events** 12:4 31:17 | 36:12 | **following** 51:10 | **god** 7:7 |
| 46:19,20 | **favor** 67:10 | **food** 16:6 | **going** 7:15,16 10:20 |
| **everybody** 35:5 | **fax** 2:11,20 3:10 | **fords** 9:17 11:16 | 15:12 21:8 22:12 |
| 59:24 | **february** 61:9 62:8 | **foregoing** 68:3 | 23:15,17 24:12 |
| **everyday** 21:1 | **federal** 5:8 | **forge** 42:13 | 32:16,18 34:24 35:4 |
| **exactly** 18:17 | **fee** 36:7 | **form** 68:9 | 35:7 38:6,15,23 |
| **exam** 55:10,12 | **feel** 41:22 59:9 | **foster** 1:6,23 5:3 6:8 | 40:25 43:12 51:20 |
| **examination** 4:3 | **feelings** 41:23 | 6:14,18,20 7:13,14 | 53:1,2 55:6 56:11 |
| 7:10 | **feet** 22:20 | 8:12 48:25 | 56:16,18,18 57:19 |
| **examined** 56:4 | **fiat** 9:20,20 11:16 | **four** 9:19 12:7,8,22 | 57:24 58:15 60:22 |
| **example** 8:21 31:14 | **figure** 51:24 52:2 | 45:11 58:20 | 61:5 62:1 |
| **exhibit** 32:15,17 | 56:2 | **free** 59:10 64:20 | **good** 14:2 26:22 |
| 33:1 52:25 53:2 | **file** 49:3,4 53:7,12 | **front** 63:17 | 30:18 42:4,5 |
| 56:19 57:18 58:13 | 53:14 60:25 64:21 | **fun** 58:14 | **government** 60:19 |
| 58:16 60:21,23 | **filed** 6:10 | **function** 63:3 | **grandkids** 31:18 |
| 62:14 | **filled** 54:1 | | **great** 10:20 67:10 |
| **exhibits** 4:5 | **filling** 61:6,6 | **g** | **gross** 65:16,17,18 |
| **expect** 47:17 | **finance** 26:24 | | **ground** 7:16 |
| **expecting** 50:23 | **finances** 41:1 50:2 | **garage** 8:3,19 41:15 | **guess** 18:24 24:15 |
| **expertise** 20:4 | **financial** 17:1 | **general** 59:9 | 25:17 26:8,8 36:8 |
| **expires** 68:24 | **financially** 49:24,25 | **generally** 67:3 | 43:23 47:25 51:2 |
| **explain** 58:24 62:25 | 68:13 | **getting** 10:25 14:16 | 56:6 59:3 |
| 63:13,24 | **find** 29:23 63:11 | 31:5 35:5 40:25 | **guy** 36:13 |
| **explained** 34:17 | **fine** 39:12 46:13 | 59:21 60:14 61:20 | **guys** 8:13 |
| 64:7 | 49:12 54:6 56:23 | 61:21 62:1 64:17 | |
| **express** 64:9 | 58:3 | **gftv** 1:4 6:13 | **h** |
| **extent** 29:12 | **fire** 1:11 6:9,22 | **give** 7:5 8:21 24:4 | |
| **extra** 53:16 | 22:10,19 23:25 29:3 | 25:3 31:14 60:18 | **half** 39:9 42:17 |
| **eye** 17:24 | 29:20 34:9 36:17 | 66:9 | **hand** 7:2,3 32:16 |
| | 48:11 49:3 51:14 | **given** 7:14 | 53:1 56:18 57:19 |
| | 58:18 | **gives** 17:6 | 58:15 60:22 |
| | | **giving** 42:1 | **handicapped** 42:25 |

**handle** 66:15
**handled** 18:25
**handwriting** 53:22 54:9
**hang** 7:22 8:4
**hanging** 7:23
**happen** 59:22
**happened** 60:9 63:12
**happening** 23:15,16
**hard** 22:13
**hardheaded** 15:13
**hats** 15:3
**health** 17:22 36:23 38:16 39:13 51:19 51:21 66:10
**healthier** 15:20
**hear** 9:14 23:19 30:13
**heard** 30:12 34:20 57:9
**hearing** 34:24
**heart** 15:17 39:17 39:21 40:3 45:13,16 55:25 66:17,25
**heart's** 14:2
**heather** 3:4 6:21
**heck** 61:1
**held** 6:4
**help** 7:7 14:12 25:21 26:10 61:22 64:15
**helped** 39:19 67:11
**hereof** 68:5
**high** 13:18,18
**him's** 8:13
**hips** 67:5
**hire** 36:2
**hired** 35:19,20,22
**hit** 36:13 55:15 56:8
**hobbies** 46:14
**hold** 31:7,9,11
**holdings** 18:15,16 19:11
**home** 17:17 19:2,6,8 22:25 27:15 33:13

