```
                                                        Page 1

 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF KENTUCKY
 3                   CENTRAL DIVISION          ORIGINAL
 4                      LEXINGTON
 5              CASE NO. 13-426-GFVT
 6         REMOVED FROM POWELL CIRCUIT COURT
 7           CIVIL ACTION NO. 13-CI-00223
 8
 9                    ERNEST FOSTER,
10                      PLAINTIFF,
11
12                         VS.
13
14         AMERICAN FIRE AND CASUALTY COMPANY,
15                      DEFENDANT,
16
17
18
19
20
21   DEPONENT:  BETTY FOSTER
22   DATE:  AUGUST 2, 2016
23   REPORTER:  SHELBY LODA
24
25   Job No. CS2349761
```

Page 20

1  Q   So he was asking you questions and making
2  suggestions about a job for Ernest, correct?
3  A   Uh-huh.
4  Q   Is that a "yes"?
5  A   Yes.
6  Q   All right. Did anybody at American Fire and
7  Casualty Liberty Mutual ever tell you that they were
8  denying coverage for the underinsured motorist claim?
9  That you didn't have any coverage?
10 A   No.
11 Q   Did anybody at American Fire and Casualty
12 Liberty Mutual ever tell you, "We're not going to pay
13 you a red cent on your uninsured motorist claim?
14 A   No.
15 Q   Philadelphia, on the other hand, did deny
16 coverage at first and then backtracked. Is that fair?
17 A   That is correct.
18 Q   Is that what you were just pondering when I
19 interrupted -- I, kind of, interrupted your thought
20 process? In your mind. Maybe I'm wrong.
21 A   No. I was thinking at what point that they
22 didn't want to pay anything. I don't recall.
23     MR. MILLER: Okay. Are you going to instruct
24  her not to answer if I ask: Were you given a range
25  value by Mehr Fairbanks by a value of this claim?

Case: 5:13-cv-00426-GFVT-REW Doc #: 188-11 Filed: 09/12/16 Page: 3 of 3 - Page ID#: 2493

```
 1              CERTIFICATE OF REPORTER
 2            COMMONWEALTH OF KENTUCKY AT LARGE
 3
 4    I do hereby certify that the witness in the foregoing
 5    transcript was taken on the date, and at the time and
 6    place set out on the Title page here of by me after
 7    first being duly sworn to testify the truth, the whole
 8    truth, and nothing but the truth; and that the said
 9    matter was recorded stenographically and mechanically by
10    me and then reduced to typewritten form under my
11    direction, and constitutes a true record of the
12    transcript as taken, all to the best of my skill and
13    ability.  I certify that I am not a relative or employee
14    of either counsel, and that I am in no way interested
15    financially, directly or indirectly, in this action.
16
17
18
19    [signature: Shelby Loda]
20
21
22    SHELBY LODA,
23    COURT REPORTER/NOTARY
24    COMMISSION EXPIRES:  12/10/2023
25    SUBMITTED ON:  08/12/2016
```

Veritext Legal Solutions
800-567-8658                                          973-410-4040