*ELECTRONICALLY FILED*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CASE NO.: 5:13-CV-00426-GFTV**

ERNEST FOSTER

                                                                                                       **PLAINTIFF**

v.

AMERICAN FIRE AND CASUALTY COMPANY

                                                                                                          **DEFENDANT**

---

**DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF RESERVES**

---

Defendant, American Fire and Casualty Company ("American Fire"), submits this Motion *in limine* to exclude all evidence regarding insurance claim reserves. American Fire's claim reserve information is irrelevant and, therefore, inadmissible. Bad faith conduct is unrelated to this abstract figure kept solely for compliance with local statutes and regulations concerning the financial liquidity of insurance companies. A memorandum in support is attached hereto.

American Fire respectfully requests that the Court enter the attached proposed order granting its Motion *in limine* to exclude any and all evidence, reference, or testimony relating to insurance reserves.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

/s/ Donald L. Miller, II
Donald L. Miller, II, Esq.
Paul J. Painter, Esq.
9300 Shelbyville Road, Suite 400
Louisville, KY  40222
Telephone: 502.423.6390
Facsimile: 502.423.6391
dmiller@qpwblaw.com

-and-

Heather M. McCollum, Esq.
2452 Sir Barton Way, Suite 300
Lexington, KY  40509
Telephone: 859.226.0057
Facsimile: 859.226.0059
hmccollum@qpwblaw.com
*Counsel for Defendant*
*American Fire and Casualty Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2016, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Donald L. Miller, II_____
*Counsel for Defendant*
*American Fire and Casualty Company*