# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
#### (At Lexington)

| | | |
|---|---|---|
| **ERNEST FOSTER,** | : | |
| | : | **Civil Action No. 5:13-cv-426** |
| **Plaintiff,** | : | |
| | : | |
| | : | |
| v. | : | **PLAINTIFF'S MOTION TO** |
| | : | **MOTION TO SEAL** |
| | : | |
| | : | |
| **AMERICAN FIRE AND CASUALTY** | : | |
| **COMPANY** | : | |
| | : | |
| **Defendant** | : | |

Comes the Plaintiff, Ernest Foster, and moves the Court to file under seal certain exhibits to his response to American Fire's motion for summary judgment.

As grounds for this motion, Plaintiff states that the documents contained in Exhibits 5, 11, 12, 14, 17, 18, 20, and 22 have been designated as "confidential" by American Fire and were produced subject to the Court's Protective Order (DE 139-140). To give American Fire time, as the proponent of the claim of confidentiality, to show the need for sealing the documents, Plaintiff is filing this motion before filing the documents into the record unsealed.

Plaintiff requests that the Court grant this motion, and give American Fire 7 days, until October 11, 2016, to make a showing of why the documents should remain sealed.

Respectfully submitted,

/s/ *Philip G. Fairbanks*
M. AUSTIN MEHR
PHILIP G. FAIRBANKS
**Mehr Fairbanks and Peterson Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone:  859-225-3731
Facsimile:  859-225-3830
Email:  pgf@austinmehr.com

*Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Michael P. Bartlett**
  mbartlett@covingtonky.com,michaelbartlettlaw@gmail.com
- **Robert D. Bobrow**
  rbobrow@bsg-law.com,jdiorio@bsg-law.com
- **John F. Carroll , Jr**
  jcarroll@qpwblaw.com,julie.laemmle@qpwblaw.com,ppainter@qpwblaw.com,catherine.webb@qpwblaw.com
- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,kdw@austinmehr.com,shall@austinmehr.com
- **Bartley K. Hagerman**
  bkh@austinmehr.com,amlopsc@yahoo.com,kdw@austinmehr.com,shall@austinmehr.com
- **Michael Scott Jackson**
  mjackson@bsg-law.com,jdiorio@bsg-law.com
- **Heather M. McCollum**
  hmccollum@qpwblaw.com,kymberli.pelfrey@qpwblaw.com,angela.franklin@qpwblaw.com
- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,pgf@austinmehr.com,kdw@austinmehr.com,shall@austinmehr.com
- **Donald L. Miller , II**
  dmiller@qpwblaw.com,vbarringer@qpwblaw.com,dsears@qpwblaw.com,tbreed@qpwblaw.com,samantha.rodriguez@qpwblaw.com,jmccarthy@qpwblaw.com,msleep@qpwblaw.com,wcase@qpwblaw.com,melanie.beebe@qpwblaw.com,hhigginbotham@qpwblaw.com,mgruner@qpwblaw.com,ppainter@qpwblaw.com,jcarroll@qpwblaw.com,ppullen@qpwblaw.com,kimberly.arvin@qpwblaw.com,klomond@qpwblaw.com,nkissel@qpwblaw.com,jahrens@qpwblaw.com,smccoy@qpwblaw.com,angela.franklin@qpwblaw.com,thickerson@qpwblaw.com,hpfaffenberger@qpwblaw.com,mhackworth@qpwblaw.com
- **Paul J. Painter**
  ppainter@qpwblaw.com,dsears@qpwblaw.com,nichole.priddy@qpwblaw.com
- **Erik David Peterson**
  edp@austinmehr.com,amlopsc@yahoo.com,kdw@austinmehr.com,shall@austinmehr.com
- **David G. Richardson**
  richardson@m-r-law.com
- **Robert Estes Stopher**
  rstopher@bsg-law.com,jdiorio@bsg-law.com,jbusse@bsg-law.com

                                                      */s/ Philip G. Fairbanks*_____
                                                      PHILIP G. FAIRBANKS