UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
At LEXINGTON
CIVIL ACTION NO. 5:13-cv-426-GFVT

ERNEST FOSTER                                                                                                  PLAINTIFF

v.                                                          **ORDER**

AMERICAN FIRE AND CASUALTY COMPANY                                         DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Before the Court is a motion by the Plaintiff to file under seal certain exhibits to his response to American Fire's motion for summary judgment. Having considered the motion, the Court hereby orders that the motion is granted, pending a filing by American Fire showing cause why the documents should remain sealed.