**Betty Jo Foster**
___

| | |
|---|---|
| **From:** | Dale, Anthony <Anthony.Dale@Safeco.com> |
| **Sent:** | Monday, May 23, 2011 12:53 PM |
| **To:** | Betty Jo Foster (bfoster@pebank.com) |
| **Subject:** | Settlement for Ernest Foster |

Hi Betty,

I thought an email would be an easier way to explain this to you and Ernest about our settlement offer, so you can have something in writing to refer to. I've highlighted in yellow the actual amounts for each section so you can see how we're coming up with our total settlement figure.

For the outstanding wage loss portion, our PIP has paid $22,804.30 in wage loss and can pay $300/week until the limit of $50K is exhausted. In order to determine if he made in excess of $300/week that he is entitled to recover from the at-fault party, I calculated his weekly wage as follows:
- In 2009, Ernest made $23,467, and had surgery on 10/29/11, so he didn't work Nov or Dec. Using that figure, $23,467 / 10 months is $2346.70 * 12 months is $28160.40, which would be his approximate income in 2009. Using 2007, 2008, income and the 2009 $28160.40 projected income, the average is $31,160 each year /52 weeks is $599, so his average weekly earnings is $599/week.

The PIP coverage has paid $300/week, which leaves $299/week that Ernest is owed for each week he is entitled to recover. It appears that he hasn't been able to work at all since the surgery on 10/29/09. Since Ernest is a self-employed mechanic, and is on permanent restrictions, that makes his profession he normally has virtually obsolete. In this kind of profession, it would be difficult for him to do much of anything else, given that all his experience is in this type of job. With that said, we will offer to pay the excess $299/week from 10/29/09 through the end of this month, May 31st. So, his excess wage loss that we are considering was calculated as follows:
- $299/week * 8 weeks (11/01/09-12/31/09) = $2392 + $299/week * 52 weeks (01/01/2010-12/31/2010) = $15,548 + $299/week * 20 weeks (01/01/2011 - 05/31/2011) = $5980. Total Wage Loss allowed $23920...we'll round that up to an even $24,000 to make it easier.

The total medical bills paid were $10, 833.87, of which our PIP coverage paid $10,569.28, leaving a balance outstanding of $264.59.

In reviewing his medical records, Ernest underwent arthroscopic surgery to try and correct the pain in his knees and it doesn't appear to have helped much, as far as getting him back to the condition he was in before the accident and back to work. He also had a bruise to his bicep that he was treated for at the ER.

Our offer is broken down as follows:

| | |
|---|---|
| Total medical bills and outstanding wage loss: | $24,264.59 |
| Plus paid medical bills by PIP coverage: | $10,569.28 |
| Plus paid wage loss by PIP coverage: | $22,804.30 |
| Plus future wage loss paid by PIP coverage: | $16,626.42 (remainder of PIP coverage left) |
| Total medical bills and wage loss: | $74,264.59 |

He is then entitled to pain and suffering to calculate the total value of his claim, which is not a calculation like the above. As far as what he's entitled to recover under the Underinsured Motorist coverage, the $25,000 from the at-fault insurance company and the $50,000 in PIP is required to be deducted from his overall claim value.

1

Exhibit 15

So, for the Underinsured motorist coverage, we can make an offer of an additional $7500, which is exclusive of the remaining PIP coverage. Settlement of the Underinsured Motorist claim doesn't affect any future/ongoing PIP payments that are being made for his wage loss.

Philadelphia Insurance and us are sharing the UIM coverage on a 60/40 split basis, based on the coverage you have with each respective company. So, we would pay you 60% of the settlement and they would pay you 40%.

Please discuss this with Ernest and let me know if this is acceptable. I will be out of the office after today for the rest of the week, so there is no rush on our end. Please let me know if you have any questions, in the meantime.

Thanks,

**Tony Dale, ACLS**
Casualty Claims Specialist II
Phone: (317) 428-2861
Fax: (888) 268-8840
E-mail: Anthony.Dale@Safeco.com

Foster/Ohio Cas. 200