

**Ohio Casualty.**
A Liberty Mutual Company

Anthony Dale
Claims Specialist II, Indianapolis office
P.O. Box 515097
Los Angeles, CA 90051
Ohio Casualty ANYTIME Claims Service™ 1-866-255-5530
Direct Phone Number: 317-805-2812
888-268-8840 fax
Anthony.Dale@Safeco.com
**Claim documents should be directly emailed to: clmatt@safeco.com**

October 10, 2012

Ernest Foster
3301 Morris Creek Rd
Stanton, KY 40380-9438

**UPS GROUND TO ALL PARTIES**

RE:  Claim Number:     08-040193
     Insured:          Betty Jo and Ernest Foster
     Loss Date:        June 8, 2008
     Writing Company:  American Fire and Casualty Insurance Company

Dear Ernest:

We have requested to your wife, Betty Jo Foster, via e-mail on August 3, 2012 and September 13, 2012, that you complete the enclosed forms to assist us in evaluating your Underinsured Motorists Claim. We advised that upon completion of the forms, and the records requested therein, we would coordinate the scheduling of an Independent Medical Examination. To date, we have not received a response, nor have we received a copy of the completed forms.

Please reference your policy below which outlines your duties after an accident or loss:

**PART E – DUTIES AFTER AN ACCIDENT OR LOSS**

We have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us:

B. A person seeking any coverage must:

1. Cooperate with us in the investigation, settlement or defense of any claim or suit.
2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.
3. Submit, as often as we reasonably require:
   a. To physical exams by physicians we select. We will pay for these exams.
   b. To examination under oath and subscribe the same.
4. Authorize us to obtain:
   a. Medical reports; and
   b. Other pertinent records.

America First Insurance™ member underwriting companies:
American Fire and Casualty Company, America First Insurance Company, America First Lloyd's Insurance Company, Hawkeye-Security Insurance Company, Liberty County Mutual Insurance Company, The Midwestern Indemnity Company, The Netherlands Insurance Company, Peerless Indemnity Insurance Company, Peerless Insurance Company, The Ohio Casualty Insurance Company, Ohio Security Insurance Company, West American Insurance Company
(Not all companies may be licensed in all states.)

**Exhibit 16**

Foster/Ohio Cas. 252

As noted above, we are hereby requesting again for the attached forms be completed and return, so that we may request their referenced records. Upon receipt of said records, we will contact you to coordinate a scheduling of the independent physical exam.

Due to the lack of response to our original requests for the above, we are reserving our rights to deny coverage based on the above policy defenses. The policy defenses detailed above are not intended to encompass an exhaustive list of any and all policy defenses or right available to West American Insurance Company. We reserve the right to avail ourselves of additional rights or defenses as they become apparent. If you fail to cooperate as outlined above, or we later find there are other reasons for which to deny coverage, we reserve the right to decline any duty to indemnify. We further reserve our right to seek judicial determination of all parties' rights and duties under the policy.

Sincerely,

*Anthony Dale*

Anthony Dale
Claim Specialist II

Enclosure: Medical Authorization, Medical Provider List, Social Security Administration Consent for Release, Return Envelope

CC: Peoples Exchange Insurance II