UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
At LEXINGTON
CIVIL ACTION NO. 5:13-cv-426-GFVT

ERNEST FOSTER                                                                                       PLAINTIFF

v.

AMERICAN FIRE AND CASUALTY COMPANY                                      DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

# Exhibit 20

**CONFIDENTIAL – SUBJECT TO COURT ORDER**

The contents of this envelope are subject to a Protective Order entered by the Court in *Ernest Foster v. American Fire and Casualty Company,* United States District Court, Eastern District of Kentucky, Civil Action No. 5:13-cv-00426-GFTV. These materials shall be treated as confidential, and must not be shown to any person except as authorized by an Order of the Court.