1

```
1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF KENTUCKY

3             SOUTHERN DIVISION AT LEXINGTON

4          CIVIL ACTION NO.: 5:13-CV-00426-GFTV

5

6                    ERNEST FOSTER,

7                       PLAINTIFF

8

9                        VS.

10

11          AMERICAN FIRE AND CASUALTY COMPANY,

12                     DEFENDANT

13

14

15

16

17

18

19

20

21

22

23 DEPONENT:  ERNEST FOSTER

24 DATE:   JUNE 14, 2016

25 REPORTER:  SANDRA VENTURA
```

2

1                          APPEARANCES

2

3   ON BEHALF OF THE PLAINTIFF:

4   PHILIP FAIRBANKS

5   AUSTIN MEHR

6   MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS

7   201 WEST SHORT STREET

8   SUITE 800

9   LEXINGTON, KENTUCKY 40507

10  TELEPHONE:  859-225-3731

11  FAX:  859-225-3830

12

13  ON BEHALF OF THE DEFENDANT:

14  DONALD L. MILLER, II

15  QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

16  9300 SHELBYVILLE ROAD

17  SUITE 400

18  LOUISVILLE, KENTUCKY  40222

19  TELEPHONE:  502-423-6391

20  FAX:  502-423-6391

21

22

23

24

25

3

APPEARANCES CONTINUED

HEATHER M. MCCOLLUM

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

2452 SIR BARTON WAY

SUITE 300

LEXINGTON, KENTUCKY  40509

TELEPHONE:  859-226-0057

FAX:  859-226-0059


VIDEOGRAPHER:  NATALIA BASHAM

4

1                         INDEX

2                                                Page

3  DIRECT EXAMINATION BY MR. MILLER              7

4

5                        EXHIBITS

6                                                Page

7

8    1 E-MAILS                                   32

9    2 APPLICATION FOR BENEFITS

10       PERSONAL  INJURY  PROTECTION            52

11   3 DECEMBER 8, 2014 LETTER                    57

12   4 DECEMBER 8, 2014 LETTER                    58

13   5 DISABILITY INSURANCE BENEFITS             60

14

15

16

17

18

19

20

21

22

23

24

25

5

1                        STIPULATION

2

3  The deposition of ERNEST FOSTER, taken at the offices of

4  Mehr, Fairbanks & Peterson Trial Lawyers, 201 W. Short

5  Street, Suite 800, Lexington, Kentucky, on Tuesday, the

6  14th of June, 2016 at approximately 10:15 a.m.; said

7  deposition being taken pursuant to Notice for use in

8  accordance with the Federal Rules of Civil Procedure. It

9  is agreed that Sandra Ventura, being a Notary Public and

10  Court Reporter for the State of Kentucky, may swear the

11  witness.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

1          THE VIDEOGRAPHER:  My name is Natalia Basham,

2   representing Veritext.  The date today is June 14, 2016,

3   and the time is approximately 10:15 a.m.

4          This deposition is being held at Mehr,

5   Fairbanks & Peterson Trial Lawyers, PLLC, located at 201

6   W. Short Street, Suite 800, Lexington, Kentucky 40507,

7   and is being taken by the counsel for the Defendant.

8          The caption of this case is "Ernest Foster

9   versus American Fire and Casualty Company."

10          This case is being filed in the United States

11   District Court, Eastern District of Kentucky, Southern

12   Division at Lexington.  Civil Action No.

13          5:13-CV-00426-GFTV.

14          The name of the witness is Ernest Foster.  At

15   this time, the attorneys present in the room will

16   identify themselves and the parties they represent.

17          MR. FAIRBANKS:  Phil Fairbanks for the

18   plaintiff, Ernest Foster.

19          MR. MEHR:  Austin Mehr for the plaintiff,

20   Ernest Foster.

21          MR. MILLER:  Don Miller and Heather McCollum

22   for American Fire and Casualty.

23          THE VIDEOGRAPHER:  Thank you, counsel.

24          At this time our court reporter, Sandra

25   Ventura, representing Veritext, will swear in the

7

1  witness and we can proceed.

2          COURT REPORTER:  Please raise your right hand.

3          THE WITNESS:  (Raises hand).

4          COURT REPORTER:  Do you solemnly swear or

5  affirm the testimony you're about to give in this case

6  will be the truth, the whole truth, nothing but the

7  truth, so help you God?

8          THE WITNESS:  Yes, ma'am.

9          COURT REPORTER:  Thank you.

10              DIRECT EXAMINATION

11          BY MR. MILLER:

12      Q.   Tell us your name.

13      A.   Ernest Foster.

14      Q.   Mr. Foster, you've given a deposition in this

15  case before, and I'm not going to retread all that old

16  ground, so I'm going to get through to the more recent

17  stuff and the stuff having to do with your insurance

18  coverage, okay?

19      A.   Okay.

20      Q.   You look pretty tan, you been outside?

21      A.   Yes, sir.

22      Q.   Where you been, just hang --

23      A.   Just -- just hanging out.

24      Q.   You work outside some?

25      A.   No.  I just -- I've got part -- I'm just --

8

1  it's part in my blood.

2       Q.   What's a typical day like for you now?

3       A.   I just go to the -- to the garage where I had

4  my business and hang out with them and go get lunch for

5  them, and if they need a part or something, I go do

6  that, and I just sit and talk to them and that's all I

7  do.

8       Q.   Now, when you say, "them," who's "them?"

9       A.   My son and the boys that work with him at the

10 shop.

11      Q.   What is your son's name?

12      A.   Nathan -- Nathan Foster.

13      Q.   And what are the guys that work with him's

14 names?

15      A.   I just know their first names because I -- one

16 of them's name is Brice.  And the other one's name is

17 Austin.  I don't even know their last names.

18      Q.   Okay.  And what kind of work do they do in the

19 garage?

20      A.   Automotive, major auto repair.

21      Q.   Give me an example.  I used to be pretty

22 knowledgeable but I've lost all my knowledge about that.

23      A.   They just do major -- like, the diesels and

24 the motors and the transmissions and the -- anything

25 major.

9

1      Q.    Okay.

2      A.    No -- no little stuff, because they don't have

3  -- they got so much that, you know, they don't do little

4  stuff, they just do major auto repair.

5      Q.    Do they do any classic car customization?

6      A.    No, no.  That's what I used to do.

7      Q.    Okay.  Do you do any of that now?

8      A.    No.

9      Q.    Do you own any classic cars?

10     A.    Yes, sir.

11     Q.    What do -- what kind of car -- classic cars

12  you own?

13     A.    I've got three English cars.

14     Q.    I didn't hear you, three --

15     A.    Three English cars.

16     Q.    Okay.

17     A.    They're all -- they're English Fords.

18          They're called Anglias.  I have three of those

19  and -- and -- well, I've got four of those.  And then

20  I've got one Italian car, a Fiat, a 1939 Fiat. And I've

21  got a '67 Chevelle super sport car.  I've owned it for

22  44 years.

23     Q.    Wow.  Now, do you take care of all those

24  yourself?

25     A.    No, not no more.

10

1       Q.    Who takes care of them for you?

2       A.    My son, if I need the oil changed or check

3 them out or something, I -- they -- he does it for me.

4       Q.    When's the last time you've been under the

5 hood of a car?

6       A.    Years.

7       Q.    Have you been under the hood of a car since

8 your accident in June of '08?

9       A.    Yes, up until -- or -- I try to work for a few

10 -- few months and got to where I couldn't, and I haven't

11 been under the hood of a car since probably '09, '010,

12 something around there.

13      Q.    Okay.  Have you had knee replacement surgery?

14      A.    No, sir.  I just had the arthroscopic surgery.

15      Q.    And that was back in October of '09, correct?

16      A.    Yes, sir.

17      Q.    Have you had any surgery on your knee since

18 that arthroscopic surgery --

19      A.    No, sir.  No.

20      Q.    We -- we're going to do great.  We almost

21 jumped each other, there, though.  Wait for my question

22 to end before you answer, because --

23      A.    Okay.

24      Q.    -- that will pick it up, but she'll start

25 getting angry at us --

11

1     A.   Okay.

2     Q.   -- if we kept talking over each other.

3     A.   Okay.

4     Q.   Now, I notice when you walked in, you didn't

5 seem like you were limping, do you limp?

6     A.   Yes, sir.  Some -- it bothers me some days

7 really bad and some days it don't.

8     Q.   Any triggers?  Bad weather, something like

9 that?

10     A.   Just stairs and steps, inclines, stuff like

11 that will trigger it, and even driving without --

12 without using cruise control, it really -- really

13 irritates my knees real bad.  I get to where it really

14 is painful.

15     Q.   Now, do you drive all your classic cars, your

16 Fiat, your English Fords and your --

17     A.   No.

18     Q.   -- Chevelle?

19     A.   Just two of them.  I just drive two of the

20 English cars.  The other two I don't drive.  They just

21 sit in the warehouse.

22     Q.   You show them?

23     A.   The two of them I do, if I get to go.

24     Q.   Okay.  Are -- are they what we call a "Sunday

25 afternoon car," you wouldn't drive them on a day-to-day

12

1  basis?

2       A.   No, no.  You don't drive them day-to-day.  I

3  just drive them on -- when I used to go, I went on -- I

4  drove them on trips to events but I don't even -- I

5  ain't doing that anymore.

6       Q.   How often do you drive those cars?

7       A.   I haven't driven them for -- the ones for four

8  months.  They haven't been driven for four months.

9       Q.   Now, are they automatic transmission or

10  standard?

11       A.   Yes, automatics.

12       Q.   And what year are the two that you drive?

13       A.   They're '48 and '49 models.

14       Q.   I didn't even know they had automatics in '48

15  and '49?

16       A.   They didn't.  These are street rods.

17       Q.   Okay.  Do you come up to Louisville in August

18  for that show?

19       A.   I used to, yes, sir.

20       Q.   When's the last time you came up to

21  Louisville?

22       A.   It's been probably three or four years.

23       Q.   So you've been since this accident, it just

24  hasn't been recently?

25       A.   Right, yes, sir.  I've been, maybe, twice

13

1  since the accident.

2      Q.   Why don't you go anymore?

3      A.   I can't -- I just can't get around.

4      Q.   Why don't you get the knee replaced?

5      A.   Well, he told me to use my own discretion, and

6  the longer I put it off, the better off I would be

7  because of the lifespan of them.

8      Q.   Is that Dr. Baran?

9      A.   Yes, sir.

10     Q.   Are you taking any medicine now?

11     A.   For the pain?

12     Q.   Any kind.

13     A.   Yes.

14     Q.   Start -- start with the pain.

15     A.   Yeah.  I take Lortabs when needed.

16     Q.   Okay.  What other kind of medications do you

17 take?

18     A.   I take a high blood sugar -- high blood

19 pressure medicine and Lasix and, let's see, what else do

20 I take.  I just take an aspirin with them, or just - -

21 I've been taking those for 20 something year -- 25 or 30

22 years.

23     Q.   What's the Lasix for?

24     A.   Fluid.

25     Q.   Taking anything for AFib?

14

1     A.    No.  They took me off of it.

2     Q.    So your heart's good?

3     A.    No, no.  It ain't, because it's blocked now.

4     Q.    Is that why you just changed color there?

5     A.    Yeah.  When it flops, it flops.

6     Q.    What's it flop for?

7     A.    It's just -- they just said it's part of the

8 AFib stuff.

9     Q.    Why was -- why were you taken off the medicine

10 for?

11     A.    Because I've lost about 60 -- 50- something

12 pounds, and it do -- don't -- didn't help that much.

13     Q.    So who's your cardiologist, again?

14     A.    Dinardo.  Dr. Dinardo.

15     Q.    So after you lost 50 or 60 pounds, Dr. Dinardo

16 and you made the decision that you weren't getting

17 enough benefit from the medication you were taking from

18 the --

19     A.    Well, they --

20     Q.    -- for the AFib to -- to --

21     A.    No.  Bad side effects, the reason I wanted to

22 get off of it.

23     Q.    What were the side effects?

24     A.    Your liver.  I had to have blood taken every

25 so often, because it messes with your liver and you

15

1  can't get out in the sun.  You can't be in the sun, you

2  have to wear special clothes, you know, long-sleeve

3  shirt and hats and sunscreen because it affects your

4  blood.

5      Q.   And Dr. Dinardo approved you stop taking that

6  medicine?

7      A.   Yes, sir.

8      Q.   Is your AFib better than it was?

9      A.   It's about the same as it was.  It just -- it

10  doesn't really bother me unless I get irritated or

11  aggravated.

12     Q.   Now, let me ask you this, you're going to

13  think I'm being hardheaded but you -- what correlation

14  does losing the 50 to 60 pounds have with the AFib or

15  the medication you were taking?

16     A.   Well, he just said it took all the pressure

17  off of my heart and stuff where I was -- lost the

18  weight.

19     Q.   Okay.  That's what I was trying to get at.

20  You're -- you're healthier now by that --

21     A.   Yes.

22     Q.   -- lost that -- that weight?

23     A.   Yes.

24     Q.   Did you lose it on purpose?

25     A.   Yes.

16

1     Q.   What -- what did you do -- what did you do,

2 did you go on a program or just --

3     A.   I just changed my diet, watched what I eat.

4     Q.   Go through any program at all?

5     A.   No.

6     Q.   Order any special food like they advertise --

7     A.   No.

8     Q.   -- on TV, or anything?

9     A.   No.  No, sir.

10    Q.   Have you had any injections for your right

11 knee?

12    A.   No, sir.

13    Q.   Who is your current insurance company for your

14 automobile?

15    A.   Truthfully, I don't know.

16    Q.   Does --

17    A.   My -- my wife takes care of that.  I don't

18 know.

19    Q.   So your wife's in charge of the insurance?

20    A.   Yes, sir.

21    Q.   Do you know if you've made a change since this

22 accident?

