

Exhibit 1











