UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CIVIL ACTION NO. 5:13-CV-426-GFVT
*Electronically Filed*

ERNEST FOSTER                                                                                   PLAINTIFF

v.                              **MOTION FOR LEAVE TO FILE SUR-REPLY**

AMERICAN FIRE AND CASUALTY COMPANY                                             DEFENDANT

** ** ** ** ** ** ** ** **

Comes the Plaintiff and moves the Court for leave to file the attached sur-reply.  The sur-reply is in response to the reply brief (DE 199) filed by American Fire and Casualty Company in support of its motion for summary judgment (DE 188).  As grounds for this motion, Plaintiff states that American Fire's reply brief raised an additional argument that was not raised by its initial motion for summary judgment.  It argued that res judicata affects some of Foster's claims.  The attached sur-reply is limited to addressing this newly raised issue.   WHEREFORE, Plaintiff requests that the Court grant this motion for leave to file a sur-reply and direct the clerk to file the attached sur-reply.

Respectfully submitted,

*/s/ Philip G. Fairbanks*
M. AUSTIN MEHR
PHILIP G. FAIRBANKS
**Mehr Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, KY 40507
Phone: 859-225-3731
Fax: 859-225-3830
amehr@austinmehr.com
pgf@austinmehr.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of the Court by using the eFiling system, on October 20, 2016, which will also send a notice of electronic filing to the following:

- **Michael P. Bartlett**
  bartlett@m-r-law.com,michaelbartlettlaw@gmail.com
- **Robert D. Bobrow**
  rbobrow@bsg-law.com,jdiorio@bsg-law.com
- **John F. Carroll , Jr**
  jcarroll@qpwblaw.com,julie.laemmle@qpwblaw.com,tsinex@qpwblaw.com,ppainter@qpwblaw.com,jburns@qpwblaw.com
- **Philip G. Fairbanks**
  pgf@austinmehr.com,fan@austinmehr.com,amlopsc@yahoo.com,mwm@austinmehr.com,fanl@austinmehr.com
- **Bartley K. Hagerman**
  bkh@austinmehr.com,amlopsc@yahoo.com,fanl@austinmehr.com
- **Michael Scott Jackson**
  mjackson@bsg-law.com,jdiorio@bsg-law.com
- **Heather M. McCollum**
  hmccollum@qpwblaw.com,rhobson@qpwblaw.com
- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,pgf@austinmehr.com,
  shall@austinmehr.com
- **Donald L. Miller , II**
  dmiller@qpwblaw.com,vbarringer@qpwblaw.com,mramsey@qpwblaw.com,tsinex@qpwblaw.com,jburns@qpwblaw.com,tbreed@qpwblaw.com,rhobson@qpwblaw.com,gmehani@qpwblaw.com,jmccarthy@qpwblaw.com,eseidle@qpwblaw.com,msleep@qpwblaw.com,wcase@qpwblaw.com,melanie.beebe@qpwblaw.com,hhigginbotham@qpwblaw.com,ppainter@qpwblaw.com,mgruner@qpwblaw.com,jcarroll@qpwblaw.com,ppullen@qpwblaw.com,klomond@qpwblaw.com,nkissel@qpwblaw.com,rday@qpwblaw.com,jahrens@qpwblaw.com,smccoy@qpwblaw.com,angela.franklin@qpwblaw.com,thickerson@qpwblaw.com,hpfaffenberger@qpwblaw.com,catherine.webb@qpwblaw.com,mhackworth@qpwblaw.com
- **David G. Richardson**
  richardson@m-r-law.com
- **Robert Estes Stopher**
  rstopher@bsg-law.com,jdiorio@bsg-law.com,jbusse@bsg-law.com

*/s/ Philip G. Fairbanks*
PHILIP G. FAIRBANKS