UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
At LEXINGTON
CIVIL ACTION NO. 5:13-cv-426-GFVT

ERNEST FOSTER                                                                    PLAINTIFF

v.                                                 **<u>ORDER</u>**

AMERICAN FIRE AND CASUALTY COMPANY                                DEFENDANT


** ** ** ** ** ** ** ** ** ** ** **

Before the Court is a motion by the Plaintiff for leave to file a sur-reply in relation to the Defendant's motion for summary judgment.  Having considered the motion, the Court hereby orders that the motion is granted, and the Clerk is directed to file the tendered sur-reply into the record.