*ELECTRONICALLY FILED*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **ERNEST FOSTER** | ) | **PLAINTIFF** |
| | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:13-CV-00426-GFTV** |
| | ) | |
| | ) | |
| **AMERICAN FIRE AND CASUALTY COMPANY** | ) | **DEFENDANT** |
| | ) | |
| | ) | |

**DEFENDANT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Defendant, American Fire and Casualty Company ("American Fire"), respectfully submits this Response to this Court's Order directing American Fire to show cause. (D.E. 203, 10/27/16). The Court directs American Fire to show cause why the sealed exhibits attached to Plaintiff's Response to Motion for Summary Judgment should not be made available to the public record.

As indicated by the Agreed Protective Order cited by this Court, American Fire and Plaintiff previously agreed to reserve the right to mark certain documents confidential. Magistrate Judge Wier, finding good cause, entered the Agreed Protective Order. *Id*. Thereafter, American Fire was compelled to produce a number of documents it considers to be confidential, trade secret, commercially sensitive, and propriety in nature – some of which were filed under seal by Plaintiff. All of the exhibits filed under seal by Plaintiff consist of American Fire's internal electronic claims notes. These notes contain an analysis of Plaintiff's claim, including but not limited to, a calculation of his damages and litigation strategies regarding consulting

experts. These entries are confidential in nature, arguably include work product, and should not be released to the general public as they would likely be used against American Fire in future litigation. Keeping these documents under seal would do no harm to Plaintiff, but unsealing them would be jeopardizing American Fire's privacy rights. For this reason, American Fire respectfully requests the Court keep the documents under seal.

Respectfully submitted,

Respectfully submitted,
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

/s/ Donald L. Miller, II
Donald L. Miller, II, Esq.
Paul J. Painter, Esq.
9300 Shelbyville Road, Suite 400
Louisville, KY  40222
Telephone: 502.423.6390
Facsimile: 502.423.6391
dmiller@qpwblaw.com

-and-

Heather M. McCollum, Esq.
2452 Sir Barton Way, Suite 300
Lexington, KY  40509
Telephone: 859.226.0057
Facsimile: 859.226.0059
hmccollum@qpwblaw.com
*Counsel for Defendant,*
*American Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I certify that on November 4, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Donald L. Miller, II
*Counsel for Defendant,*
*American Fire and Casualty Company*
