UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| ERNEST FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 13-426-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN FIRE AND CASUALTY | ) | **ORDER** |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Court's own motion.  The parties' Final Pretrial Conference is currently set for Monday, November 14, 2016, at the hour of 11:00 a.m., at the United States Courthouse in Lexington, Kentucky.  The Court hereby **ORDERS** that the Final Pretrial Conference shall be **RESCHEDULED**, as well as **RELOCATED.**  The Final Pretrial Conference shall now convene on **Tuesday, November 15, 2016**, at the hour of **2:30 p.m.**, at the United States Courthouse in **Frankfort**, Kentucky.

This the 8th day of November, 2016.

Gregory F. Van Tatenhove
United States District Judge