*ELECTRONICALLY FILED*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | | |
|---|---|---|
| **ERNEST FOSTER** | ) | **PLAINTIFF** |
| | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:13-CV-00426-GFTV** |
| | ) | |
| | ) | |
| **AMERICAN FIRE AND CASUALTY COMPANY** | ) | **DEFENDANT** |
| | ) | |
| | ) | |

**NOTICE OF SETTLEMENT AND REQUEST
FOR STAY OF ALL PENDING DEADLINES**

Defendant, American Fire and Casualty Company, by and through the undersigned counsel, submits this notice of settlement and request for a stay of all pending deadlines, and state the following:

1. On November 23, 2016, the parties reached a settlement in principle.

2. The parties are currently working on finalizing the documents.

3. As a result of reaching this settlement in principle, the parties request 30 days to finalize the form and content of the final settlement agreement.  At or before the end of that 30 day time period, the parties intend to file with the Court formal documentation terminating this action.

4. The parties request that all deadlines in this action be stayed pending the filing of the Joint Stipulation of Dismissal.

WHEREFORE, American Fire submits this notice of pending settlement and request this Court to enter an order to stay all deadlines and hearings until December 23, 2016.

Respectfully Submitted:

/s/ Donald L. Miller, II
Donald L. Miller, II, Esq.
Paul J. Painter, Esq.
9300 Shelbyville Road, Suite 400
Louisville, KY  40222
Telephone: 502.423.6390
Facsimile: 502.423.6391
dmiller@qpwblaw.com

-and-

Heather M. McCollum, Esq.
2452 Sir Barton Way, Suite 300
Lexington, KY  40509
Telephone: 859.226.0057
Facsimile: 859.226.0059
hmccollum@qpwblaw.com
*Counsel for Defendant,*
*American Fire and Casualty Company*

## **CERTIFICATE OF SERVICE**

I certify that on November 23, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Donald L. Miller, II
*Counsel for Defendant,*
*American Fire and Casualty Company*