UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(At Lexington)

| | | |
|---|---|---|
| **ERNEST FOSTER,** | : | |
| | : | Civil Action No. 5:13-cv-426 |
| **Plaintiff,** | : | |
| | : | |
| | : | |
| v. | : | **PLAINTIFF'S NOTICE OF** |
| | : | **SETTLEMENT** |
| | : | |
| | : | |
| **AMERICAN FIRE AND CASUALTY** | : | |
| **COMPANY, ET AL.** | : | |
| | : | |
| **Defendants** | : | |

Comes the Plaintiff, Ernest Foster, by and through counsel, and hereby gives notice to the Court that he joins American Fire's notice, DE [256], that the case has been resolved by agreement.

Respectfully submitted,

/s/ *M. Austin Mehr*
M. AUSTIN MEHR
PHILIP G. FAIRBANKS
**Mehr, Fairbanks and Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone:  859-225-3731
Facsimile:  859-225-3830
Email:  pgf@austinmehr.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Michael P. Bartlett**
  mbartlett@covingtonky.com,michaelbartlettlaw@gmail.com
- **Robert D. Bobrow**
  rbobrow@bsg-law.com,jdiorio@bsg-law.com
- **John F. Carroll , Jr**
  jcarroll@qpwblaw.com,julie.laemmle@qpwblaw.com,ppainter@qpwblaw.com,catherine.webb@qpwblaw.com
- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,kdw@austinmehr.com,shall@austinmehr.com
- **Bartley K. Hagerman**
  bkh@austinmehr.com,amlopsc@yahoo.com,kdw@austinmehr.com,shall@austinmehr.com
- **Michael Scott Jackson**
  mjackson@bsg-law.com,jdiorio@bsg-law.com
- **Heather M. McCollum**
  hmccollum@qpwblaw.com,kymberli.pelfrey@qpwblaw.com,angela.franklin@qpwblaw.com
- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,pgf@austinmehr.com,kdw@austinmehr.com,shall@austinmehr.com
- **Donald L. Miller , II**
  dmiller@qpwblaw.com,vbarringer@qpwblaw.com,dsears@qpwblaw.com,tbreed@qpwblaw.com,samantha.rodriguez@qpwblaw.com,jmccarthy@qpwblaw.com,msleep@qpwblaw.com,wcase@qpwblaw.com,melanie.beebe@qpwblaw.com,hhigginbotham@qpwblaw.com,mgruner@qpwblaw.com,ppainter@qpwblaw.com,jcarroll@qpwblaw.com,ppullen@qpwblaw.com,kimberly.arvin@qpwblaw.com,klomond@qpwblaw.com,nkissel@qpwblaw.com,jahrens@qpwblaw.com,smccoy@qpwblaw.com,angela.franklin@qpwblaw.com,thickerson@qpwblaw.com,hpfaffenberger@qpwblaw.com,mhackworth@qpwblaw.com
- **Paul J. Painter**
  ppainter@qpwblaw.com,dsears@qpwblaw.com,nichole.priddy@qpwblaw.com
- **Erik David Peterson**
  edp@austinmehr.com,amlopsc@yahoo.com,kdw@austinmehr.com,shall@austinmehr.com
- **David G. Richardson**
  richardson@m-r-law.com
- **Robert Estes Stopher**
  rstopher@bsg-law.com,jdiorio@bsg-law.com,jbusse@bsg-law.com

                                              */s/ M. Austin Mehr*
                                              M. AUSTIN MEHR