*ELECTRONICALLY FILED*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | | |
|---|---|---|
| **ERNEST FOSTER** | ) | **PLAINTIFF** |
| | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:13-CV-00426-GFTV** |
| | ) | |
| | ) | |
| **AMERICAN FIRE AND CASUALTY COMPANY** | ) | **DEFENDANT** |
| | ) | |
| | ) | |

**STIPULATION AND AGREED ORDER OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and by agreement of the parties, and a full and final settlement having been reached and satisfied on any and all claims asserted or that could have been asserted by Plaintiff, Ernest Foster, against the Defendant, American Fire and Casualty Company, there being no further issues before the Court, the Court having reviewed the record and being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that this action and any and all claims asserted by Plaintiff, Ernest Foster, against the Defendant, American Fire and Casualty Company, are hereby dismissed, with prejudice, with each party to pay their own costs.

This being a final and appealable Order, there being no just reason for delay.

Dated this ___ day of _____, 2016.

_____
JUDGE, EASTERN DISTRICT OF KENTUCKY

HAVE SEEN AND AGREED:

**Mehr Fairbanks Trial Lawyers, PLLC**

*/s/ Austin Mehr (w/ permission)*
Austin Mehr, Esq.
Philip Fairbanks, Esq.
*Counsel for Plaintiff, Ernest Foster*

and

**Quintairos, Prieto, Wood & Boyer, P.A.**

*/s/ Heather M. McCollum*
Donald L. Miller, II, Esq.
Paul J. Painter, Esq.
Heather M. McCollum, Esq.
*Counsel for Defendant, American Fire
And Casualty Company*