44:18 55:11
**honest** 62:9
**honey** 19:3
**hood** 10:5,7,11
**hoping** 17:13
**hour** 42:17
**house** 37:10,14,17
**household** 28:4
**huh** 17:7 26:5 27:19 33:25 34:3 46:6 47:20
**hundred** 52:7
**hurt** 41:8,23 48:12 49:21,23 50:1

## i

**idea** 50:19 51:2 52:21 54:21,22 57:1
**identification** 32:15 52:25 57:18 58:13 60:21
**identified** 39:16
**identify** 6:16
**ii** 2:14
**improve** 33:3
**inclines** 11:10
**income** 18:3 32:4,8 38:9,13 41:9,14,16 50:16 64:24 66:4,13
**incorrect** 58:8
**increased** 25:6
**index** 4:1
**indirectly** 68:13
**information** 54:23
**injections** 16:10
**injured** 25:16,20 32:8
**injuries** 32:2
**injury** 4:10 25:7,13 25:16 31:19,20 34:15,18,21 50:8
**insurance** 4:13 7:17 16:13,19 17:18 18:5 18:18,21,23,25 19:14,19 20:8 22:2

23:17,24 24:1,2,4,8 24:11,13,20 25:8,10 25:23 26:1 29:13 34:18,20 36:13,14 36:23,23 38:10,19 38:22 40:5,9,15,19 44:22,23 47:17,18 47:24 49:18,21 51:20,21 54:24 65:24 66:13,15
**insured** 22:2,6
**interested** 68:13
**investigate** 47:24
**involves** 59:6
**irritated** 15:10
**irritates** 11:13
**issues** 66:10
**italian** 9:20

## j

**jenkinson** 55:7 57:3 57:10
**jo** 33:2,8
**job** 1:22 56:6
**joint** 64:23 65:3 66:3
**judge** 30:15
**jumped** 10:21
**june** 1:24 5:6 6:2 10:8 28:2 50:25 51:11 63:12,21,25

## k

**keep** 43:5,6 51:20 52:1
**keeping** 51:22
**kentucky** 1:2 2:9,18 3:8 5:5,10 6:6,11 68:2
**kept** 11:2
**kind** 8:18 9:11 13:12,16 27:13,13 30:23 39:2 44:2 48:4 50:14 53:12 66:23 67:1

**kinds** 19:1 47:10
**king** 30:14
**knee** 10:13,17 13:4 16:11 31:4 33:3 40:25 41:6 43:9,12 50:8 51:6 63:22 67:4,6,6
**kneel** 63:4,5
**knees** 11:13
**knew** 20:24 24:11 55:21
**know** 8:15,17 9:3 12:14 15:2 16:15,18 16:21,25 17:2 18:24 18:25,25 20:12,25 21:10 22:17,23,24 23:2 24:1,3,5 25:2,5 25:7,18,19,22,23 26:10,10 27:3 29:19 30:22,22,25 34:14 34:14,14 35:15 36:5 39:3 40:24 43:15,18 43:24 45:22 47:13 48:6,8,9,17 51:4,6 54:21 56:7,10,17,21 56:22 58:2,5,6,10 62:25 63:13 64:21 64:21,22 65:13 67:10
**knowledge** 8:22
**knowledgeable** 8:22
**knows** 19:14

## l

**l** 2:14
**ladders** 63:5
**lady** 62:12
**large** 68:2
**lasix** 13:19,23
**lately** 27:1,6,7
**lawsuit** 30:17
**lawyer** 29:21 36:2 61:16
**lawyers** 2:6 5:4 6:5 35:19 36:6,9 44:21