23    A.   Oh, yes.

24    Q.   And why did you change?

25    A.   She did it -- I don't know.  I think it was

17

1  because financial reasons, because it was different

2  prices or -- I really don't know.

3      Q.   Does she talk to you about it?

4      A.   No.  She just tells me that -- what she's done

5  and...

6      Q.   Gives you the card to put in your car --

7      A.   Uh-huh.

8      Q.   -- and off you go?

9      A.   That's it.

10     Q.   Okay.

11     A.   That's it.  Yes, sir.

12          MR. MILLER:  Thank you.

13          MR. MEHR:  We were hoping the deposition would

14  be short, but you've rescued Don.

15          BY MR. MILLER:

16     Q.   What's your wife do?  Does she work outside

17  the home?

18     A.   She was an insurance agent.

19     Q.   What's she doing now?

20     A.   Nothing.  She had to quit.

21     Q.   How come?

22     A.   Health reasons.

23     Q.   What's wrong with her?

24     A.   She's having eye problems, bowel problems,

25  bladder problems, stuff.

18

1    Q.    Is she drawing disability?

2    A.    No.

3    Q.    Does she have any source of income?

4    A.    No, sir.

5    Q.    When did she stop being an insurance agent?

6    A.    Her -- I can't really tell you the day or --

7 it's been a few months, quite a few months, five or six

8 months.

9    Q.    A period of months as opposed to years?

10   A.    Oh, yeah.  Yes.

11   Q.    Okay.

12   A.    Since the first of the year, yes, sir.

13   Q.    That's close enough.  What was the name of her

14 employer before that?

15   A.    Summit Holdings was the name of the company.

16 It was Summit Holdings.

17   Q.    What exactly do they do?  Do they sell

18 different brands of insurance?

19   A.    Yes, sir.  Yes, sir.

20   Q.    And your wife was an agent that actually sold

21 the insurance?

22   A.    Yes, sir.

23   Q.    Did she sell insurance for businesses?

24   A.    Yes, I guess.  I really don't know.  I just

25 know she handled a lot of insurance.  I don't know what

19

1 all different kinds she had.

2     Q.   Do you ever recall her saying -- coming home,

3 saying, "Honey, I got a new account today, it was X, Y,

4 Z company?"

5     A.   They didn't talk about their business.

6          They didn't bring it home with them.  That was

7 one of their policies; they don't talk about business at

8 home.

9     Q.   How long did she do that?

10    A.   She started for that company -- not the Summit

11 Holdings, but another company there, since '84.

12    Q.   So she has been doing it a long time?

13    A.   Yes, sir.

14    Q.   Is it fair to say that she knows insurance

15 pretty well?

16    A.   Yes, sir.

17    Q.   Now, I've looked in all these papers, it

18 doesn't look like you had any conversations, personally,

19 with your insurance company after this wreck in 2008, do

20 you -- your wife took care of all that; is that correct?

21    A.   Yes, sir.

22    Q.   How come?

23    A.   Well, she was the agent and she all -- did all

24 the emails and all the stuff at work.  She did it while

25 she was working.  I just does -- wasn't ever around --

20

1     Q.   Did --

2     A.   -- because she's more educated on it than I

3 am.

4     Q.   It was her expertise, so you let her --

5     A.   Yes, sir.

6     Q.   -- take care of it?

7     A.   Yes, sir.

8     Q.   Did she repeat to you anything the insurance

9 company said to her about you or your wreck?

10    A.   If she did, I don't recollect, for sure, what

11 it was, because it's been -- we've been through so many.

12 I don't know, really.

13    Q.   You don't remember anything in particular?

14    A.   No.

15    Q.   Don't --

16    A.   She just said that she talked to this one or

17 that one and they said this and said that and that's --

18 I just went along with what she said because she was

19 taking care of it.

20    Q.   Okay.  Do you remember any of the "this or

21 that" that they said?

22    A.   Not really, because, like I said, she did it

23 all.  I just -- I listened to her, or -- tell me some

24 things.  If they needed something, she knew all about

25 it, so -- because she was there, you know, with me

21

1  everyday and...

2       Q.    I'm not questioning that.

3       A.    Yeah.

4       Q.    I mean, I'd have done the same thing.

5             But I'm just asking what you remember that she

6  may have repeated to you.

7       A.    Just them asking -- well, really, it was her

8  asking them what they were going to do and that was the

9  main thing, and they never did -- never did cooperate,

10 so I don't know, really.

11      Q.    When you say, "They never did cooperate," what

12 do you mean?

13      A.    Well, she emailed them or talked to them and

14 wouldn't get no response, and then it would go weeks and

15 months, and then somebody would email them, and -- and

16 that's really all that -- all that she could tell me,

17 that they just wouldn't cooperate with her and I --

18      Q.    Okay.  And that's all based on what she told

19 you?

20      A.    Yes, sir.

21      Q.    Okay.

22      A.    Yes, sir.

23      Q.    Do you remember any -- her telling you

24 anything that they did that was particularly upsetting

25 to you?

22

1    A.   Well, they just didn't want to cooperate on

2 the insurance premium thing that we was insured for.

3 They didn't want to cooperate.

4    Q.   What -- what do you mean they didn't want to

5 cooperate?

6    A.   Well, when you're insured for something that

7 you think you're covered for and then they tell you

8 you're not, you need this -- not cooperating.

9    Q.   Okay.  Did anybody tell you -- did any -- did

10 your wife tell you that anybody from American Fire and

11 Casualty told you you're not covered?

12    A.   It's a -- well, this has been going on eight

13 years.  It's hard to remember all that but --

14    Q.   As you --

15    A.   -- I almost -- I don't remember.

16        She's told me -- talked to so many of them, I

17 don't know.

18    Q.   As you sit here today, you have no

19 recollection of your wife telling you that American Fire

20 and Casualty told you you weren't covered; is that a

21 fair statement?

22    A.   Well, they had some discrepancies, or

23 something, about it.  I don't know for sure what it was

24 or -- I really don't know, because, like I said -- she -

25 - she talked to them and she'd come home and tell me - -

23

1 all tore up about something that was said or something

2 that was done and I really don't know.

3     Q.   When you say she was "tore up," what do you

4 mean?

5     A.   Aggravated over what she was told or what she

6 talked to them about, or --

7     Q.   Did she cry?

8     A.   Yeah.

9     Q.   Did she scream?

10    A.   No.   She probably wanted to.

11    Q.   How many times did you see her cry?

12    A.   Quite a few.

13    Q.   What would she say when she would cry?

14    A.   She just said she just didn't understand what

15 was going on and why this was happening.

16    Q.   Why -- why what was happening?

17    A.   What was going on with the insurance.

18    Q.   And -- and what --

19    A.   I -- I just tell her I didn't want to hear

20 about it.  I didn't -- didn't want to get aggravated

21 myself.

22    Q.   So you would shut it down when she would cry?

23    A.   Yeah.   Yeah.

24    Q.   Now, was this -- this insurance --

25         American Fire and Casualty, did you -- did you

24

1  even know that was your insurance company or one of your

2  insurance companies at the time of the wreck?

3       A.   I didn't even know who it was.  I just -- like

4  you said, she would give me the insurance card.  I would

5  put it in the -- the car and -- and that's all I know.

6  I just stuck the cards in there.  I don't even remember

7  the names on the card.  She just said, "Here's the

8  insurance card," and I'd had to take it when I went and

9  did the -- I would go do the car tags and -- and titles,

10 and I'd have to - - to tag them, and I'd take the

11 insurance cards and that's about the only time I knew

12 what was going on.

13      Q.   Now, did she buy that insurance from herself,

14 or --

15      A.   Yeah, I guess.  She got it there from where

16 she worked.

17      Q.   Did she pay the premiums?

18      A.   Yes, sir.

19      Q.   Now, you also, at the time, had another policy

20 with Philadelphia Insurance Company on your -- on a

21 class -- one of your classic cars; do you remember that?

22      A.   Yes, sir.

23      Q.   Did she buy that for you, too?

24      A.   Yes, sir.

25      Q.   And she paid for that, too?

25

1      A.    Yes, sir.

2      Q.    Do you know what your premiums were, back at

3 that time, give or take?

4      A.    It's around $500 a year.

5      Q.    What are your premiums now; do you know?

6      A.    About the same.  They haven't increased them.

7      Q.    Do you know what no-fault or personal injury

8 protection insurance is?

9      A.    Yes, sir.

10     Q.    Tell me what you understand no-fault insurance

11 to be.

12     A.    Well, no -- no-fault, not really, but the PIP

13 is a personal injury protection.

14     Q.    Tell me what you understand that to be.

15     A.    That's just supposed to cover you if you're

16 injured in an accident and personal injury protection, I

17 guess, that's what it says.  That's the only thing I

18 understood, you know, that was what it was for.

19     Q.    Do you know what it's supposed to pay for?

20     A.    No, just, if you get injured, it's supposed to

21 help pay you or pay your bills or something.  I --

22 that's all I know.

23     Q.    Do you know what your PIP insurance paid for

24 you as a result of this accident?

25     A.    I think she had 50,000 on PIP.

26

1     Q.   And it paid all the -- and the insurance

2 company paid --

3     A.   Yeah.

4     Q.   -- all the PIP, correct?

5     A.   Uh-huh.  Yeah, after -- yeah.

6     Q.   And 39,000 of that was for lost wages, was it

7 not?

8     A.   I guess, she was -- I guess -- she took the

9 checks and cashed it and paid -- paid bills.  That's all

10 I know.  We used it to -- you know, help pay the bills

11 and survive.

12     Q.   So you let your wife do the coordinating of

13 your PIP payments, as well?

14     A.   Yeah, yeah.  She takes care of all of it.

15     Q.   Now, you said she -- she used it to pay the

16 bills.  Did all your bills get paid?

17     A.   Yes, sir.

18     Q.   Did you miss any payments at all?

19     A.   No.  No.

20     Q.   Have any bill collectors coming after you?

21     A.   No.

22     Q.   Got good credit?

23     A.   She probably does.  I don't have nothing -- I

24 don't -- I never did finance nothing.

25     Q.   Never in your life?

27

1    A.    Yeah, here lately.

2    Q.    Well, what did you --

3    A.    I did my business, you know, I'd borrow some

4 money here or there, but I never did have a -- real,

5 real big payments.

6    Q.    What did you borrow lately?

7    A.    Oh, I haven't lately.  We just lived off of

8 her, and my disability check just changed our lifestyle.

9    Q.    So you -- you don't have any debt?

10    A.    No, not now.

11    Q.    When's the last time you had any debt?

12    A.    Last summer.

13    Q.    What kind of debt -- what was the last kind of

14 debt you had?

15    A.    Mortgage on our home.

16    Q.    And you got that paid off last summer?

17    A.    Yes, sir.

18    Q.    Did you pay -- throw a party?

19    A.    Huh?

20    Q.    Did you throw a party?

21    A.    No.

22    Q.    So all your bills got paid after the accident,

23 correct?

24    A.    This is last summer, yes, sir, after the...

25    Q.    No, I -- I mixed up, I asked a bad question.

28

1   Let me back up.

2        Since your accident in June of 2008, neither

3   you or -- nor your wife missed any payments on any of

4   your household bills, correct?

5        A.   No.

6        Q.   What I said was correct?

7        A.   Yeah.

8        Q.   Okay.  Have you ever been to a psychologist or

9   a psychiatrist or a counselor for a mental problem?

10       A.   No.

11       Q.   Have you ever been treated for depression?

12       A.   No, sir.

13       Q.   Any doctor tell you what caused your AFib?

14       A.   Dr. Dinardo said it was from stress.

15            He said my stress and nerves is probably

16   causing it.

17       Q.   And were you having stress and nerves?

18       A.   When?

19       Q.   Back when you were diagnosed with having AFib.

20       A.   Yes, sir.

21       Q.   As a result of this accident?

22       A.   Yes, sir.

23       Q.   Because you couldn't work anymore?

24       A.   I couldn't work.  I couldn't control my life.

25       Q.   And you worked all your life and you didn't

29

1  like that, correct?

2      A.   Yes, sir.

3      Q.   What do you think American Fire and Casualty

4  did wrong to you, why did you sue them?

5          MR. FAIRBANKS:  Let me just -- before you

6  start on this, let me just remind you that we have an

7  attorney/client privilege and anything that you've

8  learned between conversations with either me or with

9  Austin or anybody at my office about what bad faith is

10  or what the legal standards are, anything like that,

11  just -- I don't want you to talk about any of that

12  stuff, and to the extent that you don't have any

13  insurance background, if -- but if you can do your best

14  to answer that, please do.

15          THE WITNESS:  Well, now -- what was --

16          MR. MILLER:  I just --

17          THE WITNESS:  -- what was the question, again?

18          BY MR. MILLER:

19      Q.   I just wanted to know what you think American

20  Fire and Casualty did wrong to you.  Nothing to do with

21  being a lawyer or nothing.

22      A.   Well, they just -- when my wife would call to

23  try to find out about the policy limits and what we were

24  reinsured for and everything, they would put it off to -

25  - and then tell Avery to get back with her, and then it

30

1  might go months, and then they'd say, "Well, we got to

2  do this and do that."  And they just never did - - they

3  just never did cooperate with her.

4      Q.   Anything else?

5      A.   I just -- I -- she -- like I said, she talked

6  to the people and all I did was listen to what she said

7  and done, but they just never did cooperate.

8      Q.   And when she would talk about it, you would

9  pretty much shut it down and not let it --

10     A.   Yeah.

11     Q.   -- affect you, correct?

12     A.   Yeah.  I said, I've heard enough.  I don't

13 want to hear no more about it, so...

14     Q.   Now, if you were king for a day and you could

15 tell the judge in your case to do anything you wanted

16 him to do, what would you tell him to do to fix the

17 problem that you're trying to vet in this lawsuit?