**[lawyers - okay]**

48:7 49:2,11 58:24
59:15
**learned** 29:8
**leave** 42:18
**left** 52:13 54:18,20
56:11
**leg** 55:15
**legal** 29:10
**legs** 55:13
**letter** 4:11,12 57:25
58:7
**levels** 43:21
**lexington** 1:3 2:9
3:8 5:5 6:6,12
**lie** 60:17,19
**life** 26:25 28:24,25
32:4 41:13 47:9
50:4,7,12 51:17
61:25 63:4
**lifespan** 13:7
**lifestyle** 27:8 32:6
**lifestyles** 47:11
**limits** 29:23 43:22
44:5
**limp** 11:5
**limping** 11:5
**line** 46:22
**listen** 30:6
**listened** 20:23
**little** 9:2,3 37:1
**live** 37:18 52:6
**lived** 27:7
**liver** 14:24,25
**lives** 31:7
**located** 6:5
**logical** 48:1
**long** 15:2 19:9,12
34:25 43:3 46:1
48:15,18,20 49:22
55:17 62:7
**longer** 13:6 56:5
**look** 7:20 19:18
**looked** 19:17 65:12
**looks** 33:2

**lortabs** 13:15
**lose** 15:24
**losing** 15:14
**loss** 39:19
**lost** 8:22 14:11,15
15:17,22 26:6 32:4
32:7,10
**lot** 18:25 39:19
46:19 67:11
**louisville** 2:18 12:17
12:21 44:11,15
46:23
**lunch** 8:4

**m**

**m** 3:4
**ma'am** 7:8
**madame** 61:1
**magazines** 47:5
**mail** 59:24,25
**mails** 4:8
**main** 21:9
**major** 8:20,23,25
9:4
**making** 65:8
**mallet** 55:15 56:9
**man** 39:14 47:14
**marked** 32:15,16
52:25 53:1 57:18,19
58:13,15 60:21,22
**married** 37:20,23,25
38:2
**matter** 68:7
**mccollum** 3:4 6:21
**mean** 21:4,12 22:4
23:4 32:20 46:7,10
46:11 48:17 52:2
67:2,3
**means** 43:17
**meant** 51:24
**measure** 55:16 56:8
**measured** 55:13,14
56:8
**mechanic** 41:9

**mechanically** 68:8
**mechanics** 37:11
**medical** 48:4
**medication** 14:17
15:15
**medications** 13:16
**medicine** 13:10,19
14:9 15:6 39:21
**mehr** 2:5,6 5:4 6:4
6:19,19 17:13 53:16
53:20 57:22
**mental** 28:9
**mentally** 49:24,25
50:1,4
**messes** 14:25 50:3,4
50:7
**miller** 2:14 4:3 6:21
6:21 7:11 17:12,15
29:16,18 45:7 53:5
53:10,13,18,21
59:12,14,22 60:4,12
**minutes** 45:1 55:18
56:3
**missed** 28:3
**mixed** 27:25
**models** 12:13
**money** 27:4 32:5
36:9,19 52:4,6,13
52:15 64:12
**months** 10:10 12:8,8
18:7,7,8,9 21:15
30:1 38:15 39:9
45:11,12,12 64:4
**mood** 30:23,24
**mortgage** 27:15
36:22 51:19 52:19
**mortgages** 52:15
**motorist** 43:15
50:25 58:17
**motors** 8:24
**move** 55:13
**moved** 55:15

**n**

**name** 6:1,14 7:12
8:11,16,16 18:13,15
37:18,21
**names** 8:14,15,17
24:7
**natalia** 3:12 6:1
**nathan** 8:12,12
**need** 8:5 10:2 22:8
33:21 43:8 45:1
**needed** 13:15 20:24
62:1
**neither** 28:2 43:2
**nerves** 28:15,17
38:24
**never** 21:9,9,11
26:24,25 27:4 30:2
30:3,7 43:12 49:17
49:18,20
**new** 19:3
**normal** 36:24
**notary** 5:9 68:23
**note** 49:3
**notes** 56:9
**notice** 5:7 11:4
**november** 35:23
**numbers** 61:2

**o**

**october** 10:15 35:23
**offering** 59:3
**office** 29:9 33:13
61:6
**offices** 5:3
**oh** 16:23 18:10 27:7
47:13
**oil** 10:2
**okay** 7:18,19 8:18
9:1,7,16 10:13,23
11:1,3,24 12:17
13:16 15:19 17:10
18:11 20:20 21:18
21:21 22:9 28:8
30:21 31:23 32:23
33:14 35:7,14 37:10