18     A.   Now, that's a good question.

19     Q.   Thank you.

20     A.   I have no -- I have not a clue.

21     Q.   Okay.

22     A.   You know, I just -- I don't know what I would

23 say.  Depends on what kind of mood I was in that day.

24     Q.   Let's assume you're in a rotten mood.

25     A.   Well, I'd just want -- would want to know why

31

1  that we have -- I had to go through all this.

2      Q.   Well, see, that's what I'm trying to get --

3  get at.  What -- what is all of this?

4           Is all this the wreck and your knee being bad?

5      A.   No, putting up with not getting -- we were

6  paid our premium -- or paid -- so we could go on with

7  our lives and not have to put everything on hold for the

8  last eight years.

9      Q.   Everything on hold?

10     A.   Yes.

11     Q.   What -- what have you had to put on hold for

12  the last --

13     A.   Everything.  My --

14     Q.   Give me an example.

15     A.   -- business.  I can't work on my cars.

16          I had to pay people to work on my cars.  I

17  can't travel anymore.  I can't go to events.  I can't go

18  on vacation, and I can't even play with my grandkids

19  because of my injury and all this aggravation.

20     Q.   Well, that's because of your physical injury,

21  correct?

22     A.   Yeah.

23     Q.   Okay.

24

25     A.   But I can't go on vacations with them.

32

1          I can't go no more.

2      Q.   Because of your injuries?

3      A.   Well, I just can't afford it now.  I just --

4  it changed my whole life when I lost my income and my

5  business, and when you don't have money, you don't do

6  things, you change your whole lifestyle.

7      Q.   And you lost your business and some of your

8  income because you were injured and couldn't crawl

9  around those cars anymore?

10     A.   Yeah, lost all my business.  I don't even work

11  -- I don't do nothing there no more.

12     Q.   And that's because you can't crawl around

13  those cars anymore, correct?

14     A.   Yes, sir.

15          (EXHIBIT 1 MARKED FOR IDENTIFICATION)

16     Q.   I'm going to hand you what's been marked

17          Exhibit 1 to your deposition, and my first

18  question to you is going to be:  Have you ever seen this

19  before?

20     A.   You mean, have I actually read it?

21     Q.   Yes, sir.

22     A.   No, because that's what my wife did.

23     Q.   Okay.

24     A.   She -- she -- I just remember talking to her.

25  Said she talked to Tony Dale and -- and --

1     Q.   That -- go to the second page of this exhibit,

2  and it looks like your -- your wife, Betty Jo, wrote to

3  Tony Dale and -- "Doctor said his knee will not improve.

4  Ernest is undecided at this point as to when to have

5  surgery."

6     A.   Yes, sir.

7     Q.   "Just go ahead with the settlement of the

8  claim.  Thanks, Betty Jo."

9     A.   Yes, sir.

10    Q.   Had you ever read that before?

11    A.   She might have told me but I don't --

12         I didn't read nothing, and she -- she didn't

13 bring paperwork home from the office.

14    Q.   Okay.  Did -- does -- doesn't that seem

15 cordial and polite to you?

16    A.   On her behalf.

17    Q.   Yeah.

18    A.   Talking to you-all.  Yeah.

19    Q.   And didn't she get politeness back?

20    A.   Well --

21    Q.   "Betty, we need to just -- get his prior

22 records from Dr. Ertel."

23    A.   Yeah.

24    Q.   "Should have those in about 30 days or so."

25    A.   Uh-huh.  Yeah.

34

1    Q.    "Once we get them, to be able to evaluate the

2 claim for settlement."

3    A.    Uh-huh.

4    Q.    "I'll provide a copy to Philadelphia, as well,

5 once I receive them," that's polite, isn't it?

6    A.    Well, did they follow through?

7    Q.    Well, you got paid, didn't you?

8    A.    From who?

9    Q.    American Fire and Casualty.  You got paid

10 $91,500, didn't you?

11    A.    After eight -- seven years of aggravation.

12    Q.    You got paid $91,500, though, didn't you?

13    A.    Yes, sir.

14    Q.    Do you know -- do you know how -- do you know

15 how to value a personal injury claim?

16    A.    No, I don't.

17    Q.    Has your wife ever explained to you how

18 insurance companies value personal injury claims?

19    A.    No.

20    Q.    Have you ever heard her discuss how insurance

21 companies value personal injury claims?

22    A.    No, sir.  She didn't even discuss that.

23    Q.    You -- you seem like a straight talker.  I'm

24 just going to -- what I'm hearing you say is your beef

25 here is it took so long to get things done; is that

35

1  fair?

2      A.   Well, yes and -- yeah.

3      Q.   Anything else?

4      A.   Well, just going through all the procedures of

5  talking to everybody and not getting the cooperation was

6  the biggest part.

7      Q.   Okay.  When you say going through all the

8  procedures, you're talking about, like, this deposition?

9      A.   No.  Her talking to all of the people that she

10 talked to and it would go from one to another, and one

11 to another, and that's just what she told me.  I

12 wouldn't -- like I said, I didn't talk to nobody.  She

13 did all the talking --

14     Q.   Okay.

15     A.   -- you know...  She was the agent and she did

16 all the talking.

17     Q.   And she had authority to speak for you?

18     A.   Yes, sir.

19     Q.   And after you hired your lawyers, here, today

20 -- do you remember when you hired them?  You can't tell

21 me anything you-all talked about, do you remember when

22 you hired them thereabouts?

23     A.   It was October or November of -- what, three

24 years ago?

25     Q.   That would be of '13, 2013?

36

1     A.   I think, yes, sir.  I believe it was.

2     Q.   Why did you hire a lawyer?

3     A.   Because we had no cooperation.  They wouldn't

4  talk to me.  Wouldn't talk to her, really.

5     Q.   Now, I don't want to know any of the details

6  or the amounts or anything.  Are your lawyers working

7  for you on what is called a contingency fee basis?

8     A.   I guess, yes, sir.

9     Q.   Have you had to pay your lawyers any money out

10 of your pocket?

11    A.   No, sir.

12    Q.   All right.  Now, you got $50,000 in no-fault,

13 25,000 from the guy who hit you, his insurance company,

14 56,000 from Philadelphia Insurance Company; does that

15 sound right?

16    A.   Yes, sir.

17    Q.   And 91,500 from American Fire and Casualty?

18    A.   Yes, sir.

19    Q.   What did you do with that money?

20    A.   Paid all my debts.

21    Q.   And what debts did you pay?

22    A.   My mortgage and doctor bills that we had to -

23 - insurance -- we had to pay for health insurance and

24 all the normal bills.

25    Q.   Did you put any of it in savings?

37

1    A.   Yes, for a little while.  Now we don't have
2 any in savings.
3    Q.   What did you do with it?
4    A.   Paid bills.
5    Q.   When did you buy these cars?  You -- you told
6 me about the '67 Chevelle that you got --
7    A.   I've had the one of them since '94, one of
8 them since '98, one of them since 2001.  I bought them
9 all before 2001.
10    Q.   Okay.  And you own a house, and do you -- do
11 you own the building in which the -- the mechanics
12 business is operated?
13    A.   Yes, sir.
14    Q.   Is that separate from your house or is --
15    A.   Yes, sir.
16    Q.   Do you own any other real estate?
17    A.   Just the -- that and -- and the house that we
18 live in, it's in my wife's name.
19    Q.   How come?
20    A.   That's -- when we got married, it was in her
21 name.
22    Q.   Okay.  So she -- she owned it when you-all got
23 married?
24    A.   Yes, sir.
25    Q.   You-all got married in..?

38

1      A.    2001.  No, 2000, 2000, because we've been

2 married 16 years.

3      Q.    See, I'm fixing to get you in big trouble

4 here, aren't I?

5      A.    But don't ask me the day.

6      Q.    I'm not -- I'm not going to do that.

7      A.    Okay.

8      Q.    All right.  When -- before your wife had to

9 quit working, did she have any other sources of income,

10 besides her pay from being an insurance agent?

11      A.    No.

12      Q.    Has she -- if we -- as you sit here today,

13 does your wife have any source of income?

14      A.    Well, not right now, because she's -- we've

15 been going to the doctor for the last five months with

16 her health problems.

17      Q.    Is she drawing any disability --

18      A.    No.

19      Q.    -- insurance or anything like that?

20      A.    No.  No, sir.

21      Q.    Now, you don't -- you don't blame your wife's

22 troubles on your insurance company, do you?

23      A.    Well, I ain't going to say for sure, but they

24 said her -- her problem is because of her nerves.

25      Q.    Okay.  Who is her primary doctor?

39

1      A.    Shorby Brooks.

2      Q.    What kind of doctor is he?

3      A.    Just -- all I know, he's -- he's not an actual

4   -- what is it -- a physician's assistant or whatever.

5      Q.    Okay.

6      A.    He's my doctor and hers, both.

7      Q.    When's the last time you had a doctor's

8   appointment?

9      A.    About two and a half months ago.  I went and

10  had a physical.

11     Q.    How did you check out?

12     A.    Fine.

13     Q.    Tell you you had the health of a 30 year old

14  man?

15     A.    No, not quite.

16     Q.    Any -- any particular problems identified?

17     A.    Just my heart problem, and -- and had -- got a

18  touch of sugar but I've got it under control, too.

19     Q.    That weight loss helped out a lot, didn't it?

20     A.    Yes, sir.  Yes, sir.  And they did the blood

21  work because -- when I was on the heart medicine, to

22  check and see if it's -- that was okay.

23     Q.    And everything checked out okay?

24     A.    So far, yes, sir.  And I went to Dinardo after

25  that.

40

1      Q.   And did you check out okay with Dinardo?

2      A.   Yes, sir.

3      Q.   Okay.  Did -- did anybody tell you your heart

4  problems were a result of you -- something your

5  insurance company did to you?

6      A.   Stress.  He just said it was caused by stress.

7      Q.   Well, I -- you told me that, and I appreciate

8  it, but did Dr. Dinardo tell you it was because of the -

9  - anything your insurance company did to you?

10     A.   That wasn't any of his business.

11     Q.   So he didn't tell you that?

12     A.   I didn't say nothing to him.  It wasn't none

13  of his business.

14     Q.   He -- and -- and you didn't complain to --

15  about your insurance company to Dr. Dinardo because you

16  didn't think it was any of his business, did you?

17     A.   Right.

18     Q.   You haven't complained to any doctor about

19  your insurance company, have you?

20     A.   Yeah.

21     Q.   Which one?

22     A.   Dr. Baran.

23     Q.   What did you tell him?

24     A.   I just told him that I didn't know what I was

25  going to do about getting a knee replacement, because we

41

1  didn't have the finances and the stuff to take care of

2  it at the time.

3      Q.   Any other complaints to Dr. Baran?

4      A.   No.

5      Q.   And we're sitting here in 2016 and you've

6  still not had the knee surgery, correct?

7      A.   No.

8      Q.   All right.  Before you got hurt, you had a

9  source of income as a -- as a self-employed mechanic,

10 correct?

11     A.   Yes, sir.

12     Q.   And that's -- that's about all you ever did?

13     A.   That's all I've done all my life.

14     Q.   Any other sources of income before the wreck?

15     A.   No, just my garage.

16     Q.   What are your sources of income now?

17     A.   Disability.

18     Q.   Anything else?

19     A.   No.  No, sir.

20     Q.   That's okay, you don't have to call me "sir."

21 I appreciate it, but you don't have to.

22          Don't -- don't feel compelled to do that. You

23 can't hurt my feelings. Is your son paying you any rent

24 for his business, or anything else?

25     A.   No, sir.  No.

42

1      Q.    Is he pay -- is he giving you the profits or

2  anything?

3      A.    No.

4      Q.    That's a good dad.

5      A.    I am a good father.

6      Q.    When's the last time you went on vacation?

7      A.    Last September, I went on a two-day trip.

8      Q.    To where?

9      A.    Tennessee.

10     Q.    Car show?

11     A.    Yeah.

12     Q.    Whereabouts in Tennessee?

13     A.    Pigeon Forge.

14     Q.    Did you go to Dollywood?

15     A.    That's where the car show was at.

16     Q.    You had to walk, didn't you?

17     A.    Yeah, got to stay an hour and a half and had

18  to leave because I couldn't walk.

19     Q.    How far did you walk, when you walked?

20     A.    Probably 2,000 feet, if I even got to walk

21  that much.

22     Q.    Okay.  How did you get here, today?

23     A.    Drove.

24     Q.    Where did you park?

25     A.    Beside the building, in the handicapped.

43

1    Q.   Did you use a cane or a walker to get in?

2    A.   Neither one.

3    Q.   How long has it been since you used a cane or

4 a walker, or have you ever used one?

5    A.   Yes, I -- I keep a cane with me.  I didn't

6 bring it today, but I keep -- when I go on trips, I'll

7 take it.  If I get to go, I'll use a cane.  I take it

8 with me in case I need it.

9    Q.   And that's because of your right knee,

10 correct?

11    A.   Yes, sir.

12    Q.   And your right knee is never going to get any

13 better, is it?

14    A.   No, sir.

15    Q.   Do you know what underinsured motorist

16 coverage is?

17    A.   That means, if the other person -- from what I

18 -- I've been told, I don't really -- I just know it was

19 supposed to cover you if the other person don't have

20 enough coverage.

21    Q.   And you can buy that at different levels of

22 policy limits, can't you?

23    A.   I guess.  That's like -- that's her --

24    I don't know.

25    Q.   That's your wife's deal?

44

1      A.    That's my wife's deal, yes, sir.

2      Q.    She makes all the decisions about what kind,

3  what brand --

4      A.    Yes.

5      Q.    -- what policy limits --

6      A.    Yes.

7      Q.    -- everything?

8      A.    Yes, because she was the agent, and that's

9  what she's done all these years.  I don't question her.

10     Q.    Probably wise.  You coming to the street rods

11 in Louisville this August?