**[okay - really]**  Page 7

37:22 38:7,25 39:5
39:22,23 40:1,3
41:20 42:22 45:13
45:25 46:10,14,24
47:8,10 48:9,11,24
50:25 51:3 52:17,23
53:8,20 54:3,6 55:6
56:23 57:2,9,17,22
58:11 59:18,21,21
60:16 63:7 64:6
65:1,5,19 66:6,12
**old**  7:15 39:13 50:19
67:8
**once**  34:1,5 60:10
**one's**  8:16
**ones**  12:7
**operated**  37:12
**operation**  67:13
**opportunity**  58:22
58:23
**opposed**  18:9
**order**  16:6
**ought**  48:23
**outside**  7:20,24
17:16
**owned**  9:21 37:22

**p**

**p.a.**  2:15 3:5
**page**  4:2,6 33:1
58:20 62:13 63:18
68:5
**paid**  24:25 25:23
26:1,2,9,9,16 27:16
27:22 31:6,6 34:7,9
34:12 36:20 37:4
51:22 52:14,15,18
52:19 58:18 60:5
**pain**  13:11,14
**painful**  11:14
**paper**  49:2
**papers**  19:17 49:6,8
65:11
**paperwork**  33:13

**paragraph**  62:19
**park**  42:24
**part**  7:25 8:1,5 14:7
35:6 48:16
**partially**  50:10
**particular**  20:13
39:16
**particularly**  21:24
**parties**  6:16
**party**  27:18,20
**path**  50:13,14,14
52:1
**pay**  24:17 25:19,21
25:21 26:10,15
27:18 31:16 36:9,21
36:23 38:10 42:1
48:21,21 64:15
65:19
**paying**  41:23 51:18
51:19 63:25 64:14
**payment**  64:18
**payments**  26:13,18
27:5 28:3
**people**  30:6 31:16
35:9 47:13 48:22
62:10
**period**  18:9
**person**  43:17,19
61:12
**personal**  4:10 25:7
25:13,16 34:15,18
34:21
**personally**  19:18
49:19
**peterson**  2:6 5:4 6:5
**phil**  6:17
**philadelphia**  24:20
34:4 36:14
**philip**  2:4
**physical**  31:20
39:10
**physician's**  39:4
**pick**  10:24
**pieces**  49:2

**pigeon**  42:13
**piling**  61:21
**pip**  25:12,23,25 26:4
26:13 53:18,18
**place**  68:4
**plaintiff**  1:7 2:3
6:18,19
**play**  31:18
**please**  7:2 29:14
61:3
**pllc**  6:5
**pocket**  36:10
**point**  33:4 62:4,18
**policies**  19:7
**policy**  24:19 29:23
43:22 44:5
**polite**  33:15 34:5
**politeness**  33:19
**potty**  45:1
**pounds**  14:12,15
15:14
**premium**  22:2 31:6
**premiums**  24:17
25:2,5
**preparation**  49:14
**prepare**  49:8
**present**  6:15
**pressure**  13:19
15:16
**pretty**  7:20 8:21
19:15 30:9
**prices**  17:2
**prieto**  2:15 3:5
**primary**  38:25
**prior**  33:21
**privilege**  29:7
**probably**  10:11
12:22 23:10 26:23
28:15 42:20 44:10
53:5 58:1
**problem**  28:9 30:17
38:24 39:17
**problems**  17:24,24
17:25 38:16 39:16
40:4 66:18 67:1

**procedure**  5:8
**procedures**  35:4,8
**proceed**  7:1
**process**  61:17
**produced**  49:1
**profits**  42:1
**program**  16:2,4
**protection**  4:10 25:8
25:13,16
**provide**  34:4
**provided**  49:2 54:24
**providing**  55:1,4
**psychiatrist**  28:9
**psychologist**  28:8
**public**  5:9
**punitive**  48:9
**purpose**  15:24 48:13
**pursuant**  5:7
**put**  13:6 17:6 24:5
29:24 31:7,11 36:25
51:6
**putting**  31:5

**q**

**question**  10:21
27:25 29:17 30:18
32:18 44:9 53:3
57:24 63:9 67:2
**questioning**  21:2
**quintairos**  2:15 3:5
**quit**  17:20 38:9
**quite**  18:7 23:12
39:15 44:19 60:14

**r**

**raise**  7:2
**raises**  7:3
**read**  32:20 33:10,12
47:2,3,6 54:4 56:14
58:1,4,8 62:5
**real**  11:13 27:4,5
37:16
**really**  11:7,12,12,13
15:10 17:2 18:6,24
20:12,22 21:7,10,16
22:24 23:2 25:12