12     A.    Do what?

13     Q.    You coming up to the street rods in --

14     A.    I -- I doubt it.

15     Q.    -- Louisville this August?  And you told me

16 the last time you went was two years ago?

17     A.    It's been two or three years ago, I went -- I

18 got to go one day and had to come home.

19     Q.    That's quite the event, though, isn't it?

20     A.    Yes, sir.

21     Q.    After you employed your lawyers back in 2013,

22 when they talked to the insurance company, they had your

23 complete authority to talk to the insurance company on

24 your behalf, correct?

25     A.    Yes, sir.

45

1     Q.   I need to take five minutes for a potty break.

2          THE VIDEOGRAPHER:   Off the record at 10:58

3 a.m.

4          (OFF THE RECORD)

5          THE VIDEOGRAPHER:   Back on the -- back on the

6 record at 11:13 a.m.

7          BY MR. MILLER:

8     Q.   You told me when your last doctor appointment

9 was.  Do you have any doctor appointments currently

10 scheduled?

11    A.   Six -- well, it was six months, four more

12 months.  I go every six months to Dr. Dinardo.

13    Q.   Okay.  That's just a check up on your heart?

14    A.   Just a check up.  Just a check up, yes, sir.

15 Yeah.

16    Q.   Has your heart flip-flopped on you any more

17 since that first time?

18    A.   Today?

19    Q.   Yeah.

20    A.   Yeah.

21    Q.   Is it doing it now?

22    A.   No, you'll know it.

23    Q.   Because you turn red?

24    A.   I'll -- I'll get flush, yeah.

25    Q.   Okay.

46

1        A.   It just stops and starts back.  Just as long

2  as it don't -- it starts back, we'll be all right.

3        Q.   What -- what -- what triggers it?

4        A.   Just stress.

5        Q.   Just unusual circum --

6        A.   Uh-huh.

7        Q.   You don't think I'm being mean to you or

8  anything, do you?

9        A.   No.

10        Q.   Okay.  Because I -- I mean, I get that this is

11  a very unusual situation, if you think I'm being mean to

12  you, tell me, I'll -- I'll back off.

13        A.   Everything is fine.

14        Q.   Okay.  Do you have any hobbies or anything

15  that you do?

16        A.   Just my cars.

17        Q.   Well, what do you do with your cars now, just

18  drive them?

19        A.   Yeah, go to events.  Do a lot -- what do they

20  call them runs, rod runs or car events but

21  --

22        Q.   You get in line and go someplace?

23        A.   Yeah, just, like, in Louisville.

24        Q.   Okay.

25        A.   That's about all I go to.  When I went, that's

47

1    all I went to.

2        Q.    Do you read?

3        A.    Do I read?

4        Q.    Like --

5        A.    Yeah, car magazines.

6        Q.    Don't -- don't read books or --

7        A.    Uh-uh.

8        Q.    Okay.

9        A.    Cars is my life.

10       Q.    Okay.  Well, I -- there are all kinds of

11   lifestyles, and I get that.

12       A.    I've been blessed to do what I got to do.

13       Q.    Oh, the people that I know that are into it,

14   are just into it, man, that's just it.

15            All right.  Now, you told me -- you told me

16   that your wife did all the -- the talking with the

17   insurance company, and -- and you would expect that your

18   insurance company would -- would believe what your wife

19   was telling them, right?

20       A.    Uh-huh.

21       Q.    Is that a fair statement?

22       A.    Yes, sir.

23       Q.    But you'll also agree with me that an

24   insurance company has to go investigate and verify?

25       A.    I guess.

48

1     Q.    Would that seem logical?

2     A.    Yeah.  If they ever send anybody.

3     Q.    And you don't blame them for wanting to see

4  your medical records and that kind of thing?

5     A.    No, no.

6     Q.    Do you know what bad faith is?  And if your

7  only source of it is what your lawyers told you --

8     A.    That's -- that's about all I know.

9     Q.    Okay.  Do you know what punitive damages are?

10    A.    Just about what they tell me.

11    Q.    Okay.  Do you think anybody at American Fire

12 and Casualty has done anything to you to hurt you on

13 purpose?

14    A.    Yes and no.  Yes, because they didn't -- they

15 just took so long to do what they was supposed to do.

16    Q.    And then the "no" part is what?

17    A.    Well, really, I don't know.  I mean, yes --

18 the only thing I can tell you, they just took so long to

19 do all this stuff, it's just -- it's just drug out too

20 long.

21    Q.    Well, do you think they should just pay -- pay

22 their people whatever they ask for?

23    A.    No.  But they ought to come and talk to them.

24    Q.    Okay.  Have you -- I'll --

25         I'll just represent to you, Mr. Foster, that

49

1  in connection with this case, we have produced to your

2  lawyers, provided pieces of paper, some of which consist

3  of American Fire and Casualty's claim file, claim note,

4  the things that they had in their file as they were

5  working on your claim.  Have you reviewed any of those

6  papers?

7       A.   No, sir.

8       Q.   Did you review any papers to prepare for your

9  deposition?

10      A.   No, sir.

11      Q.   I've assumed you talked to your lawyers, which

12  is fine, correct?

13      A.   Yes, sir.

14      Q.   Talk to anybody else in preparation for your

15  deposition?

16      A.   No.

17      Q.   Since you never talked to anybody at the

18  insurance company, they never could have told you

19  anything personally that was untrue, could they?

20      A.   No, because they never talked to me.

21      Q.   How did your insurance company hurt you?  You

22  said that it just took too long in your view, how did

23  that hurt you?

24      A.   Well, financially and mentally and -- both of

25  those.  Financially and mentally.

50

1    Q.   How did it hurt you mentally?  We've talked
2   about the finances enough.
3    A.   Well, that don't -- if that messes with your
4   whole life, it messes with you mentally.
5    Q.   Yeah.  But I -- and I'm not arguing with you
6   and I'm not trying to be ugly.  But I thought we agreed
7   that the stuff that messes up your life was because of
8   your injury to your knee, the stuff you couldn't do
9   anymore; is that fair?
10    A.   Well, partially, yes.  But if I had got this
11   taken care of, I might have -- could have did something
12   different with my life.  I might could have went a
13   different path.
14    Q.   What kind of path -- different path?
15    A.   Well, I could have tried to do something to
16   try to have an income instead of being disabled.
17    Q.   Well what would you have done?  Let's -- let's
18   --
19    A.   I have no idea.  That's just -- I'm too old to
20   go too far.
21    Q.   Well, let -- let's say -- all right.
22        You first made, and I'm -- and I'm not
23   expecting you to accept this as true, I'll represent to
24   you that your wife first called in and made an
25   underinsured motorist claim in about June of 2010, okay?

51

1 About two years after the accident.

2     A.   I guess.  I have no idea.

3     Q.   Okay.

4     A.   Because I don't know, because I was trying to

5 see if I could work and see if I could make it and, you

6 know, actually, maybe, put off the knee surgery that I

7 had, because I was trying to work.

8     Q.   No, I -- I get that.  I get that.

9     A.   Yeah.

10    Q.   Let -- let's assume the following:

11         Let's assume in June of 2010, the day your

12 claim was made --

13    A.   Yeah.

14    Q.   -- that American Fire and Casualty wrote you a

15 check for $100,000.

16    A.   Yeah.

17    Q.   How would that have changed your life?

18    A.   I wouldn't have had to worry about paying

19 bills and taking care of my mortgage and paying health

20 insurance to keep us going, and stuff like that, but

21 that's all I was worried about, our health insurance and

22 keeping our bills paid.

23    Q.   Well, here's what I'm trying to get to, you

24 said -- and I'm trying to figure out what you meant by

25 it -- you said, "I might have been able to take a

52

1  different path to keep from being disabled."  I'm trying

2  to figure out what you mean by that --

3      A.   Well, I --

4      Q.   -- and how the money would have done that?

5      A.   Well, I wouldn't have had to go and apply for

6  disability.  I would have had money to live off of.

7      Q.   But you still got the hundred thousand?

8      A.   Yeah, after all these years.

9      Q.   And you're still drawing disability?

10     A.   Yeah.

11     Q.   Did you go back and tell the Social Security

12  you don't want your disability anymore?

13     A.   No, because there ain't no money left.

14          It's all gone.  After I paid everything, where

15  I borrowed money and paid my mortgages and stuff, it's

16  all gone, and I did not waste it.

17     Q.   Okay.  But you would have done the same thing

18  if you had it in 2010, right?  You would have paid your

19  bills, you would have paid your mortgage.

20     A.   Well, that was 2010, that was a different

21  story -- different -- I have no idea.

22          That's been six years ago.

23     Q.   Okay.

24     A.   That's a different story.

25          (EXHIBIT 2 MARKED FOR IDENTIFICATION)

53

1      Q.   I'm going to hand you what I've marked as

2  Exhibit 2 to your deposition, and I am going to have one

3  very simple question to you about that.

4           (WITNESS REVIEWS DOCUMENT)

5           MR. MILLER:  You probably don't have that,

6  because I just got it this week.  It wasn't in the claim

7  file.  I had to go back and -- and get it, so...

8           MR. FAIRBANKS:  Okay, yeah.  This is the first

9  I've -- I've seen this.

10           MR. MILLER:  Yeah.

11           MR. FAIRBANKS:  Did this come out of a

12  different file or did you get this, kind of, standalone?

13           MR. MILLER:  It was supposed to be in the same

14  file but it wasn't.  So they -- they went to some other

15  source and got it.

16           MR. MEHR:  Do you have an extra copy or just

17  that one?

18           MR. MILLER:  It's the PIP app.  It's the PIP

19  app.

20           MR. MEHR:  Okay.

21           BY MR. MILLER:

22      Q.   Is that your handwriting, down in the body,

23  here?  That's all I wanted to ask you.

24      A.   No.

25      Q.   Who wrote that, do you remember?

54

1      A.   My wife sit and filled it out while I watched

2  her.

3      Q.   Okay.  That is your signature?

4      A.   That is my signature.  I read over it and

5  signed it.

6      Q.   Okay.  That's fine.  I just didn't --

7      A.   Yeah.

8      Q.   -- I couldn't tell if it was -- the signature

9  was the same handwriting --

10     A.   No.

11     Q.   -- as the body.

12     A.   No.

13     Q.   Now, let me ask you this --

14     A.   Yeah.

15     Q.   -- right here, it asks, "What is your average

16 weekly wage or salary?"

17     A.   Yeah.

18     Q.   That's left blank.

19     A.   Yeah.

20     Q.   Why was that left blank?

21     A.   I don't know.  Have no idea.  You'd have to

22 ask her, I have no idea.

23     Q.   Do -- do you remember how that information

24 ended up being provided to the insurance company?

25     A.   Uh-uh.

55

1      Q.    Do you remember her -- her providing tax

2 returns --

3      A.    Yeah.

4      Q.    -- or talking about providing tax returns?

5      A.    Yeah, she did.

6      Q.    Okay.  Do you remember going and seeing Dr.

7 Jenkinson?

8      A.    Yes, sir.

9      Q.    Tell me what you remember about that.

10     A.    Well, I went to see him and he did a exam on

11 me and I went home.

12     Q.    Describe the exam he did for you.

13     A.    He measured my -- how much my legs would move,

14 and -- and I sat on the table and he measured how much

15 my leg moved and hit me with a rubber mallet and used a

16 tape measure, and that was it.

17     Q.    How long were you there?

18     A.    22 minutes.

19     Q.    Did he talk to you?

20     A.    Yeah.

21     Q.    Did he sound like he knew what he was doing?

22     A.    He's supposed to.  He's supposed to have been

23 a doctor.

24     Q.    You -- you -- the cynicism is dripping off

25 your voice there, why -- how -- and your heart just

 1 flopped again.

 2      A.   Well, he -- what can you figure out in 22

 3 minutes?

 4      Q.   So you think he should have examined you

 5 longer?

 6      A.   He was -- he was doing his job, I guess,

 7 that's all I know.  He just done this and that and

 8 measured me with a tape measure and hit me with a rubber

 9 mallet and talked to his secretary that was taking notes

10 and stuff, and said, "I'll -- they'll let you know

11 what's going on," and I left.

12      Q.   Did -- was your wife with you?

13      A.   Yes, sir.

14      Q.   Did you ever read his report?

15      A.   I don't remember.  No.  I don't remember --

16      Q.   I'm going --

17      A.   I don't know.

18      Q.   I'm going to hand it to you.  I'm not going to

19 make it an exhibit, just tell me if you remember seeing

20 that before.

21      A.   I don't know.  Now, this you're asking me, I

22 don't know.

23      Q.   Okay.  That's fine.

24      A.   Because --

25      Q.   If you don't remember, you don't remember.

57

1      A.   I don't, really, because I have no idea.

2      Q.   Okay.  Do you remember anybody telling you

3 what Dr. Jenkinson concluded?

4      A.   Well, when we had the deposition, didn't he

5 say what he's -- his conclusions was?  We had a

6 deposition and he told the -- told us.

7      Q.   And -- and you were attending the deposition?

8      A.   Yes, sir.

9      Q.   Okay.  So that's -- so that's when you heard

10 what Dr. Jenkinson had concluded when he was --

11     A.   Yeah.

12     Q.   -- his deposition was taken?

13     A.   Yes, sir.

14

15

16

17     Q.   Okay.  Thank you.

18          (EXHIBIT 3 MARKED FOR IDENTIFICATION)

19     Q.   I'm going to hand you what's been marked as 3

20 to your deposition.

21          Here you go, Austin.

22          MR. MEHR:  Okay, thanks.

23          (WITNESS REVIEWS DOCUMENT)

24     Q.   My question is going to be when -- is -- do

25 you recall seeing this letter before?

58

1    A.   Probably.  I'm not -- I've read so much

2 different things, I -- you know...

3    Q.   If you don't remember, that's fine.

4    A.   Now, Betty might have read it and told me what

5 it said, I really -- you know, she would get -- I don't

6 know.