[really - standalone]

36:4 43:18 48:17
57:1 58:5 67:7
**reason** 14:21 59:4
**reasons** 17:1,22
**recall** 19:2 57:25
**receive** 34:5
**recollect** 20:10
**recollection** 22:19
**recommended**
59:20
**record** 45:2,4,6
67:15 68:10
**recorded** 68:7
**records** 33:22 48:4
**red** 45:23
**reduced** 68:8
**reflect** 65:24
**reinsured** 29:24
**relative** 68:12
**release** 58:17
**relied** 59:15
**remember** 20:13,20
21:5,23 22:13,15
24:6,21 32:24 35:20
35:21 53:25 54:23
55:1,6,9 56:15,15
56:19,25,25 57:2
58:3 59:4 60:14
61:5 62:6 65:8,12
**remind** 29:6
**rent** 41:23
**repair** 8:20 9:4
**repeat** 20:8
**repeated** 21:6
**replaced** 13:4
**replacement** 10:13
40:25
**report** 56:14
**reporter** 1:25 5:10
6:24 7:2,4,9 61:1,4
68:1,23
**represent** 6:16
48:25 50:23 58:16
60:23

**representing** 6:2,25
**rescued** 17:14
**resolving** 59:15
**respect** 64:11
**response** 21:14
**result** 25:24 28:21
40:4 66:18,19,20
**retread** 7:15
**returns** 55:2,4 65:23
66:3
**review** 49:8 58:22
**reviewed** 49:5
**reviews** 53:4 57:23
**right** 7:2 12:25
16:10 36:12,15 38:8
38:14 40:17 41:8
43:9,12 46:2 47:15
47:19 50:21 52:18
54:15 59:17 64:9
67:3
**road** 2:16
**rod** 46:20
**rods** 12:16 44:10,13
**room** 6:15
**rotten** 30:24
**rubber** 55:15 56:8
**rules** 5:8
**runs** 46:20,20

**s**

**salary** 54:16
**sandra** 1:25 5:9
6:24 68:22
**sat** 55:14
**savings** 36:25 37:2
**saying** 19:2,3
**says** 25:17 60:4 61:9
62:19 63:20
**scheduled** 45:10
**scream** 23:9
**second** 33:1 67:3
**secretary** 56:9
**security** 52:11 59:23
60:25 61:2,5,17
63:24 64:10

**see** 13:19 23:11 31:2
38:3 39:22 48:3
51:5,5 55:10 58:7
58:10 59:12,13
61:22 62:23
**seeing** 55:6 56:19
57:25
**seen** 32:18 53:9 62:3
**self** 41:9
**sell** 18:17,23
**send** 48:2 59:23,24
60:9
**sentence** 62:18
**separate** 37:14
**september** 42:7
**set** 68:4
**settlement** 33:7 34:2
**seven** 34:11
**she'd** 22:25
**she'll** 10:24
**shelbyville** 2:16
**shirt** 15:3
**shop** 8:10
**shorby** 39:1
**short** 2:7 5:4 6:6
17:14
**show** 11:22 12:18
42:10,15 60:2
**shut** 23:22 30:9
**side** 14:21,23
**signature** 54:3,4,8
58:19
**signed** 54:5 58:18
58:23,24
**simple** 53:3
**sir** 3:6 7:21 9:10
10:14,16,19 11:6
12:19,25 13:9 15:7
16:9,12,20 17:11
18:4,12,19,19,22
19:13,16,21 20:5,7
21:20,22 24:18,22
24:24 25:1,9 26:17
27:17,24 28:12,20
28:22 29:2 32:14,21

33:6,9 34:13,22
35:18 36:1,8,11,16
36:18 37:13,15,24
38:20 39:20,20,24
40:2 41:11,19,20,25
43:11,14 44:1,20,25
45:14 47:22 49:7,10
49:13 55:8 56:13
57:8,13 58:21 59:1
59:19 60:20,20 61:8
61:11,13,15,18
62:22,24 64:19
65:22 66:5,22
**sit** 8:6 11:21 22:18
38:12 54:1
**sitting** 41:5
**situation** 46:11
**six** 18:7 45:11,11,12
52:22
**skill** 68:11
**sleeve** 15:2
**social** 52:11 59:23
60:24 61:2,5,16
63:24 64:10
**sold** 18:20
**solemnly** 7:4
**somebody** 21:15
**someplace** 46:22
**son** 8:9 10:2 41:23
**son's** 8:11
**sort** 66:23
**sound** 36:15 55:21
**source** 18:3 38:13
41:9 48:7 53:15
66:13
**sources** 38:9 41:14
41:16
**southern** 1:3 6:11
**speak** 35:17
**special** 15:2 16:6
**sport** 9:21
**squat** 63:4,5
**stairs** 11:10 63:5
**standalone** 53:12