7    Q.   Do you see anything in that letter, as you --

8 as you read it now, that you think is incorrect or

9 wrong?

10    A.   Not that I see.  I don't know.

11    Q.   Okay.

12    A.   No.

13        (EXHIBIT 4 MARKED FOR IDENTIFICATION)

14    Q.   Are you having fun yet?

15        I'm going to hand you what's been marked

16 Exhibit 4 to your deposition.  I'll represent to you,

17 that's the underinsured motorist coverage release you

18 signed when American Fire and Casualty paid you 91,500.

19 And just confirm that that's your signature at the -- on

20 page four, there.

21    A.   Yes, sir.

22    Q.   And you had an opportunity to review this

23 before you signed it and your -- had an opportunity for

24 your lawyers to explain it to you before you signed it,

25 correct?

59

```
 1     A.   Yes, sir.

 2     Q.   Why did you accept $91,500?

 3     A.   Well, I guess, that's what they were offering.

 4     Q.   Any other reason that you remember?

 5          MR. FAIRBANKS:  And, Ernest, if -- if it

 6 involves something that you would have had in a

 7 confidential communication with either me or Austin, I

 8 don't want you to talk about that.  But if you have a --

 9 a general statement as to why you accepted that, feel

10 free to answer it that way.

11     A.   Well --

12          MR. MILLER:  Let me see if I can fix it.  Let

13 me see if I can fix it.

14          BY MR. MILLER:

15     Q.   You relied on your lawyers in resolving your

16 claim; is that fair?

17     A.   That's right.

18     Q.   Okay.

19     A.   Yes, sir.  I been -- I did what they

20 recommended.

21     Q.   Got it.  Okay.  Okay, I'm getting close.

22          MR. MILLER:  Do you-all happen to have a -- a

23 Social Security statement?  They used to send them to

24 everybody in the mail, but they don't send them in the

25 mail for him.
```

60

1         MR. FAIRBANKS:  Are you talking about the one

2 that would just show the amount that he gets or that

3 he's been approved?

4         MR. MILLER:  No, the thing that says, "You

5 paid in this much this year, this much this year, this

6 much this year."

7         MR. FAIRBANKS:  I don't believe so.

8    A.   I haven't -- I haven't got one of those for

9 years, before -- since this happened.  They used to send

10 them, what, once a year, and tell you what you would

11 draw if you got disabled and all that.

12         BY MR. MILLER:

13    Q.   Yeah.

14    A.   I don't remember getting one for quite a few

15 years.

16    Q.   Okay.

17    A.   Yeah, because they lie.  It don't -- they

18 don't give you what they say.

19    Q.   The government would lie to you?

20    A.   Yes, sir.  Yes, sir.

21      (EXHIBIT 5 MARKED FOR IDENTIFICATION)

22    Q.   I'm going to hand you what's been marked

23 Exhibit 5 and I'll represent to you that it is a

24 compilation of some documents out of your Social

25 Security Disability file.

61

1          Madame Court Reporter, I tried like heck to

2  make sure I got all the Social Security numbers out of

3  it, would you please triple check me?

4          COURT REPORTER:  Yes.

5      Q.   Do you remember going to the Social Security

6  Office and filling -- and filling out your application

7  for disability benefits?

8      A.   Yes, sir.

9      Q.   And it says here that you went on February 13,

10 2012.

11     A.   Yes, sir.

12     Q.   Did you -- and you went in person?

13     A.   Yes, sir.

14     Q.   Were you accompanied by your wife?

15     A.   Yes, sir.

16     Q.   Did a lawyer assist you with this Social

17 Security process?

18     A.   No, sir.

19     Q.   Why did you go?

20     A.   Because I couldn't work and I was getting

21 desperate because the bills was getting -- piling up and

22 -- and I just went to see if I could get some help.

23     Q.   Who suggested that you go?

24     A.   Well, Dr. Baran told me that I wouldn't be

25 able to work doing what I was been doing all my life,

62

1  and he said I needed to consider going and getting my

2  disability.

3      Q.   You -- you've seen this document before, have

4  you not, at some point?

5      A.   I've read so many about the disability, I

6  don't remember for sure, but...

7      Q.   Why did you wait so long to go, why did you

8  wait until February of 2012 to go?

9      A.   Well, to tell you the honest truth, I was

10 ashamed to.  I didn't want people to think I was drawing

11 disability when I was -- I just didn't -- I was ashamed.

12 The same thing the lady asked me when I applied.

13     Q.   Now, flip over to the third page of this

14 exhibit?

15     A.   Is that it?

16     Q.   No.

17     A.   No.

18     Q.   And I want to point you to this last sentence

19 of the -- one, two, three paragraph.  It says, "We have

20 established that your disability began on

21 2-1-2011 --

22     A.   Yes, sir.

23     Q.   -- do you see that?

24     A.   Yes, sir.

25     Q.   Do you know why -- did anybody explain to you

63

1  why your disability began on 20- --

2      A.   Dr. Baran told me, he said, "You're not able

3  to function to do the work that you've been doing all

4  your life," because I couldn't squat, kneel, bend, do

5  steps, stairs, ladders.  I still can't squat and kneel,

6  bend --

7      Q.   Okay.

8      A.   -- to this day.

9      Q.   Here -- I asked a bad question.

10     A.   Yeah.

11     Q.   How come they didn't find your disability

12  effective as of June 2008, when the wreck happened, do

13  you know -- did anybody explain that?

14     A.   I didn't -- I didn't apply for it.

15     Q.   Well --

16     A.   I didn't go apply for it until this date.

17     Q.   -- I understand that.  Go back to the front

18  page.

19     A.   Yeah.

20     Q.   It said -- says here that you told them your

21  disabled condition began in June 2008?

22     A.   Yeah.  Well, that's when I got my knee

23  crushed.

24     Q.   Did anybody at Social Security explain why

25  they didn't go back and start paying you from June --

64

1    A.    No.

2    Q.    -- 2008?

3    A.    No.  They don't do that anymore.  When you
4  apply, I think they go back eight months now, as far as
5  they go back with --

6    Q.    Okay.

7    A.    -- I -- they explained that to me when I
8  applied.

9    Q.    All right.  Did -- did you appeal or express
10  any disagreement with the decision Social Security made
11  with re -- respect to your disability or the amount of
12  money --

13    A.    No.

14    Q.    -- they were paying you?

15    A.    No.  I was just glad to get it to help pay
16  bills.

17    Q.    And -- and you're still getting the -- the
18  payment to this day, correct?

19    A.    Yes, sir.

20    Q.    Is that tax-free?

21    A.    I don't know.  We file taxes.  I don't know if
22  we tax on it or not.  I don't -- I don't know.  We did
23  joint taxes but...

24    Q.    Was your income over 32,000 last year?

25    A.    No, no.

65

1    Q.    Okay.

2    A.    No.

3    Q.    The joint, with you and your wife together?

4    A.    No, no.

5    Q.    Okay.

6    A.    No.

7    Q.    At the time of this wreck back in 2008, do you

8 remember about what you were making, just you?

9    A.    Because it varied from year to year,

10 truthfully, I don't, because -- because I just take all

11 my papers to the tax -- my CPA and he done it all and I

12 don't remember what the -- I haven't looked at them for

13 years.  I don't know.

14    Q.    Do you -- do you ever make over 20,000 a year

15 yourself?

16    A.    Gross?

17    Q.    Gross.

18    A.    Gross, yeah.

19    Q.    Okay.  Now, how would customers pay you?

20    A.    Cash and check, no credit cards.

21    Q.    Did you turn it all in?

22    A.    Yes, sir.

23    Q.    So your tax returns that you submitted to the

24 insurance company accurately reflect --

25    A.    Yeah.

66

1    Q.    -- both you and your --

2    A.    Yes.

3    Q.    -- I think they were joint returns -- you and

4 your wife's income?

5    A.    Yes, sir.

6    Q.    Okay.  Does your wife still have that antique

7 business?

8    A.    No.

9    Q.    When did she give up on that?

10    A.    When she got to having her health issues, and

11 she gave up on it a few years ago.

12    Q.    Okay.  So after she closed the antique

13 business, her only source of income was the insurance

14 agency?

15    A.    Insurance.  Yes, yes.  She couldn't handle

16 them both at the same time.

17    Q.    Has any doctor told you that your heart

18 problems were a result of this wreck?

19    A.    No, not to -- not a result of it, no.

20    Q.    They told you that it's a result of stress,

21 correct?

22    A.    Yes, sir.

23    Q.    You kind of, sort of, told me this, but I want

24 to make sure I understand it.  What's bothering you now?

25    A.    What, my heart?

67

1     Q.   No, no, no, no.  What kind of problems are you

2 having now?  I asked a bad question.  And I don't mean

3 right this second.  I mean, generally.

4       Does your knee still bother you, your back

5 bother you, your hips bother you?

6     A.   Just my knee.  My knee bothers me and not

7 being able to do what I want to do really bothers me.

8     Q.   How old are you now?

9     A.   61.

10     Q.   You know, you did yourself a great favor on

11 that weight, that helped you a lot, didn't it?

12     A.   So far.

13     Q.   Let me talk to the brains of the operation, I

14 may be done.

15       THE VIDEOGRAPHER:  Off the record at 11:42

16 a.m.

17         (DEPOSITION CONCLUDED AT 11:42 A.M.)

18

19

20

21

22

23

24

25

68

1                CERTIFICATE OF REPORTER

2  COMMONWEALTH OF KENTUCKY AT LARGE I do hereby certify

3  that the witness in the foregoing transcript was taken

4  on the date and at the time and place set out on the

5  Title page hereof, by me, after first being duly sworn

6  to testify the truth, the whole truth, and nothing but

7  the truth, and that the said matter was recorded

8  stenographically and mechanically by me and then reduced

9  to typewritten form under my direction, and constitutes

10 a true record of the transcript as taken, all to the

11 best of my skill and ability.  I certify that I am not a

12 relative or employee of either counsel, and that I am in

13 no way interested financially, directly or indirectly,

14 in this action.

15

16

17

18

19

20

21

22 SANDRA VENTURA,

23 COURT REPORTER/NOTARY

24 MY COMMISSION EXPIRES: 08/15/2017

25 SUBMITTED ON DATE: 06/28/2016

**A**

**a.m** 5:6 6:3 45:3,6 67:16,17
**ability** 68:11
**able** 34:1 51:25 61:25 63:2 67:7
**accept** 50:23 59:2
**accepted** 59:9
**accident** 10:8 12:23 13:1 16:22 25:16,24 27:22 28:2,21 51:1
**accompanied** 61:14
**account** 19:3
**accurately** 65:24
**action** 1:4 6:12 68:14
**actual** 39:3
**advertise** 16:6
**affect** 30:11
**affirm** 7:5
**afford** 32:3
**AFib** 13:25 14:8,20 15:8,14 28:13,19
**afternoon** 11:25
**agency** 66:14
**agent** 17:18 18:5,20 19:23 35:15 38:10 44:8
**aggravated** 15:11 23:5,20
**aggravation** 31:19 34:11
**ago** 35:24 39:9 44:16 44:17 52:22 66:11
**agree** 47:23
**agreed** 5:9 50:6
**ahead** 33:7
**ain't** 12:5 14:3 38:23 52:13
**American** 1:11 6:9 6:22 22:10,19 23:25 29:3,19 34:9 36:17 48:11 49:3 51:14 58:18
**amount** 60:2 64:11
**amounts** 36:6
**Anglias** 9:18
**angry** 10:25

**answer** 10:22 29:14 59:10
**antique** 66:6,12
**anybody** 22:9,10 29:9 40:3 48:2,11 49:14,17 57:2 62:25 63:13,24
**anymore** 12:5 13:2 28:23 31:17 32:9,13 50:9 52:12 64:3
**app** 53:18,19
**appeal** 64:9
**APPEARANCES** 2:1 3:2
**application** 4:9 61:6
**applied** 62:12 64:8
**apply** 52:5 63:14,16 64:4
**appointment** 39:8 45:8
**appointments** 45:9
**appreciate** 40:7 41:21
**approved** 15:5 60:3
**approximately** 5:6 6:3
**arguing** 50:5
**arthroscopic** 10:14 10:18
**ashamed** 62:10,11
**asked** 27:25 62:12 63:9 67:2
**asking** 21:5,7,8 56:21
**asks** 54:15
**aspirin** 13:20
**assist** 61:16
**assistant** 39:4
**assume** 30:24 51:10 51:11
**assumed** 49:11
**attending** 57:7
**attorney/client** 29:7
**attorneys** 6:15
**August** 12:17 44:11 44:15
**Austin** 2:5 6:19 8:17 29:9 57:21 59:7
**authority** 35:17

44:23
**auto** 8:20 9:4
**automatic** 12:9
**automatics** 12:11,14
**automobile** 16:14
**Automotive** 8:20
**average** 54:15
**Avery** 29:25

**B**

**back** 10:15 25:2 28:1 28:19 29:25 33:19 44:21 45:5,5 46:1,2 46:12 52:11 53:7 63:17,25 64:4,5 65:7 67:4
**background** 29:13
**bad** 11:7,8,13 14:21 27:25 29:9 31:4 48:6 63:9 67:2
**Baran** 13:8 40:22 41:3 61:24 63:2
**BARTON** 3:6
**based** 21:18
**Basham** 3:12 6:1
**basis** 12:1 36:7
**beef** 34:24
**began** 62:20 63:1,21
**behalf** 2:3,13 33:16 44:24
**believe** 36:1 47:18 60:7
**bend** 63:4,6
**benefit** 14:17
**benefits** 4:9,13 61:7
**best** 29:13 68:11
**better** 13:6 15:8 43:13
**Betty** 33:2,8,21 58:4
**big** 27:5 38:3
**biggest** 35:6
**bill** 26:20
**bills** 25:21 26:9,10,16 26:16 27:22 28:4 36:22,24 37:4 51:19 51:22 52:19 61:21 64:16
**bladder** 17:25