standard   12:10
standards   29:10
start   10:24 13:14,14
  29:6 63:25
started   19:10
starts   46:1,2
state   5:10
statement   22:21
  47:21 59:9,23
states   1:1 6:10
stay   42:17
stenographically
  68:8
steps   11:10 63:5
stipulation   5:1
stop   15:5 18:5
stops   46:1
story   52:21,24
straight   34:23
street   2:7 5:5 6:6
  12:16 44:10,13
stress   28:14,15,17
  40:6,6 46:4 66:20
stuck   24:6
stuff   7:17,17 9:2,4
  11:10 14:8 15:17
  17:25 19:24 29:12
  41:1 48:19 50:7,8
  51:20 52:15 56:10
submitted   65:23
  68:25
sue   29:4
sugar   13:18 39:18
suggested   61:23
suite   2:8,17 3:7 5:5
  6:6
summer   27:12,16,24
summit   18:15,16
  19:10
sun   15:1,1
sunday   11:24
sunscreen   15:3
super   9:21
supposed   25:15,19
  25:20 43:19 48:15

53:13 55:22,22
sure   20:10 22:23
  38:23 61:2 62:6
  66:24
surgery   10:13,14,17
  10:18 33:5 41:6
  51:6
survive   26:11
swear   5:10 6:25 7:4
sworn   68:5

**t**

table   55:14
tag   24:10
tags   24:9
take   9:23 13:15,17
  13:18,20,20 20:6
  24:8,10 25:3 41:1
  43:7,7 45:1 51:25
  65:10
taken   5:3,7 6:7 14:9
  14:24 50:11 57:12
  68:3,10
takes   10:1 16:17
  26:14
talk   8:6 17:3 19:5,7
  29:11 30:8 35:12
  36:4,4 44:23 48:23
  49:14 55:19 59:8
  67:13
talked   20:16 21:13
  22:16,25 23:6 30:5
  32:25 35:10,21
  44:22 49:11,17,20
  50:1 56:9
talker   34:23
talking   11:2 32:24
  33:18 35:5,8,9,13
  35:16 47:16 55:4
  60:1
tan   7:20
tape   55:16 56:8
tax   55:1,4 64:20,22
  65:11,23

taxes   64:21,23
telephone   2:10,19
  3:9
tell   7:12 18:6 20:23
  21:16 22:7,9,10,25
  23:19 25:10,14
  28:13 29:25 30:15
  30:16 35:20 39:13
  40:3,8,11,23 46:12
  48:10,18 52:11 54:8
  55:9 56:19 60:10
  62:9
telling   21:23 22:19
  47:19 57:2
tells   17:4
tennessee   42:9,12
testify   68:6
testimony   7:5
thank   6:23 7:9
  17:12 30:19 57:17
thanks   33:8 57:22
them's   8:16
thereabouts   35:22
thing   21:4,9 22:2
  25:17 48:4,18 52:17
  60:4 62:12
things   20:24 32:6
  34:25 49:4 58:2
think   15:13 16:25
  22:7 25:25 29:3,19
  36:1 40:16 46:7,11
  48:11,21 56:4 58:8
  62:10 64:4 66:3
third   62:13
thought   50:6
thousand   52:7
three   9:13,14,15,18
  12:22 35:23 44:17
  62:19
throw   27:18,20
time   6:3,15,24 10:4
  12:20 19:12 24:2,11
  24:19 25:3 27:11
  39:7 41:2 42:6
  44:16 45:17 65:7