**blame** 38:21 48:3
**blank** 54:18,20
**blessed** 47:12
**blocked** 14:3
**blood** 8:1 13:18,18 14:24 15:4 39:20
**body** 53:22 54:11
**books** 47:6
**borrow** 27:3,6
**borrowed** 52:15
**bother** 15:10 67:4,5,5
**bothering** 66:24
**bothers** 11:6 67:6,7
**bought** 37:8
**bowel** 17:24
**BOYER** 2:15 3:5
**boys** 8:9
**brains** 67:13
**brand** 44:3
**brands** 18:18
**break** 45:1
**Brice** 8:16
**bring** 19:6 33:13 43:6
**Brooks** 39:1
**building** 37:11 42:25
**business** 8:4 19:5,7 27:3 31:15 32:5,7 32:10 37:12 40:10 40:13,16 41:24 66:7 66:13
**businesses** 18:23
**buy** 24:13,23 37:5 43:21

**C**

**call** 11:24 29:22 41:20 46:20
**called** 9:18 36:7 50:24
**cane** 43:1,3,5,7
**caption** 6:8
**car** 9:5,11,20,21 10:5 10:7,11 11:25 17:6 24:5,9 42:10,15 46:20 47:5
**card** 17:6 24:4,7,8
**cardiologist** 14:13
**cards** 24:6,11 65:20

care 9:23 10:1 16:17
  19:20 20:6,19 26:14
  41:1 50:11 51:19
cars 9:9,11,13,15
  11:15,20 12:6 24:21
  31:15,16 32:9,13
  37:5 46:16,17 47:9
case 6:8,10 7:5,15
  30:15 43:8 49:1
Cash 65:20
cashed 26:9
Casualty 1:11 6:9,22
  22:11,20 23:25 29:3
  29:20 34:9 36:17
  48:12 51:14 58:18
Casualty's 49:3
caused 28:13 40:6
causing 28:16
CERTIFICATE 68:1
certify 68:2,11
change 16:21,24 32:6
changed 10:2 14:4
  16:3 27:8 32:4
  51:17
charge 16:19
check 10:2 27:8
  39:11,22 40:1 45:13
  45:14,14 51:15 61:3
  65:20
checked 39:23
checks 26:9
Chevelle 9:21 11:18
  37:6
circum 46:5
Civil 1:4 5:8 6:12
claim 33:8 34:2,15
  49:3,3,5 50:25
  51:12 53:6 59:16
claims 34:18,21
class 24:21
classic 9:5,9,11 11:15
  24:21
close 18:13 59:21
closed 66:12
clothes 15:2
clue 30:20
collectors 26:20
color 14:4

come 12:17 17:21
  19:22 22:25 37:19
  44:18 48:23 53:11
  63:11
coming 19:2 26:20
  44:10,13
COMMISSION
  68:24
COMMONWEAL...
  68:2
communication 59:7
companies 24:2
  34:18,21
company 1:11 6:9
  16:13 18:15 19:4,10
  19:11,19 20:9 24:1
  24:20 26:2 36:13,14
  38:22 40:5,9,15,19
  44:22,23 47:17,18
  47:24 49:18,21
  54:24 65:24
compelled 41:22
compilation 60:24
complain 40:14
complained 40:18
complaints 41:3
complete 44:23
concluded 57:3,10
  67:17
conclusions 57:5
condition 63:21
confidential 59:7
confirm 58:19
connection 49:1
consider 62:1
consist 49:2
constitutes 68:9
contingency 36:7
CONTINUED 3:2
control 11:12 28:24
  39:18
conversations 19:18
  29:8
cooperate 21:9,11,17
  22:1,3,5 30:3,7
cooperating 22:8
cooperation 35:5
  36:3

coordinating 26:12
copy 34:4 53:16
cordial 33:15
correct 10:15 19:20
  26:4 27:23 28:4,6
  29:1 30:11 31:21
  32:13 41:6,10 43:10
  44:24 49:12 58:25
  64:18 66:21
correlation 15:13
counsel 6:7,23 68:12
counselor 28:9
court 1:1 5:10 6:11
  6:24 7:2,4,9 61:1,4
  68:23
cover 25:15 43:19
coverage 7:18 43:16
  43:20 58:17
covered 22:7,11,20
CPA 65:11
crawl 32:8,12
credit 26:22 65:20
cruise 11:12
crushed 63:23
cry 23:7,11,13,22
current 16:13
currently 45:9
customers 65:19
customization 9:5
cynicism 55:24

---

### D

dad 42:4
Dale 32:25 33:3
damages 48:9
date 1:24 6:2 63:16
  68:4,25
day 8:2 18:6 30:14,23
  38:5 44:18 51:11
  63:8 64:18
day-to-day 11:25
  12:2
days 11:6,7 33:24
deal 43:25 44:1
debt 27:9,11,13,14
debts 36:20,21
DECEMBER 4:11
  4:12

decision 14:16 64:10
decisions 44:2
Defendant 1:12 2:13
  6:7
Depends 30:23
DEPONENT 1:23
deposition 5:3,7 6:4
  7:14 17:13 32:17
  35:8 49:9,15 53:2
  57:4,6,7,12,20
  58:16 67:17
depression 28:11
Describe 55:12
desperate 61:21
details 36:5
diagnosed 28:19
diesels 8:23
diet 16:3
different 17:1 18:18
  19:1 43:21 50:12,13
  50:14 52:1,20,21,24
  53:12 58:2
Dinardo 14:14,14,15
  15:5 28:14 39:24
  40:1,8,15 45:12
DIRECT 4:3 7:10
direction 68:9
directly 68:13
disability 4:13 18:1
  27:8 38:17 41:17
  52:6,9,12 60:25
  61:7 62:2,5,11,20
  63:1,11 64:11
disabled 50:16 52:1
  60:11 63:21
disagreement 64:10
discrepancies 22:22
discretion 13:5
discuss 34:20,22
District 1:1,2 6:11,11
Division 1:3 6:12
doctor 28:13 33:3
  36:22 38:15,25 39:2
  39:6 40:18 45:8,9
  55:23 66:17
doctor's 39:7
document 53:4 57:23
  62:3

**documents** 60:24
**doing** 12:5 17:19
  19:12 45:21 55:21
  56:6 61:25,25 63:3
**Dollywood** 42:14
**Don** 6:21 17:14
**DONALD** 2:14
**doubt** 44:14
**Dr** 13:8 14:14,15
  15:5 28:14 33:22
  40:8,15,22 41:3
  45:12 55:6 57:3,10
  61:24 63:2
**draw** 60:11
**drawing** 18:1 38:17
  52:9 62:10
**dripping** 55:24
**drive** 11:15,19,20,25
  12:2,3,6,12 46:18
**driven** 12:7,8
**driving** 11:11
**drove** 12:4 42:23
**drug** 48:19
**duly** 68:5

**E**

**E-MAILS** 4:8
**Eastern** 1:2 6:11
**eat** 16:3
**educated** 20:2
**effective** 63:12
**effects** 14:21,23
**eight** 22:12 31:8
  34:11 64:4
**either** 29:8 59:7
  68:12
**email** 21:15
**emailed** 21:13
**emails** 19:24
**employed** 44:21
**employee** 68:12
**employer** 18:14
**ended** 54:24
**English** 9:13,15,17
  11:16,20
**Ernest** 1:6,23 5:3 6:8
  6:14,18,20 7:13
  33:4 59:5

**Ertel** 33:22
**established** 62:20
**estate** 37:16
**evaluate** 34:1
**event** 44:19
**events** 12:4 31:17
  46:19,20
**everybody** 35:5
  59:24
**everyday** 21:1
**exactly** 18:17
**exam** 55:10,12
**EXAMINATION** 4:3
  7:10
**examined** 56:4
**example** 8:21 31:14
**exhibit** 32:15,17 33:1
  52:25 53:2 56:19
  57:18 58:13,16
  60:21,23 62:14
**EXHIBITS** 4:5
**expect** 47:17
**expecting** 50:23
**expertise** 20:4
**EXPIRES** 68:24
**explain** 58:24 62:25
  63:13,24
**explained** 34:17 64:7
**express** 64:9
**extent** 29:12
**extra** 53:16
**eye** 17:24

**F**

**fair** 19:14 22:21 35:1
  47:21 50:9 59:16
**Fairbanks** 2:4,6 5:4
  6:5,17,17 29:5 53:8
  53:11 59:5 60:1,7
**faith** 29:9 48:6
**far** 39:24 42:19 50:20
  64:4 67:12
**father** 42:5
**favor** 67:10
**FAX** 2:11,20 3:10
**February** 61:9 62:8
**Federal** 5:8
**fee** 36:7

**feel** 41:22 59:9
**feelings** 41:23
**feet** 42:20
**Fiat** 9:20,20 11:16
**figure** 51:24 52:2
  56:2
**file** 49:3,4 53:7,12,14
  60:25 64:21
**filed** 6:10
**filled** 54:1
**filling** 61:6,6
**finance** 26:24
**finances** 41:1 50:2
**financial** 17:1
**financially** 49:24,25
  68:13
**find** 29:23 63:11
**fine** 39:12 46:13
  49:12 54:6 56:23
  58:3
**Fire** 1:11 6:9,22
  22:10,19 23:25 29:3
  29:20 34:9 36:17
  48:11 49:3 51:14
  58:18
**first** 8:15 18:12 32:17
  45:17 50:22,24 53:8
  68:5
**five** 18:7 38:15 45:1
**fix** 30:16 59:12,13
**fixing** 38:3
**flip** 62:13
**flip-flopped** 45:16
**flop** 14:6
**flopped** 56:1
**flops** 14:5,5
**Fluid** 13:24
**flush** 45:24
**follow** 34:6
**following** 51:10
**food** 16:6
**Fords** 9:17 11:16
**foregoing** 68:3
**Forge** 42:13
**form** 68:9
**Foster** 1:6,23 5:3 6:8
  6:14,18,20 7:13,14
  8:12 48:25

**four** 9:19 12:7,8,22
  45:11 58:20
**free** 59:10
**front** 63:17
**fun** 58:14
**function** 63:3

**G**

**garage** 8:3,19 41:15
**general** 59:9
**generally** 67:3
**getting** 10:25 14:16
  31:5 35:5 40:25
  59:21 60:14 61:20
  61:21 62:1 64:17
**give** 7:5 8:21 24:4
  25:3 31:14 60:18
  66:9
**given** 7:14
**Gives** 17:6
**giving** 42:1
**glad** 64:15
**go** 8:3,4,5 11:23 12:3
  13:2 16:2,4 17:8
  21:14 24:9 30:1
  31:1,6,17,17,25
  32:1 33:1,7 35:10
  42:14 43:6,7 44:18
  45:12 46:19,22,25
  47:24 50:20 52:5,11
  53:7 57:21 61:19,23
  62:7,8 63:16,17,25
  64:4,5
**God** 7:7
**going** 7:15,16 10:20
  15:12 21:8 22:12
  23:15,17 24:12
  32:16,18 34:24 35:4
  35:7 38:6,15,23
  40:25 43:12 51:20
  53:1,2 55:6 56:11
  56:16,18,18 57:19
  57:24 58:15 60:22
  61:5 62:1
**good** 14:2 26:22
  30:18 42:4,5
**government** 60:19
**grandkids** 31:18

**great** 10:20 67:10
**Gross** 65:16,17,18
**ground** 7:16
**guess** 18:24 24:15
    25:17 26:8,8 36:8
    43:23 47:25 51:2
    56:6 59:3
**guy** 36:13
**guys** 8:13

**H**

**half** 39:9 42:17
**hand** 7:2,3 32:16
    53:1 56:18 57:19
    58:15 60:22
**handicapped** 42:25
**handle** 66:15
**handled** 18:25
**handwriting** 53:22
    54:9
**hang** 7:22 8:4
**hanging** 7:23
**happen** 59:22
**happened** 60:9 63:12
**happening** 23:15,16
**hard** 22:13
**hardheaded** 15:13
**hats** 15:3
**health** 17:22 36:23
    38:16 39:13 51:19
    51:21 66:10
**healthier** 15:20
**hear** 9:14 23:19
    30:13
**heard** 30:12 34:20
    57:9
**hearing** 34:24
**heart** 15:17 39:17,21
    40:3 45:13,16 55:25
    66:17,25
**heart's** 14:2
**Heather** 3:4 6:21
**heck** 61:1
**held** 6:4
**help** 7:7 14:12 25:21
    26:10 61:22 64:15
**helped** 39:19 67:11
**hereof** 68:5

**high** 13:18,18
**him's** 8:13
**hips** 67:5
**hire** 36:7
**hired** 35:19,20,22
**hit** 36:13 55:15 56:8
**hobbies** 46:14
**hold** 31:7,9,11
**Holdings** 18:15,16
    19:11
**home** 17:17 19:2,6,8
    22:25 27:15 33:13
    44:18 55:11
**honest** 62:9
**Honey** 19:3
**hood** 10:5,7,11
**hoping** 17:13
**hour** 42:17
**house** 37:10,14,17
**household** 28:4
**Huh** 27:19
**hundred** 52:7
**hurt** 41:8,23 48:12
    49:21,23 50:1

**I**

**idea** 50:19 51:2 52:21
    54:21,22 57:1
**IDENTIFICATION**
    32:15 52:25 57:18
    58:13 60:21
**identified** 39:16
**identify** 6:16
**II** 2:14
**improve** 33:3
**inclines** 11:10
**income** 18:3 32:4,8
    38:9,13 41:9,14,16
    50:16 64:24 66:4,13
**incorrect** 58:8
**increased** 25:6
**INDEX** 4:1
**indirectly** 68:13
**information** 54:23
**injections** 16:10
**injured** 25:16,20
    32:8
**injuries** 32:2