66:16 68:4
times   23:11
title   68:5
titles   24:9
today   6:2 19:3 22:18
  35:19 38:12 42:22
  43:6 45:18
told   13:5 21:18
  22:11,16,20 23:5
  33:11 35:11 37:5
  40:7,24 43:18 44:15
  45:8 47:15,15 48:7
  49:18 57:6,6 58:4
  61:24 63:2,20 66:17
  66:20,23
tony   32:25 33:3
tore   23:1,3
touch   39:18
transcript   68:3,10
transmission   12:9
transmissions   8:24
travel   31:17
treated   28:11
trial   2:6 5:4 6:5
tried   50:15 61:1
trigger   11:11
triggers   11:8 46:3
trip   42:7
triple   61:3
trips   12:4 43:6
trouble   38:3
troubles   38:22
true   50:23 68:10
truth   7:6,6,7 62:9
  68:6,6,7
truthfully   16:15
  65:10
try   10:9 29:23 50:16
trying   15:19 30:17
  31:2 50:6 51:4,7,23
  51:24 52:1
tuesday   5:5
turn   45:23 65:21
tv   16:8

**[twice - z]**

twice  12:25
two  11:19,19,20,23
    12:12 39:9 42:7
    44:16,17 51:1 62:19
typewritten  68:9
typical  8:2

**u**

ugly  50:6
uh  17:7 26:5 33:25
    34:3 46:6 47:7,7,20
    54:25,25
undecided  33:4
underinsured  43:15
    50:25 58:17
understand  23:14
    25:10,14 63:17
    66:24
understood  25:18
united  1:1 6:10
untrue  49:19
unusual  46:5,11
upsetting  21:24
use  5:7 13:5 43:1,7

**v**

vacation  31:18 42:6
vacations  31:25
value  34:15,18,21
varied  65:9
ventura  1:25 5:9
    6:25 68:22
verify  47:24
veritext  6:2,25
versus  6:9
vet  30:17
videographer  3:12
    6:1,23 45:2,5 67:15
view  49:22
voice  55:25
vs  1:9

**w**

w  5:4 6:6
wage  54:16

wages  26:6
wait  10:21 62:7,8
walk  42:16,18,19,20
walked  11:4 42:19
walker  43:1,4
want  22:1,3,4 23:19
    23:20 29:11 30:13
    30:25,25 36:5 52:12
    59:8 62:10,18 66:23
    67:7
wanted  14:21 23:10
    29:19 30:15 53:23
wanting  48:3
warehouse  11:21
waste  52:16
watched  16:3 54:1
way  3:6 59:10 68:13
we've  20:11 38:1,14
    50:1
wear  15:2
weather  11:8
week  53:6
weekly  54:16
weeks  21:14
weight  15:18,22
    39:19 67:11
went  12:3 20:18
    24:8 39:9,24 42:6,7
    44:16,17 46:25 47:1
    50:12 53:14 55:10
    55:11 61:9,12,22
west  2:7
when's  10:4 12:20
    27:11 39:7 42:6
whereabouts  42:12
wife  16:17 17:16
    18:20 19:20 22:10
    22:19 26:12 28:3
    29:22 32:22 33:2
    34:17 38:8,13 47:16
    47:18 50:24 54:1
    56:12 61:14 65:3
    66:6
wife's  16:19 37:18
    38:21 43:25 44:1

66:4
wise  44:10
witness  5:11 6:14
    7:1,3,8 29:15,17
    53:4 57:23 68:3
wood  2:15 3:5
work  7:24 8:9,13,18
    10:9 17:16 19:24
    28:23,24 31:15,16
    32:10 39:21 51:5,7
    61:20,25 63:3
worked  24:16 28:25
working  19:25 36:6
    38:9 49:5
worried  51:21
worry  51:18
wow  9:23
wreck  19:19 20:9
    24:2 31:4 41:14
    63:12 65:7 66:18
wrong  17:23 29:4
    29:20 58:9
wrote  33:2 51:14
    53:25

**x**

x  19:3

**y**

y  19:3
yeah  13:15 14:5
    18:10 21:3 23:8,23
    23:23 24:15 26:3,5
    26:5,14,14 27:1
    28:7 30:10,12 31:22
    32:10 33:17,18,23
    33:25 35:2 40:20
    42:11,17 45:15,19
    45:20,24 46:19,23
    47:5 48:2 50:5 51:9
    51:13,16 52:8,10
    53:8,10 54:7,14,17
    54:19 55:3,5,20
    57:11 60:13,17
    63:10,19,22 65:18
    65:25

year  12:12 13:21
    18:12 25:4 39:13
    60:5,5,6,10 64:24
    65:9,9,14
years  9:22 10:6
    12:22 13:22 18:9
    22:13 31:8 34:11
    35:24 38:2 44:9,16
    44:17 51:1 52:8,22
    60:9,15 65:13 66:11

**z**

z  19:4

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.