**injury** 4:10 25:7,13
    25:16 31:19,20
    34:15,18,21 50:8
**insurance** 4:13 7:17
    16:13,19 17:18 18:5
    18:18,21,23,25
    19:14,19 20:8 22:2
    23:17,24 24:1,2,4,8
    24:11,13,20 25:8,10
    25:23 26:1 29:13
    34:18,20 36:13,14
    36:23,23 38:10,19
    38:22 40:5,9,15,19
    44:22,23 47:17,18
    47:24 49:18,21
    51:20,21 54:24
    65:24 66:13,15
**insured** 22:2,6
**interested** 68:13
**investigate** 47:24
**involves** 59:6
**irritated** 15:10
**irritates** 11:13
**issues** 66:10
**Italian** 9:20

**J**

**Jenkinson** 55:7 57:3
    57:10
**Jo** 33:2,8
**job** 56:6
**joint** 64:23 65:3 66:3
**judge** 30:15
**jumped** 10:21
**June** 1:24 5:6 6:2
    10:8 28:2 50:25
    51:11 63:12,21,25

**K**

**keep** 43:5,6 51:20
    52:1
**keeping** 51:22
**Kentucky** 1:2 2:9,18
    3:8 5:5,10 6:6,11
    68:2
**kept** 11:2
**kind** 8:18 9:11 13:12
    13:16 27:13,13

30:23 39:2 44:2
    48:4 50:14 53:12
    66:23 67:1
**kinds** 19:1 47:10
**king** 30:14
**knee** 10:13,17 13:4
    16:11 31:4 33:3
    40:25 41:6 43:9,12
    50:8 51:6 63:22
    67:4,6,6
**kneel** 63:4,5
**knees** 11:13
**knew** 20:24 24:11
    55:21
**know** 8:15,17 9:3
    12:14 15:2 16:15,18
    16:21,25 17:2 18:24
    18:25,25 20:12,25
    21:10 22:17,23,24
    23:2 24:1,3,5 25:2,5
    25:7,18,19,22,23
    26:10,10 27:3 29:19
    30:22,22,25 34:14
    34:14,14 35:15 36:5
    39:3 40:24 43:15,18
    43:24 45:22 47:13
    48:6,8,9,17 51:4,6
    54:21 56:7,10,17,21
    56:22 58:2,5,6,10
    62:25 63:13 64:21
    64:21,22 65:13
    67:10
**knowledge** 8:22
**knowledgeable** 8:22
**knows** 19:14

**L**

**L** 2:14
**ladders** 63:5
**lady** 62:12
**LARGE** 68:2
**Lasix** 13:19,23
**lately** 27:1,6,7
**lawsuit** 30:17
**lawyer** 29:21 36:2
    61:16
**lawyers** 2:6 5:4 6:5
    35:19 36:6,9 44:21

48:7 49:2,11 58:24
59:15
**learned** 29:8
**leave** 42:18
**left** 52:13 54:18,20
56:11
**leg** 55:15
**legal** 29:10
**legs** 55:13
**let's** 13:19 30:24
50:17,17,21 51:10
51:11
**letter** 4:11,12 57:25
58:7
**levels** 43:21
**Lexington** 1:3 2:9 3:8
5:5 6:6,12
**lie** 60:17,19
**life** 26:25 28:24,25
32:4 41:13 47:9
50:4,7,12 51:17
61:25 63:4
**lifespan** 13:7
**lifestyle** 27:8 32:6
**lifestyles** 47:11
**limits** 29:23 43:22
44:5
**limp** 11:5
**limping** 11:5
**line** 46:22
**listen** 30:6
**listened** 20:23
**little** 9:2,3 37:1
**live** 37:18 52:6
**lived** 27:7
**liver** 14:24,25
**lives** 31:7
**located** 6:5
**logical** 48:1
**long** 19:9,12 34:25
43:3 46:1 48:15,18
48:20 49:22 55:17
62:7
**long-sleeve** 15:2
**longer** 13:6 56:5
**look** 7:20 19:18
**looked** 19:17 65:12
**looks** 33:2

**Lortabs** 13:15
**lose** 15:24
**losing** 15:14
**loss** 39:19
**lost** 8:22 14:11,15
15:17,22 26:6 32:4
32:7,10
**lot** 18:25 39:19 46:19
67:11
**Louisville** 2:18 12:17
12:21 44:11,15
46:23
**lunch** 8:4

---

**M**

**M** 3:4
**ma'am** 7:8
**Madame** 61:1
**magazines** 47:5
**mail** 59:24,25
**main** 21:9
**major** 8:20,23,25 9:4
**making** 65:8
**mallet** 55:15 56:9
**man** 39:14 47:14
**marked** 32:15,16
52:25 53:1 57:18,19
58:13,15 60:21,22
**married** 37:20,23,25
38:2
**matter** 68:7
**McCollum** 3:4 6:21
**mean** 21:4,12 22:4
23:4 32:20 46:7,10
46:11 48:17 52:2
67:2,3
**means** 43:17
**meant** 51:24
**measure** 55:16 56:8
**measured** 55:13,14
56:8
**mechanic** 41:9
**mechanically** 68:8
**mechanics** 37:11
**medical** 48:4
**medication** 14:17
15:15
**medications** 13:16

**medicine** 13:10,19
14:9 15:6 39:21
**Mehr** 2:5,6 5:4 6:4
6:19,19 17:13 53:16
53:20 57:22
**mental** 28:9
**mentally** 49:24,25
50:1,4
**messes** 14:25 50:3,4,7
**Miller** 2:14 4:3 6:21
6:21 7:11 17:12,15
29:16,18 45:7 53:5
53:10,13,18,21
59:12,14,22 60:4,12
**minutes** 45:1 55:18
56:3
**missed** 28:3
**mixed** 27:25
**models** 12:13
**money** 27:4 32:5 36:9
36:19 52:4,6,13,15
64:12
**months** 10:10 12:8,8
18:7,7,8,9 21:15
30:1 38:15 39:9
45:11,12,12 64:4
**mood** 30:23,24
**mortgage** 27:15
36:22 51:19 52:19
**mortgages** 52:15
**motorist** 43:15 50:25
58:17
**motors** 8:24
**move** 55:13
**moved** 55:15

---

**N**

**name** 6:1,14 7:12
8:11,16,16 18:13,15
37:18,21
**names** 8:14,15,17
24:7
**Natalia** 3:12 6:1
**Nathan** 8:12,12
**need** 8:5 10:2 22:8
33:21 43:8 45:1
**needed** 13:15 20:24
62:1

**neither** 28:2 43:2
**nerves** 28:15,17
38:24
**never** 21:9,9,11 26:24
26:25 27:4 30:2,3,7
43:12 49:17,18,20
**new** 19:3
**no-fault** 25:7,10,12
36:12
**normal** 36:24
**Notary** 5:9
**note** 49:3
**notes** 56:9
**notice** 5:7 11:4
**November** 35:23
**numbers** 61:2

---

**O**

**October** 10:15 35:23
**offering** 59:3
**office** 29:9 33:13 61:6
**offices** 5:3
**Oh** 16:23 18:10 27:7
47:13
**oil** 10:2
**okay** 7:18,19 8:18 9:1
9:7,16 10:13,23
11:1,3,24 12:17
13:16 15:19 17:10
18:11 20:20 21:18
21:21 22:9 28:8
30:21 31:23 32:23
33:14 35:7,14 37:10
37:22 38:7,25 39:5
39:22,23 40:1,3
41:20 42:22 45:13
45:25 46:10,14,24
47:8,10 48:9,11,24
50:25 51:3 52:17,23
53:8,20 54:3,6 55:6
56:23 57:2,9,17,22
58:11 59:18,21,21
60:16 63:7 64:6
65:1,5,19 66:6,12
**old** 7:15 39:13 50:19
67:8
**once** 34:1,5 60:10
**one's** 8:16

**ones** 12:7
**operated** 37:12
**operation** 67:13
**opportunity** 58:22,23
**opposed** 18:9
**Order** 16:6
**ought** 48:23
**outside** 7:20,24 17:16
**owned** 9:21 37:22

**P**

**P.A** 2:15 3:5
**page** 4:2,6 33:1 58:20
    62:13 63:18 68:5
**paid** 24:25 25:23
    26:1,2,9,9,16 27:16
    27:22 31:6,6 34:7,9
    34:12 36:20 37:4
    51:22 52:14,15,18
    52:19 58:18 60:5
**pain** 13:11,14
**painful** 11:14
**paper** 49:2
**papers** 19:17 49:6,8
    65:11
**paperwork** 33:13
**paragraph** 62:19
**park** 42:24
**part** 7:25 8:1,5 14:7
    35:6 48:16
**partially** 50:10
**particular** 20:13
    39:16
**particularly** 21:24
**parties** 6:16
**party** 27:18,20
**path** 50:13,14,14
    52:1
**pay** 24:17 25:19,21
    25:21 26:10,15
    27:18 31:16 36:9,21
    36:23 38:10 42:1
    48:21,21 64:15
    65:19
**paying** 41:23 51:18
    51:19 63:25 64:14
**payment** 64:18
**payments** 26:13,18

27:5 28:3
**people** 30:6 31:16
    35:9 47:13 48:22
    62:10
**period** 18:9
**person** 43:17,19
    61:12
**personal** 4:10 25:7
    25:13,16 34:15,18
    34:21
**personally** 19:18
    49:19
**Peterson** 2:6 5:4 6:5
**Phil** 6:17
**Philadelphia** 24:20
    34:4 36:14
**PHILIP** 2:4
**physical** 31:20 39:10
**physician's** 39:4
**pick** 10:24
**pieces** 49:2
**Pigeon** 42:13
**piling** 61:21
**PIP** 25:12,23,25 26:4
    26:13 53:18,18
**place** 68:4
**plaintiff** 1:7 2:3 6:18
    6:19
**play** 31:18
**please** 7:2 29:14 61:3
**PLLC** 6:5
**pocket** 36:10
**point** 33:4 62:4,18
**policies** 19:7
**policy** 24:19 29:23
    43:22 44:5
**polite** 33:15 34:5
**politeness** 33:19
**potty** 45:1
**pounds** 14:12,15
    15:14
**premium** 22:2 31:6
**premiums** 24:17 25:2
    25:5
**preparation** 49:14
**prepare** 49:8
**present** 6:15
**pressure** 13:19 15:16

**pretty** 7:20 8:21
    19:15 30:9
**prices** 17:2
**PRIETO** 2:15 3:5
**primary** 38:25
**prior** 33:21
**privilege** 29:7
**probably** 10:11 12:22
    23:10 26:23 28:15
    42:20 44:10 53:5
    58:1
**problem** 28:9 30:17
    38:24 39:17
**problems** 17:24,24
    17:25 38:16 39:16
    40:4 66:18 67:1
**Procedure** 5:8
**procedures** 35:4,8
**proceed** 7:1
**process** 61:17
**produced** 49:1
**profits** 42:1
**program** 16:2,4
**protection** 4:10 25:8
    25:13,16
**provide** 34:4
**provided** 49:2 54:24
**providing** 55:1,4
**psychiatrist** 28:9
**psychologist** 28:8
**Public** 5:9
**punitive** 48:9
**purpose** 15:24 48:13
**pursuant** 5:7
**put** 13:6 17:6 24:5
    29:24 31:7,11 36:25
    51:6
**putting** 31:5

**Q**

**question** 10:21 27:25
    29:17 30:18 32:18
    44:9 53:3 57:24
    63:9 67:2
**questioning** 21:2
**QUINTAIROS** 2:15
    3:5
**quit** 17:20 38:9

**quite** 18:7 23:12
    39:15 44:19 60:14

**R**

**raise** 7:2
**Raises** 7:3
**read** 32:20 33:10,12
    47:2,3,6 54:4 56:14
    58:1,4,8 62:5
**real** 11:13 27:4,5
    37:16
**really** 11:7,12,12,13
    15:10 17:2 18:6,24
    20:12,22 21:7,10,16
    22:24 23:2 25:12
    36:4 43:18 48:17
    57:1 58:5 67:7
**reason** 14:21 59:4
**reasons** 17:1,22
**recall** 19:2 57:25
**receive** 34:5
**recollect** 20:10
**recollection** 22:19
**recommended** 59:20
**record** 45:2,4,6 67:15
    68:10
**recorded** 68:7
**records** 33:22 48:4
**red** 45:23
**reduced** 68:8
**reflect** 65:24
**reinsured** 29:24
**relative** 68:12
**release** 58:17
**relied** 59:15
**remember** 20:13,20
    21:5,23 22:13,15
    24:6,21 32:24 35:20
    35:21 53:25 54:23
    55:1,6,9 56:15,15
    56:19,25,25 57:2
    58:3 59:4 60:14
    61:5 62:6 65:8,12
**remind** 29:6
**rent** 41:23
**repair** 8:20 9:4
**repeat** 20:8
**repeated** 21:6

replaced 13:4
replacement 10:13
  40:25
report 56:14
reporter 1:25 5:10
  6:24 7:2,4,9 61:1,4
  68:1
  REPORTER/NOT...
  68:23
represent 6:16 48:25
  50:23 58:16 60:23
representing 6:2,25
rescued 17:14
resolving 59:15
respect 64:11
response 21:14
result 25:24 28:21
  40:4 66:18,19,20
retread 7:15
returns 55:2,4 65:23
  66:3
review 49:8 58:22
reviewed 49:5
REVIEWS 53:4
  57:23
right 7:2 12:25 16:10
  36:12,15 38:8,14
  40:17 41:8 43:9,12
  46:2 47:15,19 50:21
  52:18 54:15 59:17
  64:9 67:3
ROAD 2:16
rod 46:20
rods 12:16 44:10,13
room 6:15
rotten 30:24
rubber 55:15 56:8
Rules 5:8
runs 46:20,20

**S**

salary 54:16
Sandra 1:25 5:9 6:24
  68:22
sat 55:14
savings 36:25 37:2
saying 19:2,3
says 25:17 60:4 61:9

62:19 63:20
scheduled 45:10
scream 23:9
second 33:1 67:3
secretary 56:9
Security 52:11 59:23
  60:25 61:2,5,17
  63:24 64:10
see 13:19 23:11 31:2
  38:3 39:22 48:3
  51:5,5 55:10 58:7
  58:10 59:12,13
  61:22 62:23
seeing 55:6 56:19
  57:25
seen 32:18 53:9 62:3
self-employed 41:9
sell 18:17,23
send 48:2 59:23,24
  60:9
sentence 62:18
separate 37:14
September 42:7
set 68:4
settlement 33:7 34:2
seven 34:11
she'd 22:25
she'll 10:24
SHELBYVILLE
  2:16
shirt 15:3
shop 8:10
Shorby 39:1
short 2:7 5:4 6:6
  17:14
show 11:22 12:18
  42:10,15 60:2
shut 23:22 30:9
side 14:21,23
signature 54:3,4,8
  58:19
signed 54:5 58:18,23
  58:24
simple 53:3
sir 3:6 7:21 9:10
  10:14,16,19 11:6
  12:19,25 13:9 15:7
  16:9,12,20 17:11

18:4,12,19,19,22
  19:13,16,21 20:5,7
  21:20,22 24:18,22
  24:24 25:1,9 26:17
  27:17,24 28:12,20
  28:22 29:2 32:14,21
  33:6,9 34:13,22
  35:18 36:1,8,11,16
  36:18 37:13,15,24
  38:20 39:20,20,24
  40:2 41:11,19,20,25
  43:11,14 44:1,20,25
  45:14 47:22 49:7,10
  49:13 55:8 56:13
  57:8,13 58:21 59:1
  59:19 60:20,20 61:8
  61:11,13,15,18
  62:22,24 64:19
  65:22 66:5,22
sit 8:6 11:21 22:18
  38:12 54:1
sitting 41:5
situation 46:11
six 18:7 45:11,11,12
  52:22
skill 68:11
Social 52:11 59:23
  60:24 61:2,5,16
  63:24 64:10
sold 18:20
solemnly 7:4
somebody 21:15
someplace 46:22
son 8:9 10:2 41:23
son's 8:11
sort 66:23
sound 36:15 55:21
source 18:3 38:13
  41:9 48:7 53:15
  66:13
sources 38:9 41:14
  41:16
Southern 1:3 6:11
speak 35:17
special 15:2 16:6
sport 9:21
squat 63:4,5
stairs 11:10 63:5

standalone 53:12
standard 12:10
standards 29:10
start 10:24 13:14,14
  29:6 63:25
started 19:10
starts 46:1,2
State 5:10
statement 22:21
  47:21 59:9,23
States 1:1 6:10
stay 42:17
stenographically
  68:8
steps 11:10 63:5
STIPULATION 5:1
stop 15:5 18:5
stops 46:1
story 52:21,24
straight 34:23
street 2:7 5:5 6:6
  12:16 44:10,13
stress 28:14,15,17
  40:6,6 46:4 66:20
stuck 24:6
stuff 7:17,17 9:2,4
  11:10 14:8 15:17
  17:25 19:24 29:12
  41:1 48:19 50:7,8
  51:20 52:15 56:10
submitted 65:23
  68:25
sue 29:4
sugar 13:18 39:18
suggested 61:23
Suite 2:8,17 3:7 5:5
  6:6
summer 27:12,16,24
Summit 18:15,16
  19:10
sun 15:1,1
Sunday 11:24
sunscreen 15:3
super 9:21
supposed 25:15,19
  25:20 43:19 48:15
  53:13 55:22,22
sure 20:10 22:23

38:23 61:2 62:6
66:24
**surgery** 10:13,14,17
10:18 33:5 41:6
51:6
**survive** 26:11
**swear** 5:10 6:25 7:4
**sworn** 68:5

_____

**T**

**table** 55:14
**tag** 24:10
**tags** 24:9
**take** 9:23 13:15,17,18
13:20,20 20:6 24:8
24:10 25:3 41:1
43:7,7 45:1 51:25
65:10
**taken** 5:3,7 6:7 14:9
14:24 50:11 57:12
68:3,10
**takes** 10:1 16:17
26:14
**talk** 8:6 17:3 19:5,7
29:11 30:8 35:12
36:4,4 44:23 48:23
49:14 55:19 59:8
67:13
**talked** 20:16 21:13
22:16,25 23:6 30:5
32:25 35:10,21
44:22 49:11,17,20
50:1 56:9
**talker** 34:23
**talking** 11:2 32:24
33:18 35:5,8,9,13
35:16 47:16 55:4
60:1
**tan** 7:20
**tape** 55:16 56:8
**tax** 55:1,4 64:22
65:11,23
**tax-free** 64:20
**taxes** 64:21,23
**TELEPHONE** 2:10
2:19 3:9
**tell** 7:12 18:6 20:23
21:16 22:7,9,10,25

23:19 25:10,14
28:13 29:25 30:15
30:16 35:20 39:13
40:3,8,11,23 46:12
48:10,18 52:11 54:8
55:9 56:19 60:10
62:9
**telling** 21:23 22:19
47:19 57:2
**tells** 17:4
**Tennessee** 42:9,12
**testify** 68:6
**testimony** 7:5
**Thank** 6:23 7:9 17:12
30:19 57:17
**thanks** 33:8 57:22
**them's** 8:16
**thereabouts** 35:22
**they'd** 30:1
**thing** 21:4,9 22:2
25:17 48:4,18 52:17
60:4 62:12
**things** 20:24 32:6
34:25 49:4 58:2
**think** 15:13 16:25
22:7 25:25 29:3,19
36:1 40:16 46:7,11
48:11,21 56:4 58:8
62:10 64:4 66:3
**third** 62:13
**thought** 50:6
**thousand** 52:7
**three** 9:13,14,15,18
12:22 35:23 44:17
62:19
**throw** 27:18,20
**time** 6:3,15,24 10:4
12:20 19:12 24:2,11
24:19 25:3 27:11
39:7 41:2 42:6
44:16 45:17 65:7
66:16 68:4
**times** 23:11
**Title** 68:5
**titles** 24:9
**today** 6:2 19:3 22:18
35:19 38:12 42:22
43:6 45:18

**told** 13:5 21:18 22:11
22:16,20 23:5 33:11
35:11 37:5 40:7,24
43:18 44:15 45:8
47:15,15 48:7 49:18
57:6,6 58:4 61:24
63:2,20 66:17,20,23
**Tony** 32:25 33:3
**tore** 23:1,3
**touch** 39:18
**transcript** 68:3,10
**transmission** 12:9
**transmissions** 8:24
**travel** 31:17
**treated** 28:11
**Trial** 2:6 5:4 6:5
**tried** 50:15 61:1
**trigger** 11:11
**triggers** 11:8 46:3
**trip** 42:7
**triple** 61:3
**trips** 12:4 43:6
**trouble** 38:3
**troubles** 38:22
**true** 50:23 68:10
**truth** 7:6,6,7 62:9
68:6,6,7
**truthfully** 16:15
65:10
**try** 10:9 29:23 50:16
**trying** 15:19 30:17
31:2 50:6 51:4,7,23
51:24 52:1
**Tuesday** 5:5
**turn** 45:23 65:21
**TV** 16:8
**twice** 12:25
**two** 11:19,19,20,23
12:12 39:9 44:16,17
51:1 62:19
**two-day** 42:7
**typewritten** 68:9
**typical** 8:2

_____

**U**

**ugly** 50:6
**Uh-huh** 17:7 26:5
33:25 34:3 46:6

47:20
**Uh-uh** 47:7 54:25
**undecided** 33:4
**underinsured** 43:15
50:25 58:17
**understand** 23:14
25:10,14 63:17
66:24
**understood** 25:18
**United** 1:1 6:10
**untrue** 49:19
**unusual** 46:5,11
**upsetting** 21:24
**use** 5:7 13:5 43:1,7

_____

**V**

**vacation** 31:18 42:6
**vacations** 31:25
**value** 34:15,18,21
**varied** 65:9
**Ventura** 1:25 5:9
6:25 68:22
**verify** 47:24
**Veritext** 6:2,25
**versus** 6:9
**vet** 30:17
**VIDEOGRAPHER**
3:12 6:1,23 45:2,5
67:15
**view** 49:22
**voice** 55:25
**VS** 1:9

_____

**W**

**W** 5:4 6:6
**wage** 54:16
**wages** 26:6
**wait** 10:21 62:7,8
**walk** 42:16,18,19,20
**walked** 11:4 42:19
**walker** 43:1,4
**want** 22:1,3,4 23:19
23:20 29:11 30:13
30:25,25 36:5 52:12
59:8 62:10,18 66:23
67:7
**wanted** 14:21 23:10
29:19 30:15 53:23

**wanting** 48:3
**warehouse** 11:21
**wasn't** 19:25 40:10
40:12 53:6,14
**waste** 52:16
**watched** 16:3 54:1
**way** 3:6 59:10 68:13
**we'll** 46:2
**we're** 10:20 41:5
**we've** 20:11 38:1,14
50:1
**wear** 15:2
**weather** 11:8
**week** 53:6
**weekly** 54:16
**weeks** 21:14
**weight** 15:18,22
39:19 67:11
**went** 12:3 20:18 24:8
39:9,24 42:6,7
44:16,17 46:25 47:1
50:12 53:14 55:10
55:11 61:9,12,22
**weren't** 14:16 22:20
**WEST** 2:7
**When's** 10:4 12:20
27:11 39:7 42:6
**Whereabouts** 42:12
**wife** 16:17 17:16
18:20 19:20 22:10
22:19 26:12 28:3
29:22 32:22 33:2
34:17 38:8,13 47:16
47:18 50:24 54:1
56:12 61:14 65:3
66:6
**wife's** 16:19 37:18
38:21 43:25 44:1
66:4
**wise** 44:10
**witness** 5:11 6:14 7:1
7:3,8 29:15,17 53:4
57:23 68:3
**WOOD** 2:15 3:5
**work** 7:24 8:9,13,18
10:9 17:16 19:24
28:23,24 31:15,16
32:10 39:21 51:5,7

61:20,25 63:3
**worked** 24:16 28:25
**working** 19:25 36:6
38:9 49:5
**worried** 51:21
**worry** 51:18
**wouldn't** 11:25 21:14
21:17 35:12 36:3,4
51:18 52:5 61:24
**Wow** 9:23
**wreck** 19:19 20:9
24:2 31:4 41:14
63:12 65:7 66:18
**wrong** 17:23 29:4,20
58:9
**wrote** 33:2 51:14
53:25

**X**

**X** 19:3

**Y**

**Y** 19:3
**yeah** 13:15 14:5
18:10 21:3 23:8,23
23:23 24:15 26:3,5
26:5,14,14 27:1
28:7 30:10,12 31:22
32:10 33:17,18,23
33:25 35:2 40:20
42:11,17 45:15,19
45:20,24 46:19,23
47:5 48:2 50:5 51:9
51:13,16 52:8,10
53:8,10 54:7,14,17
54:19 55:3,5,20
57:11 60:13,17
63:10,19,22 65:18
65:25
**year** 12:12 13:21
18:12 25:4 39:13
60:5,5,6,10 64:24
65:9,9,14
**years** 9:22 10:6 12:22
13:22 18:9 22:13
31:8 34:11 35:24
38:2 44:9,16,17
51:1 52:8,22 60:9

60:15 65:13 66:11
**you-all** 33:18 35:21
37:22,25 59:22

**Z**

**Z** 19:4

**0**

**010** 10:11
**06/28/2016** 68:25
**08** 10:8
**08/15/2017** 68:24
**09** 10:11,15

**1**

**1** 4:8 32:15,17
**10:15** 5:6 6:3
**10:58** 45:2
**100,000** 51:15
**11:13** 45:6
**11:42** 67:15,17
**13** 35:25 61:9
**14** 1:24 6:2
**14th** 5:6
**16** 38:2
**1939** 9:20

**2**

**2** 4:9 52:25 53:2
**2-1-2011** 62:21
**2,000** 42:20
**20** 13:21
**20-** 63:1
**20,000** 65:14
**2000** 38:1,1
**2001** 37:8,9 38:1
**2008** 19:19 28:2
63:12,21 64:2 65:7
**201** 2:7 5:4 6:5
**2010** 50:25 51:11
52:18,20
**2012** 61:10 62:8
**2013** 35:25 44:21
**2014** 4:11,12
**2016** 1:24 5:6 6:2
41:5
**22** 55:18 56:2
**2452** 3:6

**25** 13:21
**25,000** 36:13

**3**

**3** 4:11 57:18,19
**30** 13:21 33:24 39:13
**300** 3:7
**32** 4:8
**32,000** 64:24
**39,000** 26:6

**4**

**4** 4:12 58:13,16
**400** 2:17
**40222** 2:18
**40507** 2:9 6:6
**40509** 3:8
**44** 9:22
**48** 12:13,14
**49** 12:13,15

**5**

**5** 4:13 60:21,23
**5:13-CV-00426-G...**
1:4 6:13
**50** 14:15 15:14
**50-** 14:11
**50,000** 25:25 36:12
**500** 25:4
**502-423-6391** 2:19,20
**52** 4:10
**56,000** 36:14
**57** 4:11
**58** 4:12

**6**

**60** 4:13 14:11,15
15:14
**61** 67:9
**67** 9:21 37:6

**7**

**7** 4:3

**8**

**8** 4:11,12
**800** 2:8 5:5 6:6
**84** 19:11
**859-225-3731** 2:10

**859-225-3830** 2:11
**859-226-0057** 3:9
**859-226-0059** 3:10

**9**

**91,500** 34:10,12
    36:17 58:18 59:2
**9300** 2:16
**94** 37:7
**98** 37